IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 99 C 3945 |
| v. | ) | |
| | ) | Hon. John A. Nordberg |
| COOK COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COOK COUNTY'S RESPONSE FOLLOWING THE
HEARING OF FEBRUARY 15, 2006

NOW COME the Defendants, COUNTY OF COOK and JERRY ROBINSON, in his official capacity as the Superintendent of the Juvenile Temporary Detention Center, by and through their attorney, Richard A. Devine, Cook County State's Attorney, and his Assistant State's Attorneys, Patrick T. Driscoll, Jr., Patrick M. Blanchard, Michael D. Jacobs, and Sean P. Connolly, for their response following the hearing of February 15, 2006, state as follows:

1. On February 15, 2006, Defendants appeared before the Honorable John A. Nordberg for a status hearing in the above captioned matter. Judge Nordberg inquired of Defendants regarding an allegation of abuse by a former JTDC resident that appeared in a newspaper article published in the February 14, 2006 edition of the Chicago Tribune. Defendants stated that this allegation was reported to the parties and court monitors in the December 2005 monthly report mandated by the Memorandum of Agreement.

2.	This response serves to clarify the statements made by the Defendants during the February 15, 2006 hearing. Defendants were incorrect when they stated that the incident alleged in the newspaper was reported in the December 2005 monthly report.

3.	While the December 2005 report inadvertently failed to detail this incident, the JTDC made all appropriate notifications to the Illinois Department of Children and Family Services and initiated both a preliminary investigation as well as an investigation of the incident through Cook County's Inspector General. Please see the attached letter from Superintendent Jerry Robinson to the ACLU and the Court appointed monitors detailing the actions taken by Superintendent Robinson upon receiving the subject allegation of abuse. (See Exhibit A, Robinson Letter – the documentation enclosed with the letter will be provided to the Court in camera due to its confidential nature.)

          Respectfully submitted,

          Richard A. Devine
          State's Attorney of Cook County

By:   /s/ Sean P. Connolly
      PATRICK T. DRISCOLL, JR.
      PATRICK M. BLANCHARD
      MICHAEL D. JACOBS
      SEAN P. CONNOLLY
      Assistant State's Attorneys
      500 Richard J. Daley Center
      Chicago, Illinois 60602
      312-603-3401
      Attorneys for the Defendants
      ARDC No. 6277285