June 15, 2006

Patrick M. Blanchard
Division Chief
500 Daley Center
Chicago, IL 60602

Dear Mr. Blanchard,

Please accept the following as a bill for contractual services rendered as court monitor for June 8 through June 15, 2006.

| Date | Hours | Description |
|---|---|---|
| June 8 | 3.5 hours | Planning Meeting |
| June 12 | 8.5 hours | ID (county building), On-site facility review of Intake/orientation unit, meeting with Superintendent |
| June 13 | 8.5 hours | retake ID (county building), on site facility review-MIS, meeting with Ass. Supt. Jones, Ms. Powell, Ms Burrell regarding clinical services, grievances, incident reports, Meeting with Supt. Robinson |
| June 14 | 12 hours | Meetings including Asst. Supt. Ford, Asst. Supt Mareno Szafarczki, Tony Berelli, Mr. Fairman, Charles Fasano, phone conference with David Rouse |
| June 15, 2006 | 7.5 hours | Meeting with Supt. Robinson regarding focus group Meetings, training, Asst. Supts, etc, inspected control unit, Shift logs, restraint logs, meeting with Ron Smith regarding Illinois Standards and IDOC report. |
| Total | 40 hours @ $75.00 | $3,000.00 |

Should you require any additional information, please let me know. My social security number is ▓▓▓▓▓▓▓ My home address is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 60506.

Respectfully submitted,

*Brenda Welch*

Brenda Welch
Court Monitor



Carl V. Sanniti

June 10, 2006

Patrick M. Blanchard
Divixion Chief
500 Daley Center
Chicago, Illinois 60602

### Invoice for the June 7, 2006 - June 9, 2006 site visit

Travel time:

June 7, 2006 4:00 pm EST to 7:00 pm CST.
June 8, 2006 3:30 pm CST to 9:30 pm EST.

Total travel time: 9 hours

Professional services:

Meeting in Chicago, Ill. 6/8/06, 11:00 am to 3:30 pm.
Ofice work 6/9/06 1:00 pm to 3:30 pm

Total time: 16 hours.
Rate: $100.00 per hour

Total  $ 1,600.00

Expenses:

| | |
|---|---|
| Airfare: | $332.10 |
| Hotel: | $317.88 |
| Airport parking: | $13.00 |
| Travel to and from airport, 46 miles, reinbursment 44.5 cents per mile | $20.47 |
| Food: | $26.19 |
| Taxi - to and from Midway: | $62.72 |

**Total** : $2,372.36

Please make check payable to:

Carl V. Sanniti

Carl V. Sanniti