## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY DOE, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 99 C 3945 |
| | ) | |
| | ) | |
| COOK COUNTY, et al, | ) | Honorable Judge |
| | ) | JOHN A. NORDBERG |
| Defendants. | ) | |

### FIFTH UNOPPOSED REQUEST FOR DISBURSAL OF PAYMENT TO THE COURT MONITOR FOR SERVICES RENDERED

Defendant, COOK COUNTY, by and through their attorney, Richard A. Devine, Cook County State's Attorney, by Patrick M. Blanchard, Michael D. Jacobs, and Sean P. Connolly, Assistant State's Attorneys, submit this **unopposed** request for disbursal of compensation to Carl Sanniti, expert consultant. In support thereof, the defendants state the following:

1. The subject of this matter is a Court-approved agreement to improve services at the JTDC.

2. As part of that agreement, Carl Sanniti was appointed as the expert consultant to assist in the compliance process.

3. From July 22, through August 5, 2006 Carl Sanniti has provided services consistent with his role as the Court appointed expert consultant.

4. The undersigned has reviewed those statements and agrees that the services, activities and hourly rates identified in the statements are consistent and reasonable with the role the expert consultant has undertaken.

5. Counsel for the plaintiffs has no objection to payment of the Court appointed expert consultant his requested fees.

6. Accordingly, the expert consultant is entitled to compensation for those services, expenses and activities.

7. Therefore, the defendant requests that the Court enter an order approving payment to Carl Sanniti, expert consultant, by Cook County.

**WHEREFORE,** the defendant, COOK COUNTY, respectfully requests that this Honorable Court enter an order approving the fees in the amount of $5,011.20 to Carl Sanniti for services rendered as the Court appointed expert consultant in this litigation.

                                        Respectfully submitted,

                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

By:    /s/ Sean P. Connolly
        Sean P. Connolly
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        (312) 603-4907
        ARDC # 6277285