Carl V. Sanniti



August 6, 2006

Patrick M. Blanchard
Division Chief
Civil Action Bureau
500 Daley Center
Chicago, Illinois 60602

## Invoice for Professional Services and Expenses
### July 22, 2006 through August 5, 2006

Professional services, site visit and travel time 7/24/06 through 7/27/06: 33 hours.
Professional services, conference call worked on policies and report.
Total hours: 6.5 hours; Rate, $100.00 per hour.
Total: $3950.00

Travel to & from airport: 7/24 – 7/27/06: 64 miles, rate 44.5 cents per mile:
Total: $28.48
Total mileage cost: $28.48

Airport parking; 7/24 – 7/27/06: $36.00
Total Airport parking: $36.00

Airfare: 7/24 – 7/27/06 trip: $207.10
Total: $207.10

Hotel: 7/24 – 7/27/06 - $328.91
Total: $328.91

Food Expense: 7/24 – 7/27/06: $101.74

Total: $101.74

Car Rental: 7/24 – 7/27/06: $348.15
Gas for rental car: 10.82

**Total: $ 5011.20**

Please make check payable to:
Carl V. Sanniti

▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬

_Carl V. Sanniti_ (signature)　　　　　　　　8/6/06
Carl V. Sanniti　　　　　　　　　　　　　　August 6, 2006

# Holiday Inn

| Carl Sanniti | | Membership No. | PC | 622021774 |
| | | A/R Number | | |
| | | Group Code | | |
| | | Folio/Invoice No. | 80065 | |

| | | | | |
|---|---|---|---|---|
| Room No. | 374 | Page No. | 2 of 3 | |
| Arrival | 07-24-06 | Cashier No. | 111 | |
| Departure | 07-27-06 | User ID | YVONNE | |
| | | www.holidayinnhillside.com | | |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-26-06 | Atrium Lounge - Food | #374 : CHECK # 187 | 3.25 | |
| 07-26-06 | *Accommodation | | 99.00 | |
| 07-26-06 | Room Tax - 9% | | 8.91 | |
| | | Total | 430.65 | 0.00 |
| | | Balance | 430.65 | |

Thank you for staying at Holiday Inn Hillside. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

Guest Signature: _____

*handwritten: Hotel - $328.91 / Fuel - $77.36 / 101.74*

Holiday Inn Hillside
4400 Frontage Road
Hillside, IL 60162
Telephone: (708) 544-9300  Fax: (708) 544-7600

| | |
|---|---|
| Carl Sanniti | |

| | |
|---|---|
| Membership No. | PC  622021774 |
| A/R Number | |
| Group Code | |
| Folio/Invoice No. | 80065 |

| | | | |
|---|---|---|---|
| Room No. | 374 | Page No. | 2 of 3 |
| Arrival | 07-24-06 | Cashier No. | 111 |
| Departure | 07-27-06 | User ID | YVONNE |

www.holidayinnhillside.com

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-26-06 | Atrium Lounge - Food | #374 : CHECK # 187 | 3.25 | |
| 07-26-06 | *Accommodation | | 99.00 | |
| 07-26-06 | Room Tax - 9% | | 8.91 | |
| | | **Total** | 430.65 | 0.00 |
| | | **Balance** | 430.65 | |

Thank you for staying at Holiday Inn Hillside. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

Guest Signature: _____

*handwritten notes:*
Hotel - $328.91
Fuel - $??.??
101.74

Holiday Inn Hillside
4400 Frontage Road
Hillside, IL 60162
Telephone: (708) 544-9300  Fax: (708) 544-7600

        

GET EMAIL | COMPOSE EMAIL | VIDEO MAIL | REPLY | REPLY ALL | FORWARD | PRINT | REPORT AS SPAM | DELETE

- **MESSAGE CENTER**
- **INBOX**
- Draft
- Screened Mail [EMPTY]
- SentMail
- Trash [EMPTY]
- My Folders [EDIT]
- Address Book
- Mailbox Manager
- Preferences
- ? Help
- X Sign Out

Up to 35% Off Select Dell Home PCs.
CLICK FOR DETAILS

Get the Comcast Toolbar
FREE DOWNLOAD

INBOX: Email 1 of 128 [ Move to Folder ]   Next »

**From:** "Southwest Airlines" <SouthwestAirlines@mail.southwest.com> [ADD TO ADDRESS BOOK]
**To:** <CSANNITI@comcast.net>
**Subject:** Ticketless Confirmation - SANNITI/CARL - 5LWIFO
**Date:** Wednesday, July 19, 2006 10:30:52 AM    [VIEW SOURCE]

********************** RECEIPT AND ITINERARY **********************

Beginning 24 hours prior to your scheduled departure, you may
check in online for your flight and print a boarding pass at
southwest.com by visiting:
http://www.southwest.com/travel_center/retrieveCheckinDoc.html?src=receipt

Receipt and Itinerary as of 07/19/06 9:30AM

```
**********************************
*                                *
*    Confirmation Number         *
*         5LWIFO                 *
*                                *
**********************************
```

Confirmation Date: 07/19/06

Received: CARL

Passenger(s):
SANNITI/CARL 526-2734245356-0
Account Number: 00000100702501

Itinerary:
Monday, July 24 - CLEVELAND OH(CLE) to CHICAGO-MIDWAY(MDW)
Flight 259 Y
Depart CLEVELAND OH(CLE) at 8:50AM and
Arrive in CHICAGO-MIDWAY(MDW) at 9:05AM

Thursday, July 27 - CHICAGO-MIDWAY(MDW) to CLEVELAND OH(CLE)
Flight 589 H
Depart CHICAGO-MIDWAY(MDW) at 2:15PM and
Arrive in CLEVELAND OH(CLE) at 4:30PM

*************************** COST ***************************
Total for 1 Passenger(s)
AIR: .........................$   174.89
TAX: .........................$    19.71
PFC FEE: .....................$     7.50
SECURITY FEE: ................$     5.00

Total Fare:            $207.10

*********************** PAYMENT SUMMARY ***********************