IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 99 C 3945 |
| v. | ) | |
| | ) | Hon. John A. Nordberg |
| COOK COUNTY, et al., | ) | |
| | ) | |
| Defendants | | |

## NOTICE OF FILING

To: Benjamin Wolf
Sarah Schriber
Roger Baldwin Foundation of the ACLU
180 N. Michigan Suite 2300
Chicago, IL 60601

Alexander Dimitrief
Barry F. Irwin
Colby Anne Kingsbury
Ramya Ravindran
Kirkland & Ellis LLP
200 East Randolph Drive
Suite 5800
Chicago, IL 60601

Please take notice that on August 25, 2006, I filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division Eighth Unopposed Request for Disbursal of Payment to the Court Monitor for Services Rendered via Electronic Case Filing (ECF).

RICHARD A. DEVINE
State's Attorney of Cook County

By: /s/ Sean P. Connolly
Sean P. Connolly
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-4907
ARDC No. 6277285

## CERTIFICATE OF SERVICE

 I, Sean P. Connolly, Assistant State's Attorney, hereby certify that on August 25, 2006, I filed Eighth Unopposed Request for Disbursal of Payment to the Court Monitor for Services Rendered and that the individuals listed above were served via Electronic Case Filing (ECF):

<u>/s/ Sean P. Connolly</u>
Sean P. Connolly
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-4907
ARDC No. 6277285