# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JIMMY DOE, WILLIE ROE, JOHNNY WOE, DANNY ZOE, CHARLIE ROE, and ANDREW LOE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COOK COUNTY and JERRY ROBINSON, Superintendent, Cook County Juvenile Temporary Detention Center, <br><br> Defendants. | No. 99 C 3945 <br><br> Hon. John A. Nordberg <br><br> Magistrate Judge Martin C. Ashman |

## FOURTH AGREED MOTION FOR EXTENSION OF TIME

The parties, by their counsel, respectfully request that this Court grant them an additional extension of time to present the issue of attorney's fees and costs to this Court until Wednesday, November 1, 2006. In support of this Motion, the parties state the following:

### BACKGROUND

1. On May 17, 2006, the parties filed a Motion for Agreed Supplemental Order settling the issues raised in and staying plaintiffs' Motion to Enforce Memorandum of Agreement.

2. On May 18, 2006, this Court granted the parties' Motion for Agreed Supplemental Order and entered it on May 25, 2006. Also, on May 25, 2006, the Court set June 6, 2006 as the date for the plaintiffs to file their petition for fees and costs.

3. On June 5, 2006, June 20, 2006, July 14, 2006, July 27, 2006, and August 8, 2006, the parties filed unopposed or agreed motions for extensions of time to file petitions for fees and costs, which this Court granted.

## ARGUMENT

4. The parties have reached a tentative agreement regarding attorney's fees and costs, and await presentation of the proposal to the Cook County Board of Commissioners and disbursal of the payment.

5. For these reasons, the parties need additional time to present the issue to the Court.

WHEREFORE, for the reasons set forth above, the parties respectfully request this Court to grant their Fourth Agreed Motion for Extension of Time until November 1, 2006.

DATED: September 5, 2006                                          Respectfully submitted,

By:    /s/ Sarah Schriber                          By:         /s/ Michael D. Jacobs
_____                       _____
One of the Plaintiffs' Attorneys                   One of the Defendants' Attorneys

HARVEY GROSSMAN                                    PATRICK DRISCOLL
BENJAMIN S. WOLF                                   PATRICK BLANCHARD
SARAH SCHRIBER                                     MICHAEL D. JACOBS
WENDY PARK                                         SEAN P. CONNOLLY
Roger Baldwin Foundation of ACLU, Inc.             State's Attorney's Office
180 North Michigan Avenue, Suite 2300              500 Richard J. Daley Center
Chicago, Illinois 60601                            Chicago, IL 60602
312-201-9740                                       312-603-5339

BARRY F. IRWIN
ALEXANDER DIMITRIEF
COLBY KINGSBURY
RAMYA RAVINDRAN
Kirkland & Ellis
200 E. Randolph
Chicago, IL  60601
312-861-2000

## CERTIFICATE OF SERVICE

I, Sarah Schriber, hereby certify that I served a copy of the **PLAINTIFFS' FOURTH AGREED MOTION FOR EXTENSION OF TIME** via ECF before 5:00 p.m. on September 5, 2006 to:

PATRICK T. DRISCOLL JR.
PATRICK M. BLANCHARD
MICHAEL D. JACOBS
SEAN P. CONNOLLY
Office of the State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
312-603-5339

/s/ Sarah Schriber
_____
Sarah Schriber