UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMY DOE, WILLIE ROE, JOHNNY WOE, DANNY ZOE, CHARLIE ROE and ANDREW LOE, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>COOK COUNTY and ROBERT CATCHINGS, Acting Superintendent, Cook County Juvenile Temporary Detention Center, )<br><br>Defendants. ) | Case No. 99 C 3945<br>J. Nordberg Presiding |

**MOTION OF COLLECTIVE BARGAINING
REPRESENTATIVE TO REVIVE MOTION TO INTERVENE
AND FOR LEAVE TO FILE OBJECTIONS TO TEMPORARY
ADMINISTRATOR'S EMERGENCY MOTION**

NOW COMES Movant, TEAMSTER LOCAL UNION NO. 714 ("Local 714"), by and through its attorneys, Robert Costello, Sacks, Goreczny, Maslanka & Costello, P.C., and for its response to Emergency Motion For An Order Allowing The Transitional Administrator To Contract Security Staffing, states as follows:

The present motion of the Transitional Administrator is said by the Administrator to arise from difficulties that he has experienced in his efforts to carry out his mandate in accordance with the consent order entered by the court in this matter on August 14, 2007, which created the office of

the Transitional Administrator. Local 714 presented its motion to intervene in this matter to the court on August 14, 2007. By order entered by the court on September 26, 2007, proceedings on Local 714's motion to intervene were stayed indefinitely while the parties and Local 714 attempted to work under the terms of the consent order. Local 714 hereby requests that its motion to intervene be revived and granted for the reasons stated therein, and that Local 714 be allowed to proceed on these objections to the Transitional Administrator's so-called emergency order seeking, *inter alia*, relief from Local 714's collective bargaining agreement with the employer, the County of Cook.

WHEREFORE, Plaintiff Local 714 requests that the court enter an order granting Local 714's request to intervene for the purposes stated herein.

Respectfully submitted,

s/ Robert Costello
Robert Costello, Attorney for Teamster
Local Union No. 714

Robert Costello
Sacks, Goreczny, Maslanka & Costello, P.C.
100 West Monroe Street, Suite 804
Chicago, Illinois 60603
(312) 641-2424