UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jimmy Doe, et al.

                  Plaintiff,

v.                                          Case No.: 1:99–cv–03945
                                                      Hon. John A. Nordberg

Cook County, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before Judge Honorable John A. Nordberg:Fiftieth unopposed request for disbursal of payment to the Court for services rendered is granted. Enter order approving the fees and expenses in the amount of $7,500.00 to Louis J. Kraus, M.D. for services rendered and expenses incurred as the Court Appointed Monitor's Assignee in this litigation.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.