IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY DOE, WILLIE ROE, JOHNNY WOE, DANNY ZOE, CHARLIE ROE, and ANDREW LOE, on behalf of themselves and all similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 99 C 3945 |
| v. | ) ) | Hon. John A. Nordberg |
| COOK COUNTY and SUPERINTENDENT, Cook County, Juvenile Temporary Detention Center, | ) ) ) ) ) | Magistrate Ashman |
| Defendants. | ) | |

### REPORT OF THE TRANSITIONAL ADMINISTRATOR

Earl Dunlap, Transitional Administrator (TA) of the Cook County Juvenile Temporary Detention Center (JTDC), hereby submits this report regarding staffing and contract services at the JTDC as required by this Court's May 8, 2008 Order.

**Introduction**

On May 8, 2008, this Court entered an Order that allowed the TA to enter into contracts for temporary staffing services and take other steps necessary to address a staffing crisis that jeopardized the health and safety of JTDC residents. The Order also directed the TA to report in writing within six months to the Court, the parties, and the Union on the conditions and the status of the issues raised in the TA's motion. See Order (Docket No. 415), at ¶ 6. This report describes the steps that the Office of the Transitional Administrator (OTA) has taken to remedy the crisis, highlights some recent accomplishments, and notes some ongoing challenges.

I.  **OTA's Efforts to Address the Staffing Crisis at JTDC Following the Court's May 8, 2008 Order**

The OTA has made significant short- and long-term efforts to address the staffing crisis at the JTDC, the highlights of which are discussed below.

A.  **Short-Term Efforts: Contracting for Temporary Security Services**

On May 12, 2008, the OTA entered into an agreement with Wackenhut Corporation for temporary security services. Under the terms of the agreement, forty-six (46) full time equivalents (FTE's) would be provided to the JTDC with an added relief factor to be hired and assigned to posts in agreed upon areas. Six (6) Supervisory personnel with an added relief factor would also be provided to oversee the Wackenhut personnel in each assigned area. All personnel would be subject to LEADS/CANTS clearance (a background check using data from the Illinois State Police and the Illinois Department of Children and Family Services). In addition, workers would be provided with 40 hours of training by Wackenhut and 80 hours of training by the JTDC before being assigned to their posts.

On May 21, 2008, the OTA met with Teamsters Local 714 to discuss procedures for reassigning Juvenile Detention Counselors (JDCs) from the overnight shift to the first and second shifts. Factors such as seniority and the necessity to maintain stability on the JTDC Admissions, Screening and Orientation Unit were generally agreed upon. All affected Bargaining Unit JDCs were afforded, based on seniority, the opportunity to bid on shift and days off assignment on these designated shifts. On May 24, 2008, the OTA provided written notice to all affected Bargaining Unit JDCs that the reassignments would take place on July 6, 2008.

Wackenhut personnel were assigned to JTDC Night Watch posts previously occupied by Bargaining Unit JDCs. The primary duties of the Wackenhut personnel have been to monitor residents, in accordance with policy/procedure, during sleeping hours, complete all required documentation and report any/all disturbances and/or emergencies to JTDC Supervisory personnel. Wackenhut personnel were also assigned to designated security posts in the Educational Center (Nancy B. Jefferson School) halls. The primary responsibility of these personnel has been maintaining security, and order during resident movement and, where necessary, assisting JTDC personnel with movement of residents.

At the present time there are fifty-four (54) Wackenhut personnel who have been trained and are working at the JTDC. Over the period of the contract there have been five (5) Wackenhut personnel dismissed from their position at the JTDC. There have also been two (2) documented incidents of attempts at intimidation of Wackenhut personnel on the part of Teamsters Local 714 membership.

The temporary security contract with Wackenhut has met or exceeded the intended objectives since its inception. In the absence of the relief provided by the Court's May 8, 2008 Order, adequate security and safe conditions would be more difficult to maintain.

### B. Long-Term Efforts: Hiring and Training Qualified and Permanent Employees in a Responsible Manner

As the Court has determined, the JTDC had been chronically under staffed for many years. Much of this had been brought on by the failure of the County leadership to appoint knowledgeable and skilled leadership. This problem is extremely difficult to solve for at least two reasons.

