IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY DOE, WILLIE ROE, | ) | |
| JOHNNY WOE, DANNY ZOE, | ) | |
| CHARLIE ROE, and ANDREW LOE, | ) | |
| on behalf of themselves and all | ) | No. 99 C 3945 |
| similarly situated, | ) | |
| | ) | Judge James F. Holderman |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COOK COUNTY and SUPERINTENDENT, | ) | |
| Cook County, Juvenile Temporary | ) | Magistrate Judge Ashman |
| Detention Center, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Currently pending before the Court is the Transitional Administrator (TA)'s Motion to Modify the Court's August 14, 2007 Order as it Pertains to Immunity And Indemnification of the TA and his Deputy [Doc. No. 579]. The Court grants this motion.

Paragraph 7(h) of the Court's August 14, 2007 Order [Doc. No. 330], is hereby deleted and replaced with the following language: "Effective August 14, 2007, the TA and his staff shall have the status of officers and agents of this Court and as such shall be vested with the same immunities as vest with this Court. Also effective August 14, 2007, the County shall indemnify the TA and members of his staff to the same extent that Cook County and/or the Office of the Chief Judge of the Circuit Court of Cook County is obligated to indemnify the Superintendent of the JTDC."

_____
The Honorable James F. Holderman
Chief Judge, Northern District of Illinois

Dated: June 22, 2010