| Number of Employees | DESCRIPTION |
|---|---|
| 634 | Total Number of Employees in 2011 Budget |
| 529 | Actual Number of Employees Current 2/1/11 |
| 392 | Total Newly Hired or Promoted Since 2007 |
| 284 | Direct Care Workers Hired or Promoted |
| 188 | Juvenile Detention Counselors |
| 15 | Team Leaders |
| 40 | Assistant Team Leaders |
| 17 | Recreation Workers |
| 14 | Caseworkers |
| 3 | Supervisors |
| 7 | Supervisor-In-Charge |
| 67 | Indirect Care Workers Hired or Promoted |
| 5 | Cooks |
| 6 | Food Service Workers |
| 20 | Custodial Workers |
| 3 | Laundry Workers |
| 33 | Security Officers |
| 41 | Other Professional Staff Newly Hired |
| 236 | Total Employees Terminated |
| 169 | Direct Care Employees Terminated |
| 67 | All other Employees Terminated |
| 57 | Total Employees Dismissed |
| 43 | Direct Care Employees Dismissed |
| 14 | All Other Employees Dismissed |
| 179 | Total Employees Retired or Resigned |
| 126 | Direct Care Employees Retired or Resigned |
| 53 | All Other Employees Retired or Resigned |
| 202 | Total Staffing Plan Effected Employees |
| 24 | Degreed |
| 178 | Non-Degreed |
| 12 | Veteran Staff Promoted prior to Staffing Plan |
| 8 | Assistant Team Leader |
| 2 | Caseworker |
| 1 | Supervisor in Charge |
| 1 | Team Leader |