First, prior to the TA's appointment, there was no effective plan in place at the JTDC to recruit and hire personnel in accordance with the Court's Orders, nationally recognized minimum standards of practice, and the requirement that staff in critical positions of providing direct and continuous supervision to residents have the requisite skills to do so. In other words, the JTDC had no real infrastructure in place that would allow the OTA to implement an aggressive hiring plan. Second, the number of vacant positions at the JTDC has increased. At the time of the TA's appointment, the 2007 Fiscal Year Budget was nearing an end, and there were four hundred and seven (407) FTE's in the approved budget. The OTA's submission of the FY 2008 Budget required an increase to five hundred sixty-nine (569) FTE's.

Faced with these challenges, the OTA has implemented two parallel hiring strategies that focus on filling the highest priority positions in a responsible and expeditious manner.

### 1. Collaborative Strategy with the Office of the Chief Judge (OCJ)

As a result of the passage of Illinois Public Act 95-0194, the Chief Judge of the Circuit Court of Cook County is to assume administrative control of the JTDC from the Cook County Board of Commissioners. When the JTDC is formally under the control of the Office of the Chief Judge (OCJ), certain JTDC employees will be subject to the employment requirements of Administrative Office of the Illinois Courts (AOIC), particularly those employees who have direct and continuous supervision of residents. As a result, the OTA needed to develop a long-term hiring strategy in collaboration with OCJ to ensure that all new hires meet relevant AIOC requirements.

This collaboration has resulted in an agreement between the JTDC and the OCJ concerning hiring job classification(s) of Juvenile Detention Counselor (JDC), Team Leader

(TL), Assistant Team Leader (ATL), Caseworker, and Recreation Worker. The following hiring and criteria and procedures apply:

- All candidates must be processed through and certified eligible by AOIC.
- All candidates receive a telephone screening.
- Selected candidates are required and scheduled to take a nationally recognized written examination known as IMPACT for entry level positions and PROMOTE for supervisory level positions. Only those passing this examination would be allowed to progress to the next phase.
- Successful candidates are required to respond in writing to a number of prepared questions and are interviewed.
- All candidates must clear LEADS and CANTS.
- All candidates' test scores, written exam, and interview results are reviewed by a joint (OCJ, OTA) selection team.
- Those candidates selected are required to participate in a tour of the JTDC.
- Offers are made to selected candidates and drug screening is required.
- All candidates selected for the aforementioned classification(s) are required to complete a one hundred and sixty (160) hour nationally recognized training curriculum that includes the curricula for the resident Cognitive Behavior Training Program before being assigned to their posts. In addition, candidates selected for supervisory level position(s) (Team Leader, Assistant Team Leader) are required to complete an eighty (80) hour leadership training curricula.

• Finally, all candidates selected are trained and assigned to posts in the JTDC as a Team responsible for the daily operation of a fifty-four (54) bed Unit of residents.

To date, this strategy has proven to be extremely effective. It has resulted in forty-one (41) new permanent hires: thirty-one (31) Juvenile Detention Counselors, three (3) Team Leaders, five (5) Assistant Team Leaders, and two (2) Case Workers. With these hires, the OTA has been able to open a model fifty-four (54) bed Unit for JTDC residents (called the "Phoenix Unit"). The OTA also plans, with these new hires, to open another Unit for female residents around January 4, 2009. In addition to newly hired staff, current JTDC personnel meeting the criteria/requirements agreed upon by OCJ and the OTA have also been given consideration and selected for these first two (2) Units.

The OTA anticipates opening six (6) additional 54-bed Units with a similar operational design, such that all JTDC residents will eventually reside within one of these 54-bed Units. The hiring process for these classifications continues in as efficient and expeditious manner as possible.

**2. Contracting with a Professional Human Resources Consulting Firm**

The OTA has also implemented a parallel strategy for filling other vacant positions that deal primarily with resident quality of life (e.g., food service, sanitation), and other human resources and business functions. Hiring for these positions would not necessarily require an AIOC eligibility determination and would require resources beyond those being shared by OCJ.

This strategy has been developed with the assistance of Personified, a highly reputable local consulting firm. Personified helped JTDC set forth an aggressive plan and timetable in an effort to respond to the critical personnel shortage at the JTDC. See Exhibit A.

By speaking with various departments in the facility, Personified analyzed the current JTDC recruitment process and developed a streamlined recruiting process map. Recruiting groundwork was established through the development of updated job descriptions, JTDC employment applications, phone screening documents, and communication documents to ensure candidates had a smooth interview and recruitment experience. As a result, a long term hiring process is now in place that will efficiently staff and hire at the JTDC. Some highlights of this process:

- Job requirement meetings are set up to gather necessary position information.
- An interview panel and schedule are established per position.
- Sourcing strategy and awareness is brought to advertise JTDC positions through internal and external postings.
- All qualified applicants receive a detailed telephone screening interview.
- Selected applicants are scheduled for a face-to-face interview with JTDC professional staff.
- All successful candidates are required to clear LEADS, CANTS, and reference checks.
- A letter to OCJ is submitted for approval to hire potential candidates.
- Verbal and written employment offers are presented to selected candidates; candidates are scheduled for mandatory drug and medical screening appointments.
- Pending acceptable drug and medical screen results, candidate start dates are coordinated with the training department to ensure a smooth transition.
- Follow up correspondence is sent to candidates not selected for hire.

- All candidates selected for aforementioned classification(s) are required to complete forty (40) hours of facility training before being assigned to their post in accordance with state regulations. Additional training and/or certifications post-hire may be required for certain positions.

This strategy has also proven extremely effective. As of November 4, 2008, over 4000 applications have been tendered, and 150 phone interviews and 60 in-person interviews have been conducted.

As a result, the JTDC has recently hired one (1) Business Manager and one (1) Human Resources Manager. With these new hires, the JTDC will, for the first time in some years, have highly qualified and experienced leadership in two (2) critical administrative areas to oversee a $40 million plus annual budget and six hundred (600) plus personnel. With these new hires, the functions of purchasing, procurement, personnel/payroll, etc., that were transitioned to the OCJ in January 2008 have been recently returned to the JTDC.

Twenty-nine (29) other expected and permanent hires have also been made: (1) director of food services, one (1) food services supervisor, seven (7) cooks, two (2) food service workers, nine (9) custodial workers, one (1) laundry worker, and eight (8) security officers.

## II. Accomplishments, Expectations, and Challenges

Since the TA was last before the Court, the OTA has made progress toward resolving the staffing crisis at the JTDC, although there is still a long way to go.[1]

---

[1] The TA notes for the Court's information that there have also been some relevant legal developments since the Court's May 8, 2008, Order. First, as the Court knows, the Union (Teamsters Local 714) has filed an appeal from the Order. That appeal is currently pending in the Seventh Circuit Court of Appeals, with appellant's brief due on December 3, 2008. Second, on September 30, 2008, another union, AFSCME, filed a petition with the Illinois Labor Relations Board (ILRB) to decertify the Teamsters as the collective bargaining agent for JDTC

## A. Accomplishments: Improvement in Hiring, Conditions, and Operational Culture at the JTDC

As discussed above, significant progress has been made in the area of hiring practices, hiring offers/acceptance, and training. There has been a clear operating practice established with OCJ as it relates to the educational and experience requirements for newly hired personnel at the JTDC. As a result, there here have been sixty-one (61) job offerings or hirings to date. By December 31, 2008 there will have been in excess of 17,920 hours of training provided to new employees. Now that these hiring processes are in place, OTA expects that hiring will continue at an accelerated pace.

The OTA has seen some improvements in conditions at the JTDC as a result of its efforts to resolve the staffing crisis. The practice of placing residents in lock down as a result of a shortage of staff has been all but eliminated, as there have been only four (4) such occurrences since contracting with Wackenhut. In addition, the incidence of residents not being provided with one (1) hour of large muscle activity has substantially decreased.

The OTA has also been able to promote "culture of caring" into the daily life of all JTDC residents and implement the OTA's strategy to create "facilities within a facility" and "schools within a school." Broadly speaking, this strategy seeks to break the large JTDC into smaller living units that are more manageable and secure. To date one (1) such "facility within a facility" (the Phoenix Unit, referenced above in Section I.B) is operational, and a second is scheduled to be operational by January 4, 2009. OTA further anticipates that by January 4, 2009, all special education residents will have been returned to the Educational Center (Nancy B.

---

personnel. Third, the Teamsters have filed an unfair labor practices charge with the ILRB against the TA and the County, in an effort to prevent the AFSCME petition from going forward.

Jefferson School), and that "schools within a school" will have been established for the two (2) "facilities within a facility." The remainder of the residents at the JTDC will continue to receive educational services on their Unit/Pods until additional "facilities within a facility" go on line and secure and safe conditions can be reasonably assured.

In addition, a nationally recognized structured behavior management program, resident Cognitive Behavior Training, has been initiated and incorporated into training academy for all staff as each "facility within a facility" goes on-line. Early reports indicate a clear reduction in resident violence, violence in the school, and room confinement, as well as an increase in program and recreational opportunities.

> **B.    Continuing Staffing Challenges: Excessive Absenteeism Among Bargaining Unit JDCs and Impending Application of AIOC Requirements**

Despite these accomplishments, it is still not possible to protect the safety and security of JTDC residents without the contract security services provided by Wackenhut. Wackenhut has demonstrated through its contractual agreement with the OTA that it is quite capable of fulfilling its obligation with virtually no disruption to those services essential to the daily JTDC operation. The support provided by Wackenhut has been crucial during this time of transition at the JTDC, particularly in light of the severe, chronic absenteeism among Bargaining Unit JDCs.

Although new permanent JDCs have been hired and Wackenhut personnel have been covering the JTDC Night Watch, the OTA has not yet been able to overcome the void in the number of uncovered JDC posts created by excessive absences by Bargaining Unit personnel. For instance, over four (4) two (2) week pay periods (August 1-September 30, 2008), the average absentee rate for JDCs was 34.3%. Over this period, the absenteeism rate increased to 37% on Fridays, 45% on Saturdays, and 50% on Sundays. Detailed attendance summaries for this time

period are attached here as Exhibit B.

These absences present a very serious staffing problem. Per pay period, six hundred and seventy-three (673) JDC posts must be covered. In as much as there are fourteen (14) shifts in each pay period (not including Night Watch shifts, which are covered by Wackenhut) this would indicate that forty-eight (48) posts per day or twenty-four (24) posts per shift require coverage through the use of overtime in order to provide adequate security and safe conditions. These absences are a major obstacle in the way of solving the JTDC staffing crisis.

Another issue on the horizon that will affect staffing of the JDC post is the application of AIOC standards to JDC positions. There are a number of current JTDC personnel in this position who do not meet the AIOC educational and experience requirements. It is still not known what will happen to these personnel once the OCJ assumes administrative control of the JTDC. The OTA is waiting to get more guidance from the OCJ on this issue before moving ahead with implementation of the third (3rd) living Unit.

Despite these issues, it is still anticipated that the need for contract personnel services at the JTDC will lessen over time and eventually cease. For the time being, however, it remains necessary for the OTA to utilize contract personnel services in order to maintain safe and secure conditions at the JTDC.

**III.    Conclusion**

The TA hopes that this report is useful to the Court. A copy of this report has been served on all parties of record, as well as on the Union. The TA will gladly provide the Court any additional information it would like and/or appear in open court to answer questions on the record. Unless the Court directs otherwise, the TA will prepare and file an updated report in six

months.

                                                  RESPECTFULLY SUBMITTED,

                                                  /s/ Earl Dunlap
                                                  Earl L. Dunlap
                                                  Transitional Administrator
                                                  Cook County Juvenile Temporary Detention Center

Arthur Loevy
Jon Loevy
Elizabeth Mazur
Counsel for the Transitional Administrator
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

      I, Elizabeth Mazur, an attorney, certify that on November 11, 2008, I delivered a copy of this **REPORT OF THE TRANSITIONAL ADMINISTRATOR**, on all counsel of record via the ECF electronic filing system.

                                                  /s/ Elizabeth Mazur