# Exhibit A

**Cook County Juvenile Temporary Detention Center**
**DOE V. COOK COUNTY ET AL.,**
**99 C 3945**

**MEMORANDUM OF AGREEMENT**
**MODIFIED IMPLEMENTATION PLAN**

# COMPLIANCE
# REPORT

**Earl L. Dunlap**
**Transitional Administrator**

**December 17, 2013**

## Table of Contents

Agreed Supplemental Order (ASO) ........................................................................................ 4

   Paragraph #10 DCFS/Criminal Investigations ................................................................... 4

Memorandum of Agreement (MOA)/Modified Implementation Plan (MIP) ......................... 4

   Paragraph #10 Education Overview .................................................................................... 4

   Paragraph #11 Oversight and Management ...................................................................... 6

   Paragraph #12 Staff Training and Discipline ...................................................................... 7

   Paragraph #13 Health Care Overview ............................................................................... 10

   Paragraph #14 Health Screening ...................................................................................... 11

   Paragraph #15 Preventive Services ................................................................................... 16

   Paragraph #16 Identification of Health or Mental Health Concerns ................................ 18

   Paragraph #17 Assessment & Treatment of Acutely Sick Detainees and Injured Detainees ........... 20

   Paragraph #18 Special Services for Detainees with Chronic or Disabling Medical Conditions ........... 24

   Paragraph #19 Mental Health Treatment ......................................................................... 25

   Paragraph #20 Sufficient Staff, Space, Supplies, and Equipment to Implement an Adequate Health Program ........... 29

   Paragraph #21 Record Keeping ........................................................................................ 30

   Paragraph #22 Confidentiality of Health Information & Services ..................................... 31

   Paragraph #23 Standards for Prescribing, Storing, and Dispensing Medications .............. 33

   Paragraph #24 Suicide Hazards ........................................................................................ 34

   Paragraph #25 Use of Force ............................................................................................. 35

   Paragraph #27 Therapeutic Restraint and Room Confinement ........................................ 37

   Paragraph #28 Protocols to Prevent Unnecessary Assignment of Detainees to the Medical Unit ........ 42

   Paragraph #29 Dental Care .............................................................................................. 43

   Paragraph #30 Continuity of Care .................................................................................... 45

   Paragraphs #32, 34, 47, and 55 Quality Assurance and Improvement ............................ 46

   Paragraph #33 Social and Recreational Programming ...................................................... 47

   Paragraph #36 Staffing ..................................................................................................... 49

   Paragraph #37 Food Service ............................................................................................. 50

   Paragraph #38 Bedding, Clothing and Furnishings ........................................................... 51

   Paragraph #39 Prevent Overcrowding .............................................................................. 53

   Paragraph #40 Pest Control ............................................................................................. 55

Paragraph #41 Plumbing and Sanitation ............................................................................... 55

Paragraph #42 Lighting ..................................................................................................... 57

Paragraph #43 Heating, Cooling and Ventilation ............................................................. 58

Paragraph #44 Fire and Electrical Safety .......................................................................... 59

Paragraph #45 Sanitation .................................................................................................. 61

Paragraph #46 Routine Maintenance ................................................................................ 62

Paragraph #48 Discipline Overview .................................................................................. 63

Paragraph #49 Permissible Forms of Discipline ............................................................... 64

Paragraph #50 Due Process ............................................................................................... 68

Paragraph #51 Discipline Confinement ............................................................................ 69

Paragraph #52 Discipline Documentation ........................................................................ 70

Paragraph #53 Behavior Management ............................................................................... 71

Paragraph #54 Grievances ................................................................................................. 73

Paragraph #56 Security ...................................................................................................... 74

Paragraph #57 Restraint for Security Purposes ................................................................ 78

Paragraph #58 Confinement for Institutional Emergencies ............................................. 81

Paragraph #59 Protective Custody .................................................................................... 82

Paragraph #64 Monitoring Compliance ............................................................................ 85

Paragraph #65 Extraordinary Circumstances ................................................................... 86

**Agreed Supplemental Order (ASO)**

The Agreed Supplemental Order contains one paragraph that remained applicable to compliance after the Order Appointing a Transitional Administrator (Paragraph 10).

**Paragraph #10 DCFS/Criminal Investigations**

**ASO Requirements:**

*The Defendants along with the Monitors have met with representatives of the Illinois Department of Children and Family Services to review existing JTDC protocols for reporting alleged cases of abuse or neglect to DCFS. Defendants will amend the existing protocols to address any material deficiencies identified in the process. Any such changes will be approved by the Monitors. The Defendants agree to cooperate with any request by DCFS to reinvestigate any cases of alleged abuse or neglect that were not accepted by the DCFS hotline.*

**Compliance Status: Substantial.**

**Plan Requirements:**

1. The JTDC shall develop protocols for reporting alleged cases of abuse and neglect to DCFS.

**Compliance Status: Substantial.**

2. The JTDC shall develop a protocol for prompt referral to law enforcement for incidents of any conduct that may violate acts prohibited by law.

**Compliance Status: Substantial.**

3. The JTDC shall develop a protocol for reporting allegations made by residents against non JTDC staff (e.g. family, court personnel, social service agencies, employees of the Nancy B. Jefferson School) Reporting allegations as described in 2.2 above shall be included in this protocol.

**Compliance Status: Substantial.**

4. The JTDC is strongly encouraged to hire at least one full time investigator to conduct abuse investigations or conduct that may violate the Illinois Criminal Code of 1961. The investigator should be a certified law enforcement officer. The investigator's duties may include but not be limited to abuse investigations, other employee misconduct investigations, gang intelligence, and resident rule violation hearings. A detailed job description shall be provided to the Compliance Administrator and the Court Monitors. If the JTDC rejects the recommendation of utilizing a full time investigator, the facility shall provide a credible alternative to investigate abuse allegations and staff misconduct.

**Compliance Status: Substantial.**

**Memorandum of Agreement (MOA)/Modified Implementation Plan (MIP)**

**Paragraph #10 Education Overview**

**MOA Requirements:**

*Within ninety (90) days of the entry of an order by the Court approving this agreement, the Center will create and implement a plan to provide all of the following services and programs within their control related to the aspects of detainees' education;*

*(1) maintaining an adequate physical facility for education,*

*(2) providing adequate security, and*

*(3) developing and implementing a schedule for transporting detainees to and from school that assures that detainees will have the opportunity to receive the hours of educational services mandated by law.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. The JTDC will make every effort to develop and formalize an interagency agreement between the Chicago Public School System and the CCJTDC that:

- Provides adequate security within the school premises (including classrooms) for all youth including those youth requiring protective services or other special needs. Youth requiring protective services or other special needs shall have the same or equivalent educational services.
- Creates an alternative school for youth suspended from school.
- Provides a schedule for transporting detainees to and from school that assures that detainees will have the opportunity to receive the hours of educational services mandated by law and/or policies of the Chicago Board of Education.
- Outlines a cross training curriculum for Nancy B. Jefferson School employees and JTDC employees, an orientation curriculum and mandated annual training for employees of the school district.
- Provides that educational staff will be trained in the appropriate facility policies that relate to or may overlap with the school's operation. These will include the policies regarding rules, discipline and the behavior management program.
- Includes development of a plan and appropriate materials for various educational levels, to be distributed and explained to youth in the health care unit, in room confinement or otherwise unable to participate in normal school classroom activities.

In the absence of such an agreement, the facility will implement procedures and practices to comply with these provisions to the best of their ability.

**Compliance Status: Substantial.**

2. Policies will need to be developed to reflect the interagency agreement.

**Compliance Status: Substantial.**

3. The Superintendent or designee shall review all youth in confinement to assess the feasibility of an early release to attend school each day. A list of the residents that are not allowed to attend school and the reasons for the administrative restriction shall be documented and distributed to the Principal of the Nancy B. Jefferson School, the Assistant Superintendent designate as a liaison to the school daily and the Compliance Administrator on a weekly basis.

**Compliance Status: Substantial.**

4. All instances in which school activities are suspended by the facility due to incidents or other extraordinary circumstances shall be reported to the Compliance Administrator within 24 hours.

**Compliance Status: Substantial.**

## Paragraph #11 Oversight and Management

**MOA Requirements:**

a. *Adequately collect information from the institution regarding compliance with the MOA or Implementation Plan.*

**Compliance Status: Partial. A Quality Assurance Program has not been fully implemented and is contingent on a new Resident Information System (RIS).**

b. *Adequately collect data on all incidents raising concerns about deficiencies or problems in the care and treatment provided to detainees, including injuries, accidents, medical emergencies, discipline of detainees and staff, violence, abuse and neglect*

**Compliance Status: Partial. A Quality Assurance Program has not been fully implemented and is contingent on a new Resident Information System (RIS).**

c. *Address and remedy any and all deficiencies with compliance that arise in a timely manner.*

**Compliance Status: Partial. The JTDC has started to implement corrective action plans in reference to several of the monthly compliance reports and social climate reports. The Quality Assurance program is in need of further development.**

**MIP Requirements:**

1. The MIP requires the MIS function to transfer from the operational control of the JTDC to the Cook County Bureau of Technology.

**Compliance Status: Contingent on an Orderly Transition to the Office of Chief Judge (OCJ). The current MIS function operates through the Cook County Bureau of Technology. The OCJ MIS operates independently from the Cook County Bureau of Technology absent the e-mail system. Transition planning should include decisions regarding a variety of technology issues related to the JTDC.**

2. The MIP requires computers to be installed on the living units for data collection.

**Compliance Status: Substantial.**

3. The MIP requires a plan to be developed to utilize the Resident Information System.

**Compliance Status: Partial. The JTDC is in the process of acquiring a new web-based resident information system.**

4. The MIP suggests technical assistance for lesson plan development and policy development.

**Compliance Status: Substantial.**

## Paragraph #12 Staff Training and Discipline

**MOA Requirements:**

*The Implementation Plan will describe appropriate hiring standards and procedures as well as a plan for staff training. Training will adequately cover all subjects necessary for the implementation of the MOA including:*

*(1) Security procedures*
*(2) Supervision of detainee*
*(3) Prevention of physical and/or verbal abuse*
*(4) Signs of suicide risk, suicide precautions*
*(5) Communication skills*
*(6) Counseling techniques*
*(7) Medical emergencies*
*(8) Crisis prevention*
*(9) Social/cultural lifestyles of the juvenile population*
*(10) Cultural diversity*
*(11) Appropriate and safe use of interventions such as restraints and room confinement*

**Compliance Status: Substantial.**

*The implementation plan will require:*

> *(1) ongoing professional training for all of medical and mental health staff, consistent with NCCHC standards, which will allow them to perform competently the duties required of them;*

**Compliance Status: Substantial.**

> *(2) a description of the actions to be taken to create a training program that reasonably assures that new and current staff maintain the appropriate levels of skills and knowledge within their field of expertise, and meet requirements for adequate professional training pursuant to continuing medical education licensure requirements of the State of Illinois; and*

**Compliance Status: Substantial.**

> *(3) creation and required use of a system for documenting and verifying completion of training requirements.*

**Compliance Status: Substantial.**

> *The Center will also maintain an adequate system of staff oversight and discipline, which reasonably assures that alleged incidents of abuse, neglect, and other staff misconduct are properly and promptly investigated and appropriate action is taken where warranted.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. The facility will develop and maintain lesson plans for all existing and proposed training, including but not limited to in-service training, first responder training and remedial training. It is recommended that a recognized juvenile justice training organization should review these training materials and give its approval or endorsement that the materials meet minimum standards of acceptability based on current practices. Two organizations that can provide this review and approval are the Center for Research & Professional Development at Michigan State University (the training division of the National Partnership for Juvenile Services) or the Juvenile Justice Trainers Association (JJTA), a partner organization within NPJS.

**Compliance Status: Partial. The JTDC has lesson plans for most training modules. Lesson plans have not been fully developed for all training modules.**

2. In order to comply with the ASO provision of the development of a special training curriculum for those staff members who have multiple abuse allegations, the following tasks need to be completed:

   A. Pre- and post testing for each module.

   B. Lesson Plans need to be developed for adolescent development, mental health issues, ethics, and principles of behavior management, ethics, anger management, stress management, problem solving strategies, resident discipline, juvenile rights, cultural diversity, juvenile supervision.

   C. Training will be conducted by competent staff (staff that has successfully completed a certified train-the-trainer or platform skills course).

**Compliance Status: Substantial.**

3. New policy and emergency plan manuals will be developed and all facility staff will be trained in the Center's policies. Manuals will be placed on-line. All old manuals will be collected and destroyed with the exception of those necessary as required by management, the State's Attorney's Office or by law.

**Compliance Status: Partial. The JTDC Policy Manual has been placed on line. The emergency plan manual has not been completed. There are several policies are in need of revision.**

4. Training that is relevant to other positions in the facility (e.g. caseworkers, recreational workers, clerical, all management and supervisory staff) will be developed.

**Compliance Status: Substantial.**

5. The annual training for direct care staff shall include first aid and response to medical emergencies, recognition of signs and symptoms of common medical and mental health problems, suicide precautions, crisis intervention, communication skills, verbal de-escalation training, physical intervention and use of restraint training. This training shall have a competency based component. Individuals that do not demonstrate competency must be provided additional training until competency can be demonstrated.

**Compliance Status: Partial. There is a competency based written post-test for first aid and suicide prevention. There is no evidence of a competency based written test or guidelines for demonstrated**

**competency for crisis intervention, communication skills, verbal de-escalation, physical interventions and use of restraints**.

6. Qualified trainers shall conduct identified training (e.g. behavior management, special treatment needs).

**Compliance Status: Substantial.**

7. All staff that provides direct care to residents shall be provided with at least 40 hours of annual in-service training.

**Compliance Status: Substantial.**

8. Staff will be identified and placed on each floor on the 1st (day) and 2nd (afternoon) shifts that have demonstrated competency in crisis intervention techniques (verbal, physical and mechanical restraints). Identified "first responders" shall include supervisory staff. "First responders" shall receive intensive training. "First responders" should be used in special needs units as well as units considered "highly aggressive".

**Compliance Status: Substantial.**

9. A "roll call" for each shift will be established to enhance communication.

**Compliance Status: Substantial.**

10. The JTDC shall incorporate a policy identifying the frequency of mandatory administrative and supervisory meetings with subordinate staff.

**Compliance Status: Substantial.**

11. Staff meeting minutes or summaries shall be maintained and distributed to the Compliance Administrator.

**Compliance Status: Substantial.**

12. Comprehensive policies or procedures regarding the reporting, investigation and access to records and alleged victims will be developed and submitted to the Compliance Administrator and Court Monitors within 90 days of the approval of the MIP.

**Compliance Status: Substantial.**

13. A comprehensive policy regarding staff assignments pending abuse investigations or other staff misconduct shall be developed and submitted to the Compliance Administrator and Court Monitors within 90 days of the approval of the MIP. The policy shall describe an adequate system of staff oversight and discipline which reasonably assures that alleged incidents of abuse, neglect, and other staff misconduct are properly and promptly investigated and appropriate action is taken where warranted. Non-privileged information pertaining to such incidents and personnel (e.g. disciplinary referrals, disciplinary outcomes) shall be provided to the Compliance Administrator monthly.

**Compliance Status:  Substantial.**

    14.  The hiring process and criteria followed by JTDC and Cook County in general shall be submitted to the Compliance Administrator and the Court Monitors within 30 days of approval of the MIP.

**Compliance Status:  Subject to an Orderly Transition to the Office of the Chief Judge.   The Order Appointing a Transitional Administrator abolished the Compliance Administrator and the Court Monitors.**

**NOTE:  The Transitional Administrator has utilized an outside agency for applicant tracking (position posting, screening, phone interviews, testing, scheduling interviews and documentation required for hiring).  This function is in the process of transfer to JTDC personnel.  The implementation of the county wide applicant tracking system will be required prior to transition. The Office of the Chief Judge will need to establish a hiring process and criteria.  The Chief Judge will need to be involved in regards to compliance with the Shakman requirements.**

## Paragraph #13 Health Care Overview

**MOA Requirements:**

*(1)  The Implementation Plan will assure that all detainees are provided with those services that meet the NCCHC Standards that are cited in the MOA.*

**Compliance Status:  Substantial.**

*(2)   The MOA Implementation Plan will include:  a description of the actions the Center will take to assure that all detainees are appropriately screened for physical, dental, and mental health problems, are promptly treated when appropriate, and are provided with regular mental, physical and dental health care in accordance with the standard of care for the appropriate medical discipline.*

**Compliance Status:  Substantial.**

*(3)   The Implementation Plan shall acknowledge and reasonably accommodate the operational, custodial, scheduling and supervision of security and movement requirements of the CCJTDC.*

**Compliance Status:  Partial.  JTDC Policy is in need of modification for substantial compliance.**

**MIP Requirements:**

    1.  Maintain NCCHC accreditation.

**Compliance Status:  Substantial.**

    2.  All health services policies and procedures shall be submitted to the Compliance Administrator and Court Monitors.

**Compliance Status:  Substantial.**

**Paragraph #14 Health Screening**

**MOA Requirements:**

*The MOA Implementation Plan is required to describe the actions to be taken so that every detainee upon arrival at the CCJTDC:*

*(1) Receives a screening that complies with Standard Y-34 of the NCCHC Standards;*

**Compliance Status: Substantial.**

*(2) Receives a health assessment that complies with Standard Y-35 of the NCCHC Standards; and*

**Compliance Status: Substantial.**

*(3) Receives a mental health assessment that complies with Standard Y-36 of the NCCHC Standards; and*

**Compliance Status: Substantial.**

*(4) Receives oral screenings, education and examinations that comply with Standard Y-37 of the NCCHC Standards.*

**Compliance Status: Partial. Cermak Health Policies and Procedures are in Partial Compliance with NCCHC Standard Y-37 Oral Care. Oral screening is included in questions on the admission screening completed by the nurse and on the physician's health assessment. Oral health education is provided and documented by the intake nurse upon admission. Follow up dental treatment was not consistently provided to short term youth in need of restorative services.**

*(5) The Implementation Plan will describe the specific actions that defendants will take to assure that appropriate services are timely provided to address the health, mental health, or dental needs of each detainee identified in the screenings and evaluations described above. Such services will be structured and delivered in a manner that complies with Standards Y-1 through Y-71 of the NCCHC Standards.*

**Compliance Status: Substantial.**

**MIP Requirements:**

<u>**Medical**</u>

1. The intake nurse must be provided with a private area to observe the skin of the trunk and extremities. This requires the youth to partially undress. A curtain on an overhead track that easily moves into and out of place would provide adequate privacy in the current intake space.

**Compliance Status: Substantial.**

2. Initial screening by the intake nurse must include observation of the skin of the trunk and extremities for evidence of communicable diseases in a private area.

**Compliance Status: Substantial.**

3. Nursing must document all skin lesions or marks on a body chart. This is necessary both for identification purposes and to accurately record all injuries present at the time of admission.

**Compliance Status: Substantial.**

4.  The initial screening of females should include inquiry about last sexual intercourse and use of contraception at that time. Youth who admit to unprotected intercourse within 72 hours of admission who do not wish to become pregnant should be offered emergency contraception. Youth who admit to unprotected intercourse greater than 72 hours prior to admission should have a serum pregnancy test on admission and again two weeks after admission to diagnose pregnancy as early as possible.

**Compliance Status: Substantial.**

5.  The health history should include a brief review of systems targeted at symptoms which are common in adolescence or indicative of a serious health problem.

**Compliance Status: Substantial.**

6.  The health history should include inquiry about injection drug use and shared needles for injection, tattooing or piercing in order to identify youth at higher risk for HIV, hepatitis B and hepatitis C infection.

**Compliance Status: Substantial.**

7.   In addition to the question about current contraception, the health history should also ask females if they wish to receive information about contraception or initiate contraception. The request for contraception information and services should be listed on the problem list and systematically addressed via group education and individual counseling and prescription when indicated.

**Compliance Status: Substantial.**

8.  The physical examination form should provide more space to properly document the examination and should include prompts regarding lymph nodes, pulses, and the stage of sexual maturity.

**Compliance Status: Substantial.**

9.  Height and weight should be plotted on standard growth curves for children and assessed for abnormalities of growth and development such as obesity, short stature, delay in growth and maturation, etc.

**Compliance Status: MIP Modification Request. Weight and height were always documented on each youth with a calculation of Body Mass Index (BMI), which is more useful clinically in this population than the growth chart. Growth curve charts are most beneficial when children can be plotted for growth trends over several years. The TA requests the modification of the MIP to replace the utilization of growth charts with the Body Mass Index (BMI).**

10.  Every youth admitted to the facility should have vision screening by a nurse using a standard Snellen wall chart.

**Compliance Status: Substantial.**

11. Every female admitted to the facility should have a complete blood count at least annually to assess for anemia as recommended by the American Academy of Pediatrics.

**Compliance Status:  Substantial.**

12. Urine specimens for STD testing by the health department should be obtained from every youth admitted to the facility. The health department can follow-up on infected youth who are released prior to treatment.

**Compliance Status:  Substantial.**

13. A separate full page form should be provided for the doctor or nurse practitioner performing the history and physical examination to document their assessment and management plan. The assessment is a brief discussion of each active health problem which includes the examiner's findings and diagnostic ideas. The management plan for each active health problem should include diagnostic, therapeutic, patient education and follow-up components.

**Compliance Status: Substantial.**

14. The problem list should be completed for every youth including all current, active health problems as well as past health problems that may influence care now, such as prior traumatic injuries to the head or major organs.

**Compliance Status:  Partial.  Medical Consultant Michelle Staple-Horne will access the progress in this provision in March 2014.**

15. Additional efforts are needed to monitor the assessments, plans and initial orders to determine whether all problems are being addressed and improve performance of the physicians and nurse practitioner who do the initial medical assessments.

**Compliance Status: Substantial.**

16. Youth held for three months or more should be considered to be long-term residents. Long term residents should be provided with a more comprehensive medical assessment including broader health history, health information from parents and prior health care providers in the community, hearing acuity screening using a standard pure tone device at various frequencies and loudness, additional laboratory tests recommended by the American Academy of Pediatrics to be provided at least once during adolescence including chemical and microscopic urine analysis, and complete blood count. Youth at risk for liver disease based on history of injection drug use or multiple sexual partners should have liver function tests. Youth at risk for atherosclerosis due to family history of early heart attack or stroke should have lipid screening.

**Compliance Status: Substantial.**

17. Dental screening by the initial examining doctor or nurse practitioner should be documented on the physical exam form.

**Compliance Status: Substantial.**

18. More follow-up dental treatment should be provided to all youth with restorative needs such as cavities.

**Compliance Status:  Partial. Medical Consultant Michelle Staple-Horne will access the progress in this provision in March 2014.**

19. Youth in residence for three months or more need a comprehensive dental program that includes diagnostic, preventive and restorative care initiated by the dental program staff.

**Compliance Status: Substantial.**

20. Access to medical and surgical specialty consultation services must be truly available. Truly available means timely appointments are available, and facility transportation is provided to bring youth to their appointments on time.

**Compliance Status: Substantial.**

21. Additional recommendations regarding improvements in the completeness of pelvic examinations and cervical cytology testing may be made after review of these services.

**Compliance Status: Exception Request. Pap Smears are no longer clinically recommended for females less than 21 years of age by the American College of Obstetrics and Gynecology (ACOG) and the US Preventative Services Task Force (USPSTF).**

## Mental Health

22. There continue to be two intake units for males. There shall be one designated intake unit for females. As previously understood through the research of Dr. Linda Teplin which was completed at the CCJTDC, females have higher incidences of mental health problems. Currently, much of this is being missed and simply not identified. In the event the female intake unit is needed to house residents other than intake, criteria shall be developed to identify who may share this unit.

**Compliance Status: Substantial.**

23. The Center will give a MAYSI-II and a SASSI or MAST, or other appropriate alcohol and substance abuse screening tools to all youth within 24 hours. In association with these two scales, a brief validated scale will also be used.

**Compliance Status: Substantial.**

24. For those youth who will be leaving the detention facility within the first few days, a process must be put into place where the initial assessment is reviewed and determinations regarding acute need for hospitalization, community based services or referral to the youth's school system for a case study evaluation needs to be made. This should be reviewed with the youth's guardian with specific contact information.

**Compliance Status: Substantial.**

25. For those youth that will be in the facility longer, a more comprehensive assessment needs to be completed, using validated instruments. An example of such a validated scale would be the Diagnostic Interview Schedule for Children (DISC). There are other validated scales which could also be used.

**Compliance Status: Substantial. Residents requiring further assessment are referred for comprehensive assessment through the Chicago Public Schools.**

26. Cognitive and educational testing must be given. Cognition and achievement for many of the youth entering the detention facility is simply not known. The WISC-IV and the WAIS instruments are recommended. In association with these achievement tests, using either the Woodcock-Johnson or WIAT would be adequate. These tests would take approximately two hours or so per student to implement. This should be used for youth who have not had IQ and achievement testing in the past year. Since cognitive and educational testing are needed both for purposes of mental health diagnosis and treatment and for educational assessment and placement, responsibility for this testing should be shared by CCJTDC and the Chicago Board of Education, which provides educational services to incarcerated youth.

**Compliance Status: Substantial. Nancy B. Jefferson school tests all admissions. Additional testing and referrals for psycho-social testing is conducted when the resident displays behaviors or academic failures (as in a community setting). Isaac Ray and Nancy B. Jefferson psychologists consult on a regular basis.**

27. Intake must be its own separate entity. Staff should not be taken away from other clinical duties to complete intake. There should be a psychologist that oversees intake. This would be a 1.0 FTE position. Based on the number of students coming through intake, there is also a need for a 1.0 psychiatrist within intake. Within each intake unit, there will need to be at least 3 Master's level psychometricians to assist with the implementation of testing. Persons with a minimum of a Bachelor's degree in an appropriate field (e.g.-psychology, social work, and counseling) with training in psychometric testing may be hired as psychometricians. Testing will be structured and results will be reviewed by the psychologist.

**Compliance Status: Substantial. Mental Health is staffed appropriately.**

28. All youth that are on psychotropic medications or that are presenting with more acute mental health issues will be assessed by the psychiatrist on intake. If the youth is on psychotropic medication or in need of psychotropic medication, informed consent will be obtained (this will be discussed later in the psychiatric section). If the youth is previously on medication, medication will be obtained on the same day of their arrival at the facility (even if on a weekend), as the delay in giving medication potentially could be life threatening. Once a comprehensive treatment assessment is completed there needs to be a multidisciplinary treatment plan developed while youth are still in intake units so that appropriate placement within the facility and the school system can be made.

**Compliance Status: Substantial.**

29. Experts in computerized management information systems (MIS) shall be utilized so that intake information can be immediately input into the computer and then be reviewed by appropriate mental health staff and potentially used for future assessment. This will require specific consultation for implementation.

**Compliance Status: Partial (dependent upon completion of wireless medical records project). The facility will not be in substantial compliance until the wireless medical records project has been completed and operational.**

**Paragraph #15 Preventive Services**

**MOA Requirements:**

*The Implementation Plan shall include a description of the actions the Center will take to reasonably assure that appropriate preventative services are provided to detainees while detainees are within the facility. The preventative health care program will include:*

*(1) appropriate immunizations,*

**Compliance Status: Partial. Current immunization records were not present in all detainee health records.**

*(2) periodic health evaluations of all detainees,*

**Compliance Status: Substantial.**

*(3) appropriate health education of detainees and staff,*

**Compliance Status: Substantial.**

*(4) a plan for communicable disease control,*

**Compliance Status: Substantial.**

*(5) reproductive health services, and*

**Compliance Status: Substantial.**

*(6) a plan to assure that the diet provided to all detainees, including those whose health or religion requires special dietary accommodations, meets appropriate minimum standards for quality and quantity.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. An organized, aggressive approach to obtaining parental consent for immunizations to overcome the barrier to provision of immunizations to youth should be included in the protocol.

**Compliance Status: Partial. General consent forms were present in 21 of 25 health records. Staff attempt to contact parents to obtain consents that are missing from the record.**

2. In particular, youth in residence for three months or more should be brought fully up to date for their age for all recommended childhood and adolescent immunizations. Obtain history of childhood chickenpox from parents, titers for those with no chickenpox disease history, and provide the two shot varicella vaccine series for those who are not immune. When storing varicella vaccine prior to use, special attention must be given to maintaining adequately low freezer temperatures to ensure vaccine efficacy is maintained.

**Compliance Status: Substantial.**

3.  The content of the annual medical and dental assessments should be enhanced to provide for systematic review to determine that the comprehensive services for longer term residents are being provided to each youth that has been in residence for one year or more.

**Compliance Status:  Substantial.**

4.  Nurses assessing patients in the satellite offices must be provided with sinks to wash their hands or hand sanitizer to use between patients.

**Compliance Status:  Substantial.**

5.  Contraception information should be provided to every female. Contraception services should be provided to females who request such services. Completeness of initial assessment of contraception, contraception education and contraception services should be monitored.

**Compliance Status:  Substantial.**

6.  Prenatal care should be provided by a physician trained in obstetrics.  Protocols for prenatal care should be developed, reviewed, and approved by this physician and should be consistent with current standards of care.  A statement from the health services administrator and Medical Director attesting to these facts should be provided.  A system for referrals and discharge planning for pregnant females should be developed and maintained.

**Compliance Status:  Substantial.**

7.  All diets and menu plans should include nutritional analysis, demonstrating compliance with USDA school nutrition standards, including standards for fat, saturated fat, and Recommended Dietary Allowances.  A dietary manual, including instructions for food services staff for preparation of a range of commonly prescribed medical diets, should be developed by a Registered Dietitian.  This should include policy and procedure for management of alleged food allergies.  A Dietitian should also be available to assist with unusual special diets.  Provisions should also address religious diets.

**Compliance Status:  Substantial.**

8.  A variety of health education materials should be available in the clinic and on every unit, including pamphlets, videos, and/or educational software.

**Compliance Status:  Substantial.**

9.  Group health education classes following a standard curriculum developed for high risk youth should be provided continuously. Health educators, health professionals or line staff can be trained to deliver standard health education curricula. Outside organizations may be funded by public health, public education, or foundations to provide such services in juvenile facilities.

**Compliance Status:  Substantial.**

10. Facilities policies and procedures for personal hygiene and clothing, bedding, and linen must comply with all applicable NCCHC, ACA, and state regulatory standards.  Policies must address (a) bathing; (b) toothbrushing; (c) ready access to menstrual supplies; (d) changes of clothing (outer clothing and underwear); (e) changes of bedding and linen; (f) disinfection of mattresses and pillows after each user; (g) measures to prevent transmission of foot fungus, such as individual

closed toe shower shoes, sani-mist or other brand of disinfection; (h) consultation with a podiatrist and sanitarian regarding reissuance of shoes and proper disinfection to prevent transmission of foot fungus.

**Compliance Status: Substantial**

## Paragraph #16 Identification of Health or Mental Health Concerns

**MOA Requirements:**

*(1) The Implementation Plan shall describe the actions taken to identify detainees who have developed health or mental health concerns since the admission screening, those whose health or mental health care needs have changed, or those who health or mental health care needs were not detected upon admission.*

**Compliance Status: Substantial.**

*(2) The Implementation Plan will include a training program to help non mental health staff identify mental health needs that arise, following intake.*

**Compliance Status: Substantial.**

*(3) The Plan will also require that when medically indicated, the CCJTDC will prepare a discharge plan to provide for continuity of care according to the requirements in Paragraph 30 below.*

**Compliance Status: Substantial.**

*(4) Such services will be structured and delivered in a manner that complies with NCCHC Standards Y-1 through Y-71.*

**Compliance Status: Partial. Policies HS-513.1 Discharge Planning-Mental Health Procedure meets with current NCCHC Standards, specifically Y-E-13 for the provision of continuity of care. Although, policies and procedures meet with expectations clinical practice does not. A review of 23 charts (2 charts were unable to be accessed for specific evaluation of Discharge Planning) showed that 8 charts (35%) had no specific documentation reflecting of Discharge Planning). With the exceptions, noted above, of Multidisciplinary Treatment Planning (Policy/Procedures/Practice), Discharge Planning (Practice), and clarification regarding the sharing of information with the courts (See 2.13 below) the majority of Mental Health Services were found to be highly consistent with NCCHC Standards.**

**MIP Requirements:**

**Medical**

1. Implement the performance measures for NCCHC standards Y-E-02 and Y-E-04 to review health problems missed with receiving screening and initial assessment.

**Compliance Status: Substantial.**

2. Establish logs of health problems identified on admission and routine review of follow-up planned and follow-up achieved.

**Compliance Status: Substantial.**

3.  Establish logs of health problems assessed at sick call and routine review of compliance with nursing assessment protocols, follow-up and physician referrals.

**Compliance Status:  Substantial.**

## Mental Health

4.  Policies and procedures regarding specific mental health referrals from non-mental health staff needs to be clearly reviewed and restructured. All policies and procedures pertaining to mental health services should be highly clinically correlated to actual practices at CCJTDC.  Time and time again during the interview process, the treaters reported the lack of correlation between policy and procedures and what is done clinically.  Policies and procedures must be developed and revised in such a way that facilitates clinical implementation and practice.

**Compliance Status:  Substantial.**

5.  There must be clear oversight and appropriate reporting lines regarding these issues.

**Compliance Status:  Substantial.**

6.  There needs to be clear didactics for mental health and non-mental health staff.  Training must be developed for non-mental health staff, as well as psychiatric and other mental health staff. Training should include having outside experts come in to help train staff and making opportunities available for local CE and CME credit to be obtained.  In addition, staff should be able to participate in CE and CME activities outside the Chicago land area to ensure the highest likelihood of being consistent with national norms.

**Compliance Status:  Substantial.**

7.   It is recommended that referrals, assessments and treatment notes ultimately be computerized so that other mental health staff have easy of access to this information. This will also allow for quick assessment of referral questions by administrators and allow one to address any potential concerns regarding follow up.

**Compliance Status:  Partial. (Dependent on the completion of the wireless medical records project)**

8.  Clear policy and procedures regarding referrals with a clinical correlation to these policies and procedures.

**Compliance Status:  Substantial.**

9.   The need for staff, mental health and psychiatric training as described.

**Compliance Status:  Substantial.**

10.  Ongoing assessment of the referral process and a single person (PhD level) ultimately being responsible for its implementation and success.

**Compliance Status:  Substantial.**

11. A consistent quality improvement program, including all documentation for mental health services must be developed.

**Compliance Status: Partial.**

**Paragraph #17 Assessment & Treatment of Acutely Sick Detainees and Injured Detainees**

**MOA Requirements:**

*The Implementation Plan shall establish a program to administrator appropriate health services to address acute illness and injury while detainees are within the facility. The Plan will describe:*

*(1) procedures and practices that reasonably assure the detection and care of illnesses and injuries;*

**Compliance Status: Substantial.**

*(2) a system for management and dispensing of medications;*

**Compliance Status: Substantial.**

*(3) a system for monitoring side effects of medication;*

**Compliance Status: Noncompliance. Currently no policy or system is in place to monitor side effects of medication.**

*(4) a plan for follow-up care;*

**Compliance Status: Substantial.**

*(5) a system to allow detainees unimpeded, confidential access to medical staff;*

**Compliance Status: Substantial.**

*(6) a protocol for referring detainees to specialists employed by the Cook County Bureau of Health Services ("BHS"), and, in the event appropriate specialists are not available through the BHS, to outside service providers; and*

**Compliance Status: Substantial.**

*(7) a protocol for responding appropriately to medical emergencies.*

**Compliance Status: Substantial.**

*(8) The Plan will also require that, when medically indicated, the CCJTDC will initiate a discharge plan to provide for continuity of care according to the requirements in Paragraph 30 of the MOA.*

**Compliance Status: Substantial.**

**MIP Requirements:**

Detection of illnesses and injuries.

1. Sick call request forms must be readily available on the units, not under the control of unit staff and only available upon request.

**Compliance Status: Substantial.**

2. The facility should ensure that all youth subject to restraint of any kind are immediately examined by appropriate health care staff. Youth should have a nursing assessment after every restraint to document any injuries or that there were no injuries. Nurses should document allegations of abuse during restraint, report them to the facility administration and report to DCSF as mandated by state law.

**Compliance Status: Partial. There is not a consistent mechanism to ensure that all youth having been restrained are evaluated by medical staff, although documentation of post restraint medical evaluations was present in some health records. The new Resident Information System will provide a mechanism to ensure all restraints are reported to medical staff.**

3. The Compliance Administrator shall be provided with a copy of the injury log and injury reports on a weekly basis.

**Compliance Status: Substantial.**

4. Sick call

Nurses should be provided with regular and ongoing in-service training on the rationale for and consistent use of the nursing assessment protocols.

**Compliance Status: Substantial.**

5. There should be regular and ongoing monitoring of a sample of sick call notes to determine that the nursing assessment protocols are being followed, that physician referrals are consistently made when indicated, and that the care at sick call is consistent with contemporary standards.

**Compliance Status: Substantial.**

6. The youth's health record should be available to the nurse when the patient is being assessed at sick call. To accomplish this will require that the health records are obtained by the medical record clerks in advance based on a list of sick call requests and provided to the nurse prior to the designated sick call time.

**Compliance Status: Substantial.**

7. The nurses should document their assessments at sick call in chronological order in the progress notes, not on the sick call request forms. In this way, each provider who sees the youth will be able to review their recent health care by looking in only one section of the chart, the progress notes.

**Compliance Status: Partial.**

8. A sick call log should be maintained that lists the unit, date, nurse, youth, complaint, nurse's assessment and plan. The sick call logs should be reviewed daily by a physician or nurse to monitor for significant problems in need of prompt physician follow-up.

**Compliance Status: Substantial.**

9. Conduct all aspects of sick call in a confidential, private setting.

**Compliance Status: Partial. Sick call conducted on the health unit is confidential. Less confidentiality exists for youth to be assessed on the living units until the satellite clinics there are completed and equipped.**

10. All satellite health rooms shall be furnished with basic medical equipment to permit adequate examination and hygiene.

**Compliance Status: Noncompliant. Satellite health rooms on the units have been identified, but not equipped in order to conduct assessments.**

Medication management

11. The practice of pre-pouring the medicines and placing them in unmarked envelopes must cease. All prescriptions should be filled on unit dose blister cards. The pharmacy label is usually affixed to the upper margin of the card. New medication carts should be obtained that are designed to hold the standard blister cards upright in the drawer. This will enable the nurse to maintain them in alphabetical order by unit and readily search by name. No pre-pouring is needed with unit dose cards filed alphabetically by unit.

**Compliance Status: Noncompliant. Recommended dose blister card system for dispensing of medications had not been implemented.**

12. In order to determine that orders are transcribed accurately onto the medication administration records routine review and correction by a second nurse should be implemented. The nurses should continue to place copies of the original prescriptions in the medication notebooks to permit the medication nurse to confirm the specific details of a prescription when needed.

**Compliance Status: Substantial.**

13. To reduce missed doses due to prescription not delivered, the nurses should keep a running log prescriptions ordered, track when they are delivered, and follow-up with the pharmacy daily regarding prescriptions not yet filled after the expected 24 hour turnaround time. Develop a protocol for physician review of unfilled prescriptions to determine which ones need to be filled immediately by the local pharmacy rather than waiting still longer for the Oak Forest pharmacy to obtain the drugs. Implement use of a standard two page medication administration record rather than the current 4 page form that contains no additional useful information.

**Compliance Status: Substantial.**

14. Include information about the common clinical side effects of medicines in the medication notebooks to alert nurses to important symptoms they might observe during medication administration.

**Compliance Status: Partial.**

15. Follow-up should be part of the management plan for every health problem assessed. "No follow-up needed" or "Follow-up PRN" is a valid follow-up plan that shows the provider considered the need for follow-up and decided "as needed" was adequate.

**Compliance Status: Substantial.**

16. The health program needs to log and track all requests for outside services (x-ray, prescriptions, lab tests, specialty referrals, etc.) to determine which are done timely and follow-up on those that are not. Otherwise they are lost to follow-up until someone notices by chance that the needed service was never done.

**Compliance Status: Substantial.**

17. There needs to be an appointment system to be used to be used to establish and track dates for scheduled follow-up of youth with ongoing health needs.

**Compliance Status: Substantial.**

18. Liver function tests need to be conducted initially and monitored every 6 to 8 weeks for those receiving preventive therapy with INH for latent tuberculosis infection.

**Compliance Status: Substantial.**

Specialist referrals

19. Detention center physicians should make better use of specialists. Consultations are often needed to make a diagnosis, to recommend treatment, and prior to surgery. A good rule for a general pediatrician, family physician or internist to follow is to refer when there is no diagnosis after they have done their usual workup for a problem, or the patient is not improving clinically after they have provided their usual treatment for a problem. This approach allows the generalist physician to do what he or she knows how to do, and provides access to the expertise of a specialist when the problem has not responded to the generalist's initial efforts.

**Compliance Status: Substantial.**

20. The program should log and track specialist referrals to determine when additional efforts are needed to obtain a timely consultation. This will help prevent needed consultations form being lost to follow-up.

**Compliance Status: Substantial.**

21. Sufficient line staff must be available to reliably transport youth to off-site appointments on time. Cancellation of appointments due to lack of transportation must be a rare exception to the established rule that all appointments are kept on time.

**Compliance Status: Substantial.**

22. When needed services are not available timely from the institutions operated by the Cook County Bureau of Health Services, those services must be obtained elsewhere. In order to accomplish this, the health program will need to determine what services are likely to be needed (e.g. - neurology) and develop agreements with willing providers in the community.

**Compliance Status: Substantial.**

Emergency response

23. Policies and procedures for emergency response should be jointly developed by facility and health services administrators. These policies must include provisions clearly delineating medical autonomy in emergency situations, which includes decisions to transport by ambulance and hospitalize youth without delay whenever clinically indicated. Protocols must include provisions

for deciding when health staff will respond to the site of an emergency and when facility staff will bring youth to the health care unit. Procedures must also clearly articulate the chain of command for emergency responses to ensure that appropriate staff is available at all times and that ambulances can access the facility without delay. One or more equipment bags or carts containing emergency equipment and supplies must be maintained at all times. The contents of this bag should be described in a document and submitted to the medical expert for approval.

**Compliance Status: Substantial.**

## Paragraph #18 Special Services for Detainees with Chronic or Disabling Medical Conditions

**MOA Requirements:**

*The Implementation Plan will include a program to administer appropriate health treatment for chronic or disabling medical conditions. The plan will include an appropriate and organized system of care for chronically ill detainees including:*

*(1) An appropriate plan for detection and care of chronic or disabling conditions,*

**Compliance Status: Substantial.**

*(2) A system for regular physician follow-up visits,*

**Compliance Status: Substantial.**

*(3) Screening tests to diagnose and treat complications,*

**Compliance Status: Substantial.**

*(4) Patient education to recognize acute complications early and initiate intensive management,*

**Compliance Status: Substantial.**

*(5) A system for management and dispensing of medication,*

**Compliance Status: Substantial.**

*(6) A system for monitoring and addressing side effects of medication,*

**Compliance Status: Noncompliance.**

*(7) A system to allow detainees prompt, confidential access to medical staff, and*

**Compliance Status: Substantial.**

*(8) A protocol for referring detainees to specialists and outside service providers when appropriate.*

**Compliance Status: Substantial.**

*(9) The Plan will also require that, when medically indicated, the CCJTDC will initiate a discharge plan to provide for continuity of care according to the requirements in Paragraph 30 of the MOA.*

**Compliance Status: Partial.**

**MIP Requirements:**

1. The CCJTDC health services unit needs to establish treatment guidelines for chronic illness care that give guidance to the physicians and nurse practitioners on how to improve management among those who have not achieved optimal control of their disease.

**Compliance Status: Substantial.**

2. Revise chronic illness forms to make them more effective tools for improving the quality and completeness of chronic illness care. The information to be obtained once at a first visit should be on an Initial Visit form, while the information to be gathered at follow-up visits should be on a separate, Follow-up Visit form. As there are often many aspects of a chronic illness to keep track of (tests for adequacy of management, tests for identification of complications, immunizations, specialty consultations, etc.) it is useful to have a Flow Sheet for each chronic illness where such tests, exams, consultations and immunizations are summarized for easy review.

**Compliance Status: Partial. The chronic care initial visit forms were for seizure; diabetes; hypertension; and tuberculosis were reviewed and contained all the appropriate clinical information. There was not a separate follow up visit form for these chronic illnesses.**

**Paragraph #19 Mental Health Treatment**

**MOA Requirements:**

*The Implementation Plan will describe actions to be taken to assure:*

*(1) appropriate provision of mental health counseling and treatment;*

**Compliance Status: Substantial.**

*(2) that all detainees are treated in the least restrictive manner appropriate;*

**Compliance Status: Substantial.**

*(3) that detainees whose mental health needs cannot be met within the institution are timely referred to competent specialists and other professionals or outside service providers;*

**Compliance Status: Substantial.**

*(4) that all staff who interact with detainees are adequately trained and a plan is implemented for appropriate treatment of mental health emergencies; and*

**Compliance Status: Substantial.**

*(5) and in the event that appropriate specialist are not available through the facility, to competent and outside providers; and*

**Compliance Status: Substantial.**

*(6) that detainees who require hospitalization for acute mental health problems are promptly referred to an appropriate hospital program for children or adolescents for evaluation and treatment.*

**Compliance Status: Substantial.**

*(7) The Plan will also require that, when medically indicated, the CCJTDC will prepare a discharge plan to provide for continuity of care according to the requirements in Paragraph 30 of the MOA.*

**Compliance Status: Partial. – Policy HS-705 Suicide Prevention Program/JTDC #7.05 meets with current NCCHC Standards, specifically and Y-G-05. Clinical practice as demonstrated by a chart review, discussed elsewhere in this document did not meet standards.**

**MIP Requirements:**

1. Development of appropriate levels of mental health staffing will involve a two-stage process which is described in Appendix B and is incorporated herewith as part of the MIP

**Compliance Status: Substantial.**

2. As soon as possible, a Director of Mental Health needs to be in place. The person chosen for this position should have a clinical background, have a Ph.D. or equivalent degree, and should be interviewed and supported by the current mental health staff for the position. The Director of Mental Health may perform clinical duties as deemed appropriate by current staffing and resident needs.

**Compliance Status: Substantial.**

3. There will be a need for additional consulting staff to assist with further development of policy and procedures, clinical implementation, development of a cohesive mental health program and hopefully with additional consulting to assist in computerizing the medical and mental health programming.

**Compliance Status: Substantial.**

4. There will be a significant need for outcomes data and outcomes research. Allocating and ultimately hiring a .5 FTE psychologist to assist with development of protocols and assisting with any ethical issues regarding research and to work with the staff so that outcomes data can be generated and evaluated to assess the effectiveness of treatment interventions.

**Compliance Status: Partial. Some data collection is compiled. Outcomes data and research needs to be developed.**

5. There is a need for special needs units which will accommodate youth with significant mental health needs. At the present time, one such unit for males and one unit for females are recommended. This will be for the most significantly mentally ill youth. These youth will be identified at intake. In addition, there will likely be youth that become more progressively mentally ill during their time at the facility who may also make use of this unit. The two units will need 1.0 FTE psychiatrist and 1.0 FTE psychologist who will oversee two social workers in each unit who will assist with day-to-day groups, individual treatment and crisis situations for the youth in addition to assisting with case management and family issues.

**Compliance Status: Exception Request. Youth who demonstrate significant mental illness are referred to external adolescent psychiatric facilities.**

6.  At the present time there are almost no appreciable family interventions. This needs to be developed and be part of the mental health interventions. The level of disruption and dysfunction in many of the families of the youth within the detention facility is a well-known fact. Any assistance with helping the dynamics will only be of benefit to the youth.

**Compliance Status:  Noncompliance.**

7.  There needs to be a specialized substance abuse unit. The protocols for this unit should include both drug/alcohol education and intensive substance abuse treatment. A .5 FTE psychology position and a 1.0 FTE social work position need to be involved and assist with individual treatment and groups within this program. One of the reasons that there is a need for specialized programming besides offering a level of responsibility to specific treatment, has to do with the longstanding difficulties of getting children to mental health. Within the units, adequate space for mental health staff to see youth needs to be developed. The provision of substance abuse education and treatment shall occur under the supervision and coordination of the Mental Health Services Administrator.   If the facility contracts for substance abuse programming, the staffing requirement for the psychology position and social work position may be incorporated in such contract.

**Compliance Status:  Exception request.  Due to 1) the short average length of stay and 2) the mission of the JTDC, substance abuse treatment is more appropriate in a community setting.  Drug education is provided at the JTDC.**

8.  There needs to be better communication and coordination between security and mental health staff.

**Compliance Status:  Substantial.**

9.  There needs to be a clear quality assurance program that assesses mental health and psychiatric services with interventions and feedback for situations in which deficits exist and treatment is not consistent with policy and procedures.

**Compliance Status:  Partial.**

10.  There needs to be clear suicide risk interventions and protocols. A youth who is identified as a suicide risk must be kept under one-to-one supervision until evaluated by a mental health staff. There must be clear suicide watch protocols; for example, one-to-one observation, 15 minute checks, 30 minute checks, suicide precaution level. Within this plan there must be an understanding of when a child can remain on the unit and be observed within arms reach of staff and when a child needs to be placed in a mental health or other special management unit. In association with this, there needs to be some level of differentiation between the medical unit, special management units for aggressive youth, and a mental health unit.

**Compliance Status:  Substantial.**

11. If a youth is placed in room confinement, there need to be clear protocols, policies and procedures and assessment regarding why the youth is placed in his/her room. These youth will be at high risk for self-harm. If they are expressing any thoughts of self-harm, aggressiveness or had something traumatic happen within their family, mental health should be contacted. The youth should not remain in their room for more than one hour. If there is a need to keep the youth in

their room for more than one hour, mental health needs to be contacted. More specific policy and procedures need to be developed regarding placing the youth in room confinement.

**Compliance Status: Partial. The new Resident Information System and Guard Tour system will assist in identifying youth confined to their rooms for more than one hour for mental health referral.**

12. Clear policy and procedures regarding psychiatric services need to be better established with appropriate follow through. For example, at the present time, charts do not contain informed consent forms. Establishment of clear criteria for youth who need to be evaluated which should include youth that have either 1) previously been on psychotropic medication, 2) youth that are currently on psychotropic medication, 3) youth that are presenting with acute mental health disturbance, or 4) youth that continue to present diagnostic questions.

**Compliance Status: Substantial.**

13. There needs to be policy and procedures and work with the juvenile court judges regarding the clinician's roles with clinical services. At the present time, it appears that youth are being seen for clinical purposes with the understanding that their data will be kept confidential but their data is then used within juvenile court without their release and potentially used against them, dependent upon the information presented.

**Compliance Status: Partial. Policies HS-903 – Forensic Information and HS-903.1 Forensic Information- Procedures Mental Health Dept. do meet with current NCCHC Standards, specifically Y-I-03. Further policy development is required.**

14. There needs to be mental health training for non-mental health staff, mental health training with CE credits for psychology and social work, and mental health training with CME credits for the psychiatric staff. In addition to having trained staff give some of the lectures and trainings, there also needs to be a consistent effort to have experts from outside the facility coming in for training and tutorials on specific topics and to offer staff the ability to attend pertinent conferences, such as the NCCHC and specialty conferences so that they can learn more up to date treatment topics on such topics on posttraumatic stress disorder, dialectical behavior therapy and others.

**Compliance Status: Substantial.**

15. There is a need for developing a cohesive and consistent mental health program which focuses on individual treatment, group therapy, and family therapy. B) There needs to be additional focus on the specific sequela with so many of the females within the facility. At the present time, there is a relative paucity of treatment for the females within the facility.

**Compliance Status: Partial. With the exception of Family therapy (as discussed elsewhere in this report), Mental Health policies, practices and services are provided in a cohesive, consistent and professional manner.**

16. There needs to be the development of a generalized substance abuse education program for youth within all of the living units that can be implemented by staff.

**Compliance Status: Substantial.**

17. For the purpose of placement within a specialized substance abuse unit and the special needs units, for both males and females, the Center will develop eligibility criteria to identify detainees for placement into special need/management living units. A decision needs to be made regarding the level of protection that these youth will need. Separate educational programming for these youth needs to be considered and discussed further.

**Compliance Status: Exception Request. Specialized substance abuse units are not within the scope of the mission of the JTDC.**

18. There needs to be special need unit(s) for particularly young or vulnerable youth. If part of this unit or separate from this unit there needs to be a unit for those youth that are presenting with acute suicidal thoughts or are at risk for self-harm.

**Compliance Status: Substantial. Separate units are designated for young and vulnerable youth. Youth presenting with acute suicidal thoughts or at risk for self-harm are referred to outside psychiatric hospitals for stabilization.**

**Paragraph #20 Sufficient Staff, Space, Supplies, and Equipment to Implement an Adequate Health Program**

**MOA Requirements:**

*The Implementation Plan will include a description of the actions needed to maintain or procure sufficient staff, space, supplies and equipment to meet health program needs. The Plan will include:*

*(1) Hiring and retaining a sufficient number of appropriately trained and qualified medical staff and administrative staff to provide adequate health, mental health, and dental services,*

**Compliance Status: Partial. Adequate numbers of medical positions exist, but are not all filled. The hiring process is overly burdensome and lengthy. CCJTDC should be given priority to fill advertised staff vacancies. Training documentation was present for all medical staff. Mental Health is in substantial compliance.**

*(2) Custodial staff to accommodate, move, and supervise detainees requiring care,*

**Compliance Status: Noncompliance.**

*(3) acquisition and maintenance of appropriate equipment and supplies, and acquisition of designation of appropriate space for confidential treatment and counseling.*

**Compliance Status: Partial. Equipment and supplies are adequate. Clinic space is not adequate for use by the number of providers expected to use the space simultaneously as it is currently designed. When health services are conducted on the unit, additional confidential areas are needed.**

**MIP Requirements:**

1. Hiring and retaining a sufficient number of appropriately trained and qualified medical staff and administrative staff to provide adequate health, mental health and dental services,

**Compliance Status: Partial. Health Services Administrator and Nurse Manager attempt to provide adequate medical coverage through staff scheduling and use of registry nurses. Mental health is in substantial compliance.**

2. Custodial staff to accommodate move and supervise residents requiring care,

**Compliance Status: Partial.**

3. Acquisition and maintenance of appropriate equipment and supplies,

**Compliance Status: Substantial.**

4. Acquisition or designation of appropriate space for confidential treatment and counseling.

**Compliance Status: Partial. The medical unit has some space for confidential treatment and counseling. There is a shortage of clinical space when all providers are present at the same time, since there are only two examination rooms. The inclusion of mental health providers using the same area causes a space shortage. Additional rooms on the unit should be identified for use by medical staff to provide confidential services to detainees. Also there is a recommendation for one cell on each housing unit to be designated as an exam room for assessments that may occur on the housing unit. Mental Health is also in partial compliance.**

## Paragraph #21 Record Keeping

**MOA Requirements:**

*The Center will assure that adequate health and mental health records are kept for all detainees consistent with NCCHC Standards Y-60 and Y-61. To achieve this goal, the Implementation Plan will establish a system of keeping health records that*

*(1) assures appropriate confidentiality;*

**Compliance Status: Substantial.**

*(2) provides appropriately detailed health assessments, plans for care and progress notes for each detainee; and*

**Compliance Status: Substantial.**

*(3) can, upon request of a parent, guardian, or detainee (when permitted or required by law), readily be transferred to new health care providers when a detainee is released or relocated.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. A system of keeping health records must include provisions to:

      (a) assure appropriate confidentiality;

      (b) provide appropriately detailed health assessments, plans for care, and progress notes for each resident;

      (c) can, upon request of a parent, guardian, or resident readily be transferred to new health care providers when a resident is released or relocated.

**Compliance Status: Substantial.**

2. The youth center will demonstrate and show clear attempts at advertising for positions both locally and nationally.

**Compliance Status: Substantial.**

3. All health service positions will be filled. Salary levels for health staff should be adjusted as necessary, and appropriate advertising for vacant positions conducted to ensure that positions are filled with qualified persons in a timely fashion.

**Compliance Status: Partial. Position eliminations due to budgetary constraints occur and the Office of the Transitional Administrator routinely intervenes to maintain the current staffing levels. The Bureau of Health hiring process and labor union contracts create unacceptable delays in hiring.**

4. A quantitative assessment regarding the development of mental health programming needs to be developed.

**Compliance Status: Substantial.**

5. Quantitative assessments regarding psychiatric development needs to be developed.

**Compliance Status: Substantial.**

6. Further assessment regarding the development of the two specialty units needs to be conducted. Development of a substance abuse unit needs to be monitored and evaluated.

**Compliance Status: Exception Request.**

7. Continuing reaccreditation by the NCCHC needs to occur. Ongoing communication with the NCCHC regarding potential concerns pertaining to health service issues should occur.

**Compliance Status: Substantial.**

8. There are numerous other specific mental health issues which need specific documentation and corrective action plans regarding how there is going to be clear improvement with specific dates and requirements for these improvements.

**Compliance Status: Not applicable. Issues were not defined.**

9. Continued clear documentation of youth who are placed in restraint, including security versus mental health restraint and continued correlation of clear demarcation of this, must occur.

**Compliance Status: Substantial.**

10. Development of an appropriate Quality Assurance Program with appropriate corrective action plans needs to occur.

**Compliance Status: Partial.**

**Paragraph #22 Confidentiality of Health Information & Services**

**MOA Requirements:**

*The Implementation Plan will require a system for maintaining confidential medical and mental health records consistent with NCCHC Standard Y-60 and Y-61. The Plan will also establish a system to allow detainees to request and receive health care and mental health services in a confidential manner without having to reveal information about their health care needs to non health care staff. However, in the event that dissemination of a detainee's medical information is necessary to protect the health of that detainee, release of medical alert information can be made to direct care staff with the approval of the Medical Department.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. Policy and practice to ensure any information that JTDC creates or maintains regarding resident health or mental health will remain confidential.

**Compliance Status: Substantial.**

2. Policy and practice to ensure that residents can access health and mental health care in a confidential manner.

**Compliance Status: Partial.**

3. Policy and practice to ensure the maintenance of confidential medical and mental health records.

**Compliance Status: Substantial.**

4. Policy and practice to ensure a system to allow youth to request and receive health care and mental health services in a confidential manner without having to reveal information about their health care needs to non health care staff.

**Compliance Status: Substantial.**

5. Policy and practice to ensure release of medical alert information necessary to protect the health of that resident is available and communicated to direct care staff with the approval of the Medical Department.

**Compliance Status: Substantial.**

The following indicators would document compliance with performance measurements and requirements of the MOA. Monthly summaries of all specific mental health issues should be prepared and reviewed and plans for the next month developed.

6. Monthly Statistics regarding the number of youth that are coming in and are referred to mental health and psychiatry.

**Compliance Status: Substantial.**

7. Clear documentation of youth that are placed in room confinement and who are placed in restraints.

**Compliance Status: Partial. The medical department maintains a log of reported restraints but does not maintain a log on residents placed in confinement. A system of clear documentation of youth placed in room confinement and in restraint needs to be developed.**

8. Mental health logs and psychiatric records need to continue to be assessed.

**Compliance Status: Substantial.**

9. Quality improvement programs need to continue to be assessed with corrective action plans when necessary. Clear documentation, services and plans over the next six months need to be put into place.

**Compliance Status: Partial.**

10. The psychiatric assessments must be comprehensive covering key components including background history, prior psychiatric hospitalizations, family history, prior medications, current medications and a clear current history in regards to the present illness. All assessments must include, at a minimum, a clear, coherent mental status exam, a biopsychosocial formulation, and a clear treatment plan. All youth on psychotropic medication must be seen at least once per month. All youth who have psychiatric referrals must be seen within a 72-hour period. Any type of emergency psychiatric referral needs to be seen within a 24-hour period.

**Compliance Status: Substantial.**

11. Approximately 6 to 8 assessments are discussed at some weekly treatment plan meetings. A review of several of the multidisciplinary treatment summaries revealed that they are relatively brief and superficial without clear treatment plans and goals; in addition, a relative paucity of time appeared to be given to completing these and as such the true purpose of doing a multidisciplinary plan was not reached. The experience of different professionals needs to be utilized in preparing a comprehensive treatment plan which focuses on the needs of the youth with the understanding of what those needs are; staff should develop a treatment plan which would be helpful for the youth in a variety of developmental, educational and mental health contexts. Staff were unable to explain the particular goals of these treatment plans or any long-term plans or any benefits of doing them. None of the psychologists could report how youth would be referred in the treatment plans. It was quite clear that not all youth have treatment plans and it is unclear how the determination for treatment plans was made.

**Compliance Status: Partial.**

**Paragraph #23 Standards for Prescribing, Storing, and Dispensing Medications**

**MOA Requirements:**

*The Implementation Plan will include a description of the actions the defendants must take to prescribe, administer, store, and dispense medication in a manner that complies with legal and professional standards and security and accountability requirements of the CCJTDC, including appropriate protocol for respecting patients' rights to refuse medication and avoiding unnecessary use of psychoactive medications for disciplinary purposes or inappropriately to control behavior. The CCJTDC will follow NCCHC Standard Y-67 concerning the right to refuse treatment. Additional protocols will be developed to address the event that a refusal to take medication endangers the health of the patient and others.*

**Compliance Status:  Substantial.**

**MIP Requirements:**

1. All medications are prescribed, administered, stored, and dispensed according to applicable legal and professional standards.

**Compliance Status:  Substantial.**

2. Prescribe, administer, store, and dispense medication in a manner that complies with legal and professional standards and security and accountability requirements.

**Compliance Status:  Partial.  Medications are not in unit dose blister packs and are dispensed by Oak Forest Pharmacy in bottles for administration by the nurses. The use of blister packaging would improve accountability and security of medications. Prescriptions are appropriately stored in a secure manner.**

3. Appropriate protocol for respecting patients rights to refuse medication.

**Compliance Status:  Substantial.**

4. Develop a policy to ensure unnecessary use of psychoactive medications for disciplinary purposes or inappropriately to control behavior.

**Compliance Status:  Substantial.**

5. Adherence to NCCHC standard Y-67 concerning the right to refuse treatment.

**Compliance Status:  Substantial.**

6. Protocols will need to be developed to address the event that a refusal to take medication endangers the health of the patient and others.

**Compliance Status:  Substantial.**

7. A plan approved by a registered pharmacist must be developed and implemented.

**Compliance Status:  Substantial.**

**Paragraph #24 Suicide Hazards**

**MOA Requirements:**

*The Implementation Plan will include policies and practices consistent with the NCCHC Standards for:*

*(1)  identifying and reasonably minimizing suicide hazards in the general population, and*

**Compliance Status:  Substantial.**

  (2)  *providing an environment reasonably free of suicide hazards for those detainees who have been identified as being at risk for suicide.*

**Compliance Status:  Substantial.**

**MIP Requirements:**

    1. The facility shall develop a suicide prevention policy.

**Compliance Status:  Substantial.**

    2.  Training of all staff shall be conducted on the new policy and procedures.

**Compliance Status:  Substantial.**

    3.  Floor supervisors and managers will carry "cut-down" tools.

**Compliance Status:  Substantial.**

    4.  The development of one or more "special needs units."

**Compliance Status:  Exception Request.  Living units have been identified with specific populations (i.e. Criminal Court Residents, Houston's younger population, the Release Pod, and the Administrative Intervention Pod).  The intent of this requirement was to create pods for the vulnerable and mental health needs residents.**

    5. Elimination of any potential suicide hazards in all resident rooms, living units and other areas readily accessible to youth.

**Compliance Status:  Partial.  Although the living units are free of obvious removable contraband which could be used for self -harm, the physical plant (bricks and easily removable ceiling tiles) allows for access to suicide hazards.  The old ceiling tiles are in the process of being replaced with maximum security grade ceilings however, there are no current plans to remedy the brick wall issue.  Thorough searches of the resident rooms to ensure the bricks are secure (prevention) are conducted daily.**

**Paragraph #25 Use of Force**

**MOA Requirements:**

    (1)  *The Center may not use any form of force against any detainee other than approved forms of mechanical and physical restraint, absent extraordinary circumstances.*

**Compliance Status:  Substantial.**

    (2)  *Use of force will be terminated as soon as force is no longer necessary.*

**Compliance Status:  Substantial.**

(3) *When the use of force is authorized, only the least force necessary under the circumstances shall be employed. CCJTDC personnel will not use guns, knives or other weapons capable of inflicting serious injury.*

**Compliance Status: Substantial.**

(4) *Mechanical and physical restraint may only be used for therapeutic purposes (as described in Paragraph 27 of the MOA) or security purposes (as described in Paragraph 57 of the MOA).*

**Compliance Status: Substantial.**

(5) *The defendants will not use any form of fixed restraint for disciplinary or security purposes or chemical agents (such as gas or pepper spray) at any time or for any reason.*

**Compliance Status: Substantial.**

(6) *This prohibition does not preclude the use of fixed restraints in the event that a qualified health care professional has concluded that no other less restrictive treatment is appropriate for therapeutic purposes as described in Paragraph 27 below and the restraints are used in accordance with the Illinois Mental Health and Disabilities Code.*

**Compliance Status: Substantial.**

(7) *Fixed restraints shall only be used for short periods of time until transportation is provided to a medical facility or the detainee is released from restraints.*

**Compliance Status: Substantial.**


**MIP Requirements:**

(1) The Center's Crisis Intervention Program including the training and operations of the First Responder Team will be reviewed and modified emphasizing verbal intervention as well as physical and mechanical restraints.

**Compliance Status: Substantial.**

(2) Policies and procedures regarding the use of force shall be reviewed and revised. The policy shall include:

- A process to document the issuance and return of restraints
- Documentation of usage including but not limited to the events leading to the use of force, the duration of the application of restraints and medical review in compliance with the MOA

**Compliance Status: Partial.**

(3) Direct care staff shall receive training on relevant policies and procedures regarding the use of force.

**Compliance Status: Substantial.**

**Paragraph #27 Therapeutic Restraint and Room Confinement**

**MOA Requirements:**

*The Implementation Plan will include the actions defendants will take consistent with NCCHC Standards to assure the safe and appropriate use of restraint and room confinement for therapeutic purposes. The policies therein will include the following:*

*(1) Overview of therapeutic restraint and room confinement.*

**Compliance Status: Partial. An overview of therapeutic restraint and room confinement is provided in HS-901 and HS-901.1. JTDC Policy 7.12. Cermak Policy 901.2 and JTDC Policy 12.23 states the SIC shall be responsible for approving or denying referrals for placement of residents in the Continuous Observation/Isolation Room, in consultation with applicable administrative level mental health, medical and daily life personnel. This would be considered a violation of medical autonomy.**

*(2) In no case may mental health staff or any other staff use therapeutic restraint or therapeutic room confinement to discipline a detainee or as a convenience for staff.*

**Compliance Status: Substantial.**

*(3) Medical and mental health staff will not make decisions about whether the behavior of any particular detainee warrants disciplinary action.*

**Compliance Status: Substantial.**

*(4) Use of therapeutic restraint.*

**Compliance Status: Substantial.**

*(5) Mechanical and fixed restraints.*

**Compliance Status: Substantial.**

*(6) Therapeutic mechanical restraint will be employed only upon the order (either written or, if oral initially, later memorialized in writing) of a qualified mental health professional, who has clinically determined that the use of mechanical restraint is necessary to prevent the detainee from causing imminent physical harm to self or others, and that no other less restrictive intervention is appropriate. Such clinical determination shall be based on either (a) the personal observation or examination by the qualified mental health professional who issues the order or (b) the personal observation and examination of another qualified health professional that was communicated to the on-call physician, psychiatrist or psychologist who issued the order.*

**Compliance Status: Substantial. Therapeutic mechanical restraints are prohibited at the JTDC by policy.**

*(7) The written order for therapeutic mechanical restraints will be distributed to appropriate supervisory personnel.*

**Compliance Status: Substantial. Therapeutic mechanical restraints are prohibited at the JTDC by policy.**

*(8) The only permitted mechanical restrains are the same kind of restraints that would be appropriate for individuals treated in the community, (i.e. fleece-lined leather, rubber or canvas hand and leg restraints, and 2-point and 4-point ambulatory restraints as defined in NCCHC Standard Y-66). Metal or hard plastic restraints (such as handcuffs and leg shackles) will not be used for therapeutic restraint.*

**Compliance Status: Substantial. Therapeutic mechanical restraints are prohibited at the JTDC by policy.**

*(9) Within ninety (90) days of the entry of an order by the Court approving this agreement, the CCJTDC will discontinue the use of metal and hard plastic restraints for therapeutic purposes.*

**Compliance Status: Substantial. Therapeutic mechanical restraints are prohibited at the JTDC by policy.**

*(10) Detainees must not be restrained in any unnatural position (for example, hog-tied, face down, spread-eagle).*

**Compliance Status: Substantial.**

*(11) Restraints being used for therapeutic purposes will not be affixed to furnishings other than restraint devices specifically designed and recognized by the mental health professionals as appropriate vehicles for achieving therapeutic goals.*

**Compliance Status: Substantial. Therapeutic restraints are prohibited at the JTDC.**

*(12) No detainee may be restrained for longer than 1 hour unless within that time period a qualified mental health professional confirms, in writing, following a personal examination of the detainee, that restraint for a longer period is medically necessary and that it does not pose an undue risk to the recipient's health in light of the recipient's physical and mental condition.*

**Compliance Status: Substantial. Therapeutic restraints are prohibited at the JTDC.**

*(13)The order shall state the events leading up to the need for restraint and the purposes for which restraint is employed. The order shall also state the length of time restraint is to be employed and the clinical justification for that length of time. Unless extraordinary circumstances are present, no order for therapeutic restraint will be valid for more than 2 hours, but in no case should it be applied for longer than is absolutely medically necessary.*

**Compliance Status: Substantial. Therapeutic restraints are prohibited at the JTDC.**

*(14) Once the restraint has been employed, it will not be used again on the same detainee during the next 48 hours without prior written authorization of a qualified mental health professional with the concurrence of the Medical Director or Medical Administrator. Such authorization is appropriate only when no less restrictive manner of preventing harm to a detainee or staff is available and it is not appropriate to transport the detainee to a mental health facility. In no case may the Medical Director or Medical Administrator authorize such restraint within six hours of a prior use of restraint absent, extraordinary circumstances. Copies of the authorization will be placed in the detainees' medical file and, within 24 hours of the authorization, excluding weekends and holidays, will be provided to the*

*Monitor (s) and plaintiff's counsel, and made available to the attorney who is representing the detainee in juvenile court proceedings.*

**Compliance Status: Substantial. Therapeutic restraints are prohibited at the JTDC.**

*(15) Any detainee placed in mechanical restraint shall be examined by a qualified health care professional within fifteen minutes of being restrained, and every fifteen minutes thereafter. This medical monitoring will include a check for circulation, nerve damage, airway obstruction and psychological trauma. The qualified health care professional shall maintain a record of all relevant observations. In addition to the medical monitoring, a staff member must be in constant close proximity to the restrained detainee at all times.*

**Compliance Status: Substantial. Therapeutic restraints are prohibited at the JTDC.**

*(16) Unless there is an immediate danger that the recipient will physically harm himself or others, the restraint shall be applied in the least restrictive manner possible given the circumstances to prevent harm to the person restrained or others. The restraints must be timely adjusted, modified or removed, as medically appropriate, to allow meals to be eaten and prompt use of bathroom facilities.*

**Compliance Status: Substantial. Therapeutic restraints are prohibited at the JTDC.**

*(17) Within one hour after a detainee has been released from mechanical restraint, a qualified health care professional will evaluate the detainee thoroughly to assure that no physical or psychological injury has occurred, and will assure that appropriate actions are timely taken to prevent or respond to any injuries or needs. The examination will include complete vital signs, the level of consciousness, mental status exam, mood and signs of mental illness. The qualified health care professional performing the evaluation will when appropriate transfer the detainee to an emergency room, release the detainee from restraints, or arrange for examination by an appropriate specialist. Any injuries identified during this evaluation will be documented in writing and reported to the Superintendent, the Medical Director and the Monitors.*

**Compliance Status: Substantial. Therapeutic restraints are prohibited at the JTDC.**

*(18) Whoever orders restraint or restrains a detainee shall document the behavior that preceded the use of restraint, the efforts that were made to avoid the use of restraint and the reasons that restraint was deemed necessary and, within 24 hours, excluding weekends and holidays, place that documentation in the detainee's medical file and deliver a copy to the Medical Director or Medical Administrator. All use of restraints will be documented. The Medical Director or Medical Administrator shall review all restraint orders daily and shall investigate to address any patterns of use of restraints that might be appropriate.*

**Compliance Status: Substantial. Therapeutic restraints are prohibited at the JTDC.**

*(19) Emergency mechanical restraint.*

   o *In the event there is an emergency requiring the immediate use of mechanical restraint to prevent imminent physical harm to a detainee or staff member, mechanical restraint may be temporarily ordered by a group services supervisor or floor manager only where a qualified health care professional is not immediately available, and no less restrictive method of preventing harm is available. In that event, an order by a qualified health care professional shall be obtained*

*pursuant to the requirements in Sub-Paragraph (i) within fifteen minutes. In the event no such approval is obtained, the detainee shall be released from the restraint.*

o *A staff member must be in constant close proximity to the restrained detainee at all times. The restraint shall be applied in the least restrictive manner possible given the circumstances to prevent harm to their self or others. The restraints must be timely adjusted, modified or removed, as medically appropriate, to allow meals to be eaten and prompt use of bathroom facilities.*

o *Within one hour after a detainee has been released from emergency mechanical restraint, a qualified health care professional will evaluate thoroughly the detainee to assure that no physical or psychological injury has occurred, and will assure that appropriate actions are timely taken to prevent or respond to any injuries or needs. Any observations will be recorded and a written copy of those observations will be delivered to the medical Director or Medical Administrator.*

o *Whoever orders the restraint or restrains a detainee in an emergency situation shall document the behavior that preceded the use of restraint, the efforts that were made to avoid the use of restraint and the reasons that restraint was deemed necessary and, within 24 hours, excluding weekends and holidays, place that documentation in the detainee's medical file and deliver a copy to the Medical Director or Medical Administrator. All use of restraint, whether permissible or not, will be documented.*

o *The Medical Director or Medical Administrator shall review all emergency restraint orders daily and shall investigate to address any patterns of use of restraints that might be inappropriate.*

**Compliance Status: Substantial.**

*(20) Defendants will assure that the CCJTDC policies and practices adhere to NCCHC Standard Y-66 regarding the CCJTDC use of therapeutic restraints.*

**Compliance Status: Substantial. Therapeutic restraints are prohibited at the JTDC.**

*(21) Therapeutic room confinement.*

o *Room confinement for therapeutic purposes will be employed only upon written order of a physician, licensed clinical psychologist, licensed clinical social worker, or licensed nurse upon consultation with a physician, who has personally observed and examined the detainee and has clinically determined that the use of room confinement is necessary to prevent the recipient from causing imminent physical harm to himself or others, and that no other less restrictive intervention is appropriate.*

o *No detainee may be placed in therapeutic room confinement for longer than 2 hours unless within that time period a qualified mental health professional confirms in writing, following a personal examination of the detainee, that the room confinement is medically necessary and does not pose an undue risk to the recipient's health in light of the recipient's physical and mental condition.*

o *The order shall state the events leading up to the need for the room confinement and the purposes for which the room confinement is employed. The order shall also state the maximum length of time room confinement is to be employed and the clinical justification for the length of time.*

o *Therapeutic room confinement will not be used for more than 24 consecutive hours, absent extraordinary circumstances.*

o *The completed order for therapeutic room confinement shall be disseminated to the Medical Director or Medical Administrator.*

o *Once room confinement for therapeutic purposes has been employed during one 24 hour period, it will not be used again on the same detainee during the next 48 hours, without prior written authorization of a physician, licensed clinical psychologist, licensed social worker, or nurse, upon consultation with a physician, licensed clinical psychologist or licensed social worker with concurrence of the Medical Director or Medical Administrator.*

- o *Such authorization is appropriate only where no less restrictive manner of preventing harm to a detainee or staff member exists, and the detainee does not require treatment at a mental health facility.*
- o *Copies of that authorization will be delivered to the Medical Director or Medical Administrator and placed in the detainees' medical file and, within 24 hours of the authorization, excluding weekends and holiday, and will be made available to the Monitor(s) and to plaintiffs' counsel, and upon request, to the attorney who is representing the detainee in juvenile court proceedings.*
- o *Such room confinement shall not be authorized within six hours of a previous room confinement absent extraordinary circumstances.*
- o *Whoever orders therapeutic room confinement shall document the behavior that preceded the use of room confinement, the efforts that were made to avoid the use of room confinement, and the reasons that restraint was deemed necessary and, within 24 hours, place that documentation in the detainee's medical file and deliver a copy to the Medical Director or Medical Administrator.*
- o *All use of room confinement, whether permissible or not, will be documented.*
- o *The Medical Director or Medical Administrator shall review all room confinement orders daily and shall investigate to detect and address any patterns of inappropriate use of therapeutic room confinement.*
- o *Reasonable safety precautions shall be followed to prevent injuries to the detainee in room confinement. Room confinement rooms shall be adequately lighted, heated and furnished, and have immediate access to appropriate toilet facilities. If a door is locked, someone with a key shall be in constant attendance nearby.*
- o *All detainees who are placed in therapeutic room confinement must be evaluated within three hours by a qualified health care professional. The health evaluation must include:*

  - ✓ *Personal contact with the detainee, notation of bruises or other trauma markings, and*
  - ✓ *An assessment of the detainee's mental status*

*Note: Isolated non-systemic technical violations will not be an appropriate basis for a contempt citation.*

- o *A copy of the health evaluation will be placed in the detainee's medial file. A juvenile detention counselor shall*

  - ✓ *Visually observe the confined detainee every 15 minutes, in addition to the visual checks.*
  - ✓ *A juvenile detention counselor will make personal contact with the detainee every hour while the detainee is awake.*
  - ✓ *A log must be kept of all interactions with the detainee while in room confinement.*

- o *Detainees in therapeutic room confinement must receive programming and educational opportunities, to the extent that their condition may allow.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. The Center shall develop written eligibility criteria to specifically define the characteristics of the juvenile detainees who are appropriate for placement in the health care unit.

**Compliance Status: Substantial.**

2. The Center will train staff in the implementation of these criteria.

**Compliance Status:  Partial.**

3.  The Center will designate supervisors with the responsibility of reviewing and approving requests for transfer to the health care services unit and for ensuring that data is entered into the DSI system on all such transfers.  Approval of the transfer must be approved by designated health care providers specified by policy.

**Compliance Status:  Noncompliance.  By policy transfers to the medical unit are approved by the SIC not designated health care providers.**

4.  Therapeutic restraints and room confinement reports shall be submitted to the Compliance Administrator and Court Monitors on a daily basis (M-F).

**Compliance Status:  Not applicable.**

---

**Paragraph #28 Protocols to Prevent Unnecessary Assignment of Detainees to the Medical Unit**

**MOA Requirements:**

*Detainees will not be confined to the medical unit unless medically appropriate.  Detainees who must be confined in the medical unit will receive appropriate educational, recreational, and social programming to the extent that their medical conditions allow.  The Implementation Plan will include criteria for determining whether confinement in the medical unit is medically necessary.*

**Compliance Status:  Substantial.**

*(1)  The center will not assign detainees to the medical unit solely on the basis of the following factors: (a) detainees with casts, sutures, or who require the use of crutches; (b) detainees with chronic illness who can function safety in the general population; and (c) detainees who only require treatment a few times per day.*

**Compliance Status:  Substantial.**

*(2)  The Implementation Plan will describe a process for responding to judicial placement in the medical unit of detainees who do not require assignment to the medical unit for medical reasons.*

**Compliance Status:  Noncompliance.   Cermak Health Policies do not describe a process for responding to judicial placement in the medical unit.**

**MIP Requirements:**

1.  Protocols defining criteria for determining whether confinement in the medical unit is medically necessary need to be developed.

**Compliance Status: Substantial.**

2.  The facility will not assign youth to the medical unit solely on the basis of the following factors:

(a) youth with casts, sutures, or who require the use of crutches;

(b) youth with chronic illness who can function safely in the general population; and
(c) youth who only require treatment a few times per day.

**Compliance Status:  Substantial.**

3.  Policy and practice needs to reflect that medical personnel specifically determine how much recreational and educational programming can be provided consistent with the resident's health and safety.

**Compliance Status:  Partial.  Medical Observation Policy is present, but does not specifically address educational, recreational and social programming requirements.  Mental Health's Environmental Alert Card does allow a space to designate educational or recreational activities (yes/no) but does not allow a space to specifically determine how much recreational or educational programming cab be provided.**

4.  Development of special need unit(s), where youth requiring special attention or who may be at risk of harm from other residents will be housed.

**Compliance Status:  Modification request.  Residents requiring special attention or who are at risk of harm can be managed within the frame work of the center within a center reform organization.  The JTDC is a large facility comprised of 29 living units.  Residents requiring special attention or protection from harm may be transferred to other housing negating the need for special units.  In addition, safety plans may be developed to further protect the youth (i.e. individual escort to court and individualized movement throughout the building).**

## Paragraph #29 Dental Care

**MOA Requirements:**

*The Implementation Plan will assure:*

*(1) a timely dental screening during the admission process to identify dental needs;*

**Compliance Status:  Substantial.**

*(2)  immediate and appropriate care for pain, infection and significant dental injuries;*

**Compliance Status:  Substantial.**

*(3)  a complete exam by a dentist within one month of admission, to identify oral pathology in need of care;*

**Compliance Status:  Partial.  Cermak Health Services Oral Care Policy 506 dictates the examination by the dentist is completed within 60 days, which is consistent with the NCCHC standards.**

*(4) cleaning and scaling as appropriate to treat gingivitis;*

**Compliance Status:  Substantial.**

*(5)  appropriate treatment services to restore normal function and preserve teeth;*

**Compliance Status: Partial. Often youth are discharged prior to receiving a dental examination and before treatment can be rendered.**

*(6) an organized and appropriate program of routine restorative and preventative care for long-term detainees, including cleaning, scaling, sealants and, where appropriate, prosthetic dentistry; and*

**Compliance Status: Partial. Cermak Health services Policy 506, Oral Care specifies requirements for standard treatment for restorative care to include painful teeth/infection, gingivitis/gum disease, preventive care (fluorides and cleaning) and referral for specialty needs. Practice is inconsistent with policy due to dental staffing shortages.**

*(7) sufficient staff, equipment, and administrative support to meet the dental needs of the population.*

**Compliance Status: Partial.**

**MIP Requirements:**

Policy and practice needs to ensure:

1.   timely dental screening upon admission to identify dental needs;

**Compliance Status: Substantial.**

2.   immediate and appropriate care for pain, infection and significant dental injuries;

**Compliance Status: Substantial.**

3.   a complete exam by a dentist within one month of admission, to identify oral pathology in need of care;

**Compliance Status: Partial.**

4.   cleaning and scaling as appropriate to treat gingivitis;

**Compliance Status: Partial.**

5.   appropriate treatment services to restore normal function and preserve teeth;

**Compliance Status: Partial. Often youth are discharged prior to receiving a dental examination and before treatment can be rendered.**

6.   an organized and appropriate program of routine restorative and preventative care for long term residents; and

**Compliance Status: Partial. Cermak Health services Policy 506, Oral Care specifies requirements for standard treatment for restorative care to include painful teeth/infection, gingivitis/gum disease, preventive care (fluorides and cleaning) and referral for specialty needs. Practice is inconsistent with policy due to dental staffing shortages.**

7.   Sufficient staff, equipment, and administrative support to meet the dental needs of the population;

**Compliance Status: Partial.**

8. Long term youth are provided dental cleaning, prophylaxis and scheduled restorative services.

**Compliance Status: Substantial.**

---

**Paragraph #30 Continuity of Care**

**MOA Requirements:**

*The Implementation Plan will establish a process consistent with NCCHC Standard Y-45 that reasonably assures the timely identification of the medical, dental and mental health needs of detainees who enter the facility, including those who are currently receiving treatment for medical or mental health needs, who have previously received such treatment at the CCJTDC in the recent past or present a continuing need for treatment of an ongoing condition. The Plan will:*

*(1) describe the actions necessary to assure that the provision of continuing care, taking into account previous treatment plans, medication regimens, and other factors necessary to provide stability to detainees and appropriate continuity of care.*

**Compliance Status: Substantial.**

*(2) assure that those who are receiving medical treatment at CCJTDC will receive referral to appropriate providers to continue treatment upon discharge, release, or transfer to another facility, and recommendations for diet, medications, and other appropriate regimens, for detainees who have received medical, mental health or dental treatment in the facility. In the event that a detainee is discharged or released directly from court, and does not return to the CCJTDC, the discharge plan will be sent to the last known address of the detainee within seventy-two hours.*

**Compliance Status: Partial. Cermak Health Services Policy 513 describes the discharge planning process. It also outlines a post release process if medical staff has not been notified, but does not include sending the discharge plan to the last known address.**

*(3) assure the preparation of a discharge plan that includes provisions for referral to appropriate providers.*

**Compliance Status: Substantial.**

**MIP Requirements:**

Policy and practice needs to provide an appropriate continuity of physical and mental health care for all residents consistent with NCCHC Standard Y-45. Policy and practice will ensure:

1. the timely identification of the medical, dental and mental health needs of youth who enter the facility, including those who are:

   a. currently receiving treatment for medical or mental health needs, or

   b. who have received such treatment in the recent past.

**Compliance Status: Substantial.**

2. provide for continuing care and take into account previous treatment plans, medication regimens, and other factors necessary to provide stability to youth and appropriate continuity of care;

**Compliance Status: Substantial.**

3. those who are receiving medical treatment at JTDC will receive referrals to appropriate service providers to continue that treatment upon release or transfer;

**Compliance Status: Substantial.**

4. discharge plan that includes provisions for referral to appropriate providers, and recommendations for diet, medications and other appropriate regimens.

**Compliance Status: Substantial.**


**Paragraphs #32, 34, 47, and 55 Quality Assurance and Improvement**

**MOA Requirements:**

*The Implementation Plan will include a quality assurance and improvement program to:*

*1.) Health Care Unit: continuously assess the quality and adequacy of the health services provided, accurately evaluate the performance of staff in providing health services and address identified deficiencies.*

**Compliance Status: Substantial.**

*2.) Recreational and Social Programs: continuously assess the quality and adequacy of social and recreational programming provided, accurately evaluate the performance of staff in providing these programs and promptly address identified deficiencies.*

**Compliance Status: Substantial.**

*3.) Environmental Health and Safety: continuously assess the quality and adequacy of environmental health and safety, accurately evaluate the performance of staff in providing a safe and healthy environment, and promptly address identified deficiencies.*

**Compliance Status: Partial. The JTDC has a reporting structure for Environmental Health and Safety, however there is five different forms to accomplish the process (all being completed by different levels of staff) and it is not consistently implemented. The forms are not channeled to a central location for corrective action. A quality assurance component has not been implemented.**

*4). Discipline and Order: continuously monitor use of discipline and promptly address misuse or overuse of discipline and other identified deficiencies.*

**Compliance Status: Substantial.**


**MIP Requirements:**

1. The JTDC will develop a quality assurance and improvement program.

**Compliance Status: Partial.**

2. The Executive Director or designee will lead the Quality Assurance Program and appoint a Quality Assurance Committee.

**Compliance Status: Substantial.**

3. The facility shall develop monthly performance indicators to measure achievement in desired areas.

**Compliance Status: Partial. The facility generates statistics in several areas, however performance measures assigned to policies have not become operational.**

4. Health Care: Programs, systems and protocols shall be regularly monitored to assure compliance with the MOA. A quality assurance and improvement program shall be developed to 1) continually assess the quality and adequacy of the health services provided, 2) accurately evaluated the performance of staff in providing health services, and 3) address identified deficiencies.

**Compliance Status: Substantial.**

5. The facility shall maintain the National Commission of Correctional Health Care accreditation.

**Compliance Status: Substantial.**

**Paragraph #33 Social and Recreational Programming**

**MOA Requirements:**

*The implementation Plan will include a description of the actions taken to assure an appropriate quality and quality of recreational and social programming for all detainees.*

**Compliance Status: Partial. JTDC Policies 13.01 Social Service Program, 13.02 counseling Services, 13.03 Social and Life Skills Programs and 13.04 JTDC Center Pod Schedules have been approved by the TA however the policies are not presently being implemented per policy.**

**It should be noted the Transitional Administrator has determined the space available for recreational activities is insufficient to ensure the safety of the residents. The Transitional Administrator submitted requests for funding to petition the outdoor recreational space and two gymnasiums. The design phase was problematic and requires a consulting engineering firm yet to be identified.**

**MIP Requirements:**

1. Policy and practice need to reflect that health services personnel are consistently consulted in the determination of how much social, recreational and educational programming can be provided consistent with the residents health and safety.

**Compliance Status: Partial. Health services does not provide input into the amount of social and educational programming that can be provided consistent with the residents health and safety.**

2. Substance abuse screening instruments (approved by the medical and mental health experts) will be administered to all residents upon intake and the outcomes documented in the DSI system.

**Compliance Status: Partial.**

3. Mental health screening instruments (approved by the medical and mental health experts) will be administered to all residents upon intake and the outcomes documented in the DSI system.

**Compliance Status: Partial.**

4. Caseworkers will hold groups at least two times a week that address a wide range of topics including but not limited to: problem solving and decision making skills training, thinking errors/cognitive distortions awareness training, healthy family relationships, goal setting and life skills. The group sessions will be tailored to the individual needs of the particular living unit (e.g. female specific, long term residents [automatic transfers], and special treatment units). Caseworker groups shall be documented in the unit log book.

**Compliance Status: Substantial.**

5. Counselors will hold daily community meetings to discuss facility and group issues and concerns regarding the living unit, education, housekeeping issues, behavior management program, etc. Community meetings shall be documented in the unit log book.

**Compliance Status: Substantial.**

6. Recreation specialists will develop programs suitable for the population on the living units (including medical).

**Compliance Status: Partial. Recreation specialists primary responsibilities include commissary and large muscle exercise.**

7. Recreation specialists will assist in the development of structured activities on the living unit and floor (including medical).

**Compliance Status: Partial.**

8. Large muscle exercise shall be supervised by qualified recreation staff.

**Compliance Status: Substantial.**

9. Ensure adequate security for all youth requiring protective services and special needs. Youth requiring protective services and special needs shall have the same or equivalent recreational services as youth in general population status.

**Compliance Status: Partial.**

10. The Superintendent or designee shall review all confinements for appropriateness for recreation each day. A list of the residents that are not allowed to participate in recreation and the reasons

for the administrative restriction shall be documented and distributed to the Assistant Superintendent assigned to oversee recreational services and the Compliance Administrator on a weekly basis.

**Compliance Status: Partial.**

11. Each living unit will be equipped with adequate recreational equipment including but not limited to appropriate videos, games, books, magazines and competitive games.

**Compliance Status: Substantial**

12. A monthly schedule of activities will be posted on the living units.

**Compliance Status: Substantial.**

13. A contract monitoring system needs to be established to monitor the service delivery of contractual agencies, including the review of existing substance abuse contracts. Criteria need to be established to identity those youth in need of substance abuse treatment versus drug education programs. The substance abuse contracts should be suspended until a system is in place to identify the residents that require substance abuse treatment and ensure contractual programs provide the level of care the residents need.

**Compliance Status: Substantial.**

14. Identified youth will be referred to substance abuse providers for a substance abuse evaluation to determine the appropriate level of care.

**Compliance Status: Substantial.**

15. Drug education programs will be delivered by caseworkers or other appropriate professionals on the living units.

**Compliance Status: Substantial.**

16. The facility will ensure that any substance abuse program includes an educational as well as treatment component as defined in Illinois Alcohol and Other Drug Abuse Professional Certification Association Standards.

**Compliance Status: Partial/Exception Request. An exception is requested as the TA has determined pre-adjudication, short term substance abuse <u>treatment</u> is not appropriate within the facility. Substance education groups are conducted.**

17. The facility will develop a contract monitoring tool to assess the service delivery to residents.

**Compliance Status: Not applicable.**

**Paragraph #36 Staffing**

**MOA Requirements:**

*The Implementation Plan will establish a system for:*

    *(1)  determining the appropriate number of staff,*

**Compliance Status:  Substantial.**

    *(2)  the appropriate use of staff resources to assure adequate safety for detainees and staff, and*

**Compliance Status:  Substantial.**

    *(3)  adequate delivery of programs and services.*

**Compliance Status:  Substantial.**

**MIP Requirements:**

    1.  The MIP suggested the following minimum staffing:

- Juvenile Detention Counselors-315
- Recreation Specialists- 17
- Caseworkers -20

**Compliance Status:  Substantial.**

---

**Paragraph #37 Food Service**

---

**MOA Requirements**

*The Center will assure that food served to detainees is nutritionally sufficient, safe and that food service policies at the CCJTDC are consistent with NCCHC Standards, ACA Standards, and Ill Ad. Code Title 20, 702.110.*

*The Implementation Plan will include standards for ensuring that:*

*(1)  food served to detainees is nutritionally sufficient,*

**Compliance Status: Substantial.**

*(2)  food service menus will be reviewed for adequacy and compliance with the applicable standards and laws and approved by a registered dietician on a semi-annual basis.*

**Compliance Status:  Substantial.**

*(3) special diets relating to diabetic, prenatal, and other medical conditions will be taken from approved diet manuals and be reviewed and approved by a registered dietician on a semi-annual basis.*

**Compliance Status:  Substantial.**

*(4)the food services supervisor and health care administrator will maintain documentation of these reviews;*

**Compliance Status:  Partial.**

*(5)food will be stored and served in a manner that is consistent with the applicable standards and laws;*

**Compliance Status:  Substantial.**

*(6)CCJTDC has properly functioning equipment, which complies with environmental health standards to adequately store, prepare and serve food for the population it houses, and*

**Compliance Status:  Substantial.**

*(7)there are an adequate number of food service workers and staff to provide adequate and appropriate food service to the detainees.*

**Compliance Status:  Substantial.**

**MIP Compliance:**

1.  The Food Service staff will continue to utilize the food delivery carts currently in use that are designed to keep food hot or cold.

**Compliance Status:  Substantial.**

2.  Utensils will be counted and signed for by the counselor upon the delivery of the food to the living unit and counted and signed for by the staff member returning the cart to the kitchen and counted and signed for by the food service worker receiving the cart. No kitchen items will be stored on the living units at any time.

**Compliance Status:  Partial.**

3.  Unit staff, recreation staff and the dietary unit shall coordinate activities in order to develop a unit schedule that will ensure that food is served in a prompt manner after delivery to the units.
**Compliance Status:  Substantial.**

4.  The Center will maintain a pest control contract with a licensed exterminating company making the need for 'pest strips" unnecessary, and pest strips will no longer be used in JTDC

**Compliance Status:  Substantial.**

**Paragraph #38 Bedding, Clothing and Furnishings**

**MOA Requirements**

*The Center will assure that all detainees have adequate living space, bedding, clothing and furniture consistent with NCCHC Standards and Ill. Ad. Code, Title 20, 702.80. The Implementation Plan will assure that:*

(1) *detainees are provided with appropriate attire for the season and adequate beds, mattresses, and bed linens.*

**Compliance Status: Substantial.**

(2) *clothing and bed linen are maintained in a sanitary condition;*

**Compliance Status: Partial. The JTDC does not launder or dry clean resident's personal clothing prior to storage in compliance with Illinois County Detention Standards (702.80).**

(3) *Mattresses are not placed directly on the floor unless necessary to protect the safety of the detainee;*

**Compliance Status: Substantial**

(4) *bed frames will be secured to the floor no later than one year of the court ordered approval of this agreement;*

**Compliance Status: Substantial.**

(5) *detainees have areas to store personal hygiene items in a sanitary condition; and*

**Compliance Status: Substantial.**

(6) *that there are an adequate number of chairs and table for detainees to use for dining, completing homework, and participating in social and recreational programming.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. Policies and procedures will be developed and submitted to the Compliance Administrator and Court Monitors that ensure the provisions of Paragraph 38 are addressed.

**Compliance Status: Partial. JTDC Policies 5.14 Clothing, Bedding and Linen and JTDC Policy 5.15 -Cleaning of Personal Clothing-New Admissions have been approved by the Transitional Administrator. JTDC Policy 5.15 Cleaning of clothes-New Admissions has not been implemented into practice. There are no procedures to comply with the provision for the cleaning of residents clothing upon admission.**

2. All mattresses with significant damage (including rips/tears larger than 1 inch in which contraband could be stored) will be replaced promptly.

**Compliance Status: Substantial.**

3. The practice of having youth wash their personal underwear in the sinks, showers and toilets and left to dry in their rooms or on the living units will stop. Youth will be issued institutional underwear and laundry services will be provided by the facility.

**Compliance Status:  Substantial.**

    4.   Each youth will receive two sheets, one pillow and pillowcase and one blanket.  From October 15 through May 1, youth will receive two blankets.

**Compliance Status:  Substantial.**

    5.   Each youth will have a clear plastic container where they may place their personal hygiene items. These containers will be marked and stored in a secure area and given to the youth in the morning at wake up and at shower time. Youth may request access to their items at other times during the day.

**Compliance Status:  Substantial.**

    6.   The facility shall provide a sufficient number of underwear and socks to permit daily changes. Soiled undergarments shall be stored in a sanitary manner in the resident's rooms or on the living units.  Soiled clothes and clean clothes shall not be maintained in the same area.  Clean clothes shall be issued at least three times a week.  Bedding and linens shall be maintained in accordance with state standards**.** Residents will not be permitted to disinfect mattresses.

**Compliance Status:  Substantial.**

    7.   Each youth will be provided with soap, toothbrush, toothpaste, toilet paper, and towels.

**Compliance Status:  Substantial.**

    8.   Pursuant to Illinois State Standards and ACA 3-JDF-4B-11, policy, procedure and practice require that the facility provide for the thorough cleaning and when necessary disinfecting of juvenile personal clothing before storage.

**Compliance Status:  Noncompliance.**

---

**Paragraph #39 Prevent Overcrowding**

---

**MOA Requirements:**

*If the CCJTDC census exceeds 90% of its rated capacity for more than 10 days, or the CCJTDC has any detainees sleeping somewhere other than alone in an appropriate single room at the CCJTDC for more than 10 days, the Center will assure:*

    *(1) that an appropriate range of Cook County programs providing less restrictive alternatives to detention, including home confinement and after school programs, have at least as many slots immediately available for detainees as the number of detainees over 90% of capacity housed at the CCJTDC;*

**Compliance Status:  Not applicable. The population of the JTDC has not reached the threshold for intervention.**

(2) *that the Presiding Judges of the Criminal and Juvenile Divisions and all judges of those divisions, supervising and officials in the Office of the State's Attorney, the Office of the Public Defender, Juvenile Probation Department, the Director of Public Safety and Judicial Coordination, Plaintiffs' counsel, Monitor(s) are promptly informed of the census at the CCJTDC and are asked to consider whether any such detainee can be transferred to a less restrictive alternative to detention and are reminded of the need efficiently to adjudicate any such cases.*

**Compliance Status: Not applicable. The population of the JTDC has not reached the threshold for intervention.**

(3) *that the Juvenile Detention Alternatives Initiative Steering Committee, or other appropriate body, will evaluate the causes and circumstances leading to overcrowding and timely formulate plans to remedy any overcrowding at the CCJTDC and prevent future overcrowding; and*

**Compliance Status: Not applicable. The population of the JTDC has not reached the threshold for intervention.**

(4) *that the defendants herein shall take all steps within their power to timely implement the plans referred to in Paragraph (3) above and shall use their best efforts to encourage the timely implementation of those elements of such plans that are not within their power. Copies of all such evaluation and plans will be shared with counsel for the plaintiffs and the Monitors. If the census of the CCJTDC ever exceeds 90% of its available rated capacity for more than 10 days, or the CCJTDC has any detainees sleeping somewhere other than alone in an appropriate single room at the CCJTDC for more than 10 days, the Superintendent shall immediately request in writing, with copies to the Monitors and plaintiffs' counsel, an inspection by appropriate local public health officials. Any written findings of such inspections shall be publicly available and shall be promptly distributed to the Director of the Department of Public Safety and Judicial Coordination, appropriate representatives of the Court, appropriate juvenile probation officers, the Illinois Department of Corrections, plaintiffs' counsel and the Monitor(s). If the census at the CCJTDC remains at or above 90% of its available rated capacity for a period of 90 days after such a request, the Superintendent will make another request in writing for another inspection.*

**Compliance Status: Not applicable. The population of the JTDC has not reached the threshold for intervention.**


**MIP Requirements:**

1. "Rated Capacity" shall be defined as the number of fully operational units and rooms. The JTDC shall document the daily rated capacity. JTDC shall provide the Compliance Administrator with the daily rated capacity, the number of detainees that that have slept somewhere other than alone in an appropriate single room and population reports on a weekly basis.

**Compliance Status: Request for Modification. In the TA's experience, the definition of "rated capacity" is all but useless in terms of determining whether the JTDC population is too high. The true capacity of the building does not equal the number of beds--it is the number of residents who can be housed within the building in a safe and secure manner that provides adequate programming. For that reason, the TA requests to use the term "functional operating capacity" instead of "rated capacity" for the purpose of Paragraph 39. The definition of "functional rated capacity" is the number of rooms/bed space in the facility minus the number of rooms/bed space determined to be unsuitable, non-operational or not available for resident occupancy, both for**

**physical plant and programmatic reasons. Whereas the "rated capacity" of the building is roughly 498, the "functional operating capacity" is 382. This change will impact Paragraph 39, Prevent Overcrowding.**

2. All residents shall be assigned to a living unit and a room on that unit. The JTDC will use their best efforts to minimize the issues that result in the practice of "overflow" and "sleepers".

**Compliance Status: Substantial**

3. The facility shall develop a policy consistent with the notification requirements established in the MOA in the event the CCJTDC census exceeds 90% of its rated capacity. The facility will provide the Compliance Monitor with documentation of required notifications and their efforts to comply with the specifications of the MOA.

**Compliance Status: Substantial.**

---

**Paragraph #40 Pest Control**

---

**MOA Requirements:**

*The Center will take appropriate measures to assure that the facility is reasonably free from insects, rodents, and other pests consistent with applicable NCCHC, ACA and state regulatory standards. The Implementation Plan will provide for an effective pest control management, ectoparasite control and oversight.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. The Center must enter into a contract with a licensed pest control company. Exterminating services must be provided at least monthly and otherwise as needed.

**Compliance Status: Substantial.**

2. Pest strips in living areas are prohibited.

**Compliance Status: Substantial.**

---

**Paragraph #41 Plumbing and Sanitation**

---

**MOA Requirements:**

*The Center will assure that the plumbing and sanitation systems within the facility are functioning adequately and are consistent with applicable NCCHC, ACA and state regulatory standards. The Implementation Plan will include reasonable measures to assure that:*

*(1) the water quality is within acceptable levels;*

**Compliance Status: Substantial.**

*(2) plumbing is functioning properly;*

**Compliance Status: Substantial.**

*(3) malfunctioning plumbing is promptly repaired; and*

**Compliance Status: Substantial.**

*(4) water pressure and temperature is adequate.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. The Center shall revise its current policies and procedures regarding Plumbing and Sanitation in Paragraph #41, to assure that plumbing and sanitation systems are addressed and reviewed on a regular basis.

**Compliance Status: Substantial.**

2. The policies shall articulate standards, provide environmental housekeeping and cleaning schedules, sanitation checklists and inspection reports, including the writing and management of work orders and any follow up corrective action plans. The policies shall be submitted to the Compliance Administrator and the Court Monitors.

**Compliance Status: Partial. JTDC Policy 5.08 Safety and Sanitation Inspections and JTDC Policy 8.05 Food Safety Sanitations describe the process for inspecting the majority of the facility (pods and kitchen).**

**The daily and weekly sanitation checklists are not consistently completed and on file for inspection.**

**The Bi-weekly Executive Director Checklist is completed by the Sanitation Coordinator and the form needs to be re-constructed to meet NCCHC Standards to include the entire facility.**

**The Director of Quality Assurance is not performing monthly inspections in accordance with policy.**

3. Residents rooms that do not meet standards will be clearly identified as "closed." Notation as to the reason for the room closure will be documented in the unit log and a work order shall be submitted for the repairs.

**Compliance Status: Substantial.**

4. Internal QA reviews will occur and will assess and provide correction action and document compliance.

**Compliance Status: Partial.**

5. Maintenance orders will be prioritized by designated JTDC administrators and forwarded to the Department of Facilities Management in a timely fashion. Meetings between JTDC Administrators and Facilities Management personnel will be held as needed but not less than monthly. Documentation of monthly meeting with Facilities Management personnel shall be submitted to the Compliance Administrator.

**Compliance Status: Substantial.**

6. Pursuant to ACA 3-JDF-4B-03, the facilities potable water source and supply whether owned and operated by the public water department or the institution, is approved by an independent, outside source to be in compliance with jurisdictional laws and regulations. This provision should ensure that the water temperature for laundry services meets acceptable standards.

**Compliance Status: Substantial.**

**Paragraph #42 Lighting**

**MOA Requirements:**

*The Center will assure adequate lighting within the facility consistent with ACA Standards. The Implementation Plan will require adequate natural and artificial lighting in living spaces, classrooms, stairwells, elevators, and hallways.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. ACA Standard states: Written policy, procedure, and practice require that all lining areas provide at a minimum of the following:

o Lighting of at least 20 foot candles at desk level and in the personal grooming area.
o Natural light available from an opening or window that has a view to the outside, or from a source within 20 feet of the room as well as other lighting requirements for the facility determined by tasks to be performed.

    Inspection of resident rooms, living areas and other areas shall be conducted by a licensed electrician quarterly to determine compliance. Inspection reports shall be submitted to the Compliance Administrator and appropriate JTDC personnel.

**Compliance Status: Substantial.**

2. The policy shall include that lighting is included in the safety and sanitation inspections conducted at the facility and correction action plans are conducted when lighting issues are identified.

**Compliance Status: Substantial.**

3. Counselors on third shift will be provided with flashlights so they may see into the youth's room when conducting their room checks at night.

**Compliance Status:  Substantial.**

4.  The trim, doors and wall panels, now painted an institutional dark olive will be re-painted with a lighter color that reflects light and has a less institutional appearance.

**Compliance Status:  Partial.  The WINGS Center, OMEGA Center and the medical unit have been painted lighter colors.  There are no current plans to change the paint on additional pods.**

5.  The Superintendent or designee shall ensure polices reflect all requirements of the MOA that address Lighting in Paragraph #42.  The policy will articulate standards, produce environmental housekeeping and cleaning schedules, sanitation checklists and inspection reports including the writing and management of work orders and any follow up corrective action plans.

**Compliance Status:  Substantial.**

6.  Residents rooms that do not meet standards will be clearly identified as "closed."  Notation as to the reason for the room closure will be documented in the unit log and a work order shall be submitted for the repairs.

**Compliance Status:  Substantial.**

7.  Internal QA reviews will occur and will assess and provide correction action and document compliance.

**Compliance Status:  Substantial.**

## Paragraph #43 Heating, Cooling and Ventilation

**MOA Requirements:**

*The Center will provide air quality and temperature that meet applicable standards and is consistent with ACA Standards 3-JDF-2D-01 through 3-JDF-2E-13 and Illinois Administrative Code, Title 20, 702.80. The Implementation Plan will describe the actions reasonably necessary to assure that air quality is properly monitored and maintained and that temperature is maintained within appropriate levels.*

**Compliance Status:  Substantial.**

**MIP Requirements:**

1.  The Center shall revise its current policies to assure heating, cooling and ventilation systems are addressed and reviewed on a regular basis and in accordance with Paragraph #43.  This will be accomplished by contracting with a licensed heating and air conditioning contractor who will assess and repair, if necessary the Center's heating, air handling and cooling systems, ensuring that they meet industry standards.

**Compliance Status:  Substantial.**

2.  The Superintendent or designee will ensure policies include all requirements of the MOA that address Heating, Cooling and Ventilation in Paragraph #43.

**Compliance Status:  Substantial.**

3.  The policy will articulate standards, produce environmental housekeeping and cleaning schedules, sanitation checklists and inspection reports, including the writing and management of work orders and any follow up corrective action plans.

**Compliance Status: Substantial.**

4.  Internal QA reviews will occur and will assess and provide correction action and document compliance.

**Compliance Status: Partial.**


**Paragraph #44 Fire and Electrical Safety**

**MOA Requirements:**

*The Center will assure that the facility is reasonably free from fire and electrical hazards consistent with applicable NCCHC Standards. ACA Standards and state regulatory standards. The Implementation Plan will assure:*

*(1)   adequate staff training regarding fire safety;*

**Compliance Status: Substantial.**

*(2)  proper maintenance and repair of fire equipment, fire doors, exit lighting, and fire resistant material on furnishings;*

**Compliance Status: Substantial.**

*(3) electronic supervision of all locked doors that may provide egress in case of fire:*

**Compliance Status: Substantial.**

*(4)  an appropriate plan for manually opening doors in case of electronic malfunction;*

**Compliance Status: Substantial.**

*(5)  an appropriate evacuation plan for persons with disabilities;*
**Compliance Status: Partial. Evacuation Plans are not complete.**

*(6)  that all mattresses used by detainees for sleeping are fire resistant;*

**Compliance Status: Substantial.**

*(7)  routine testing of all fire equipment and systems including regular fire drills for detainees and staff;*

**Compliance Status: Substantial.**

*(8)   that all electrical outlets, wires, and equipment are in proper working order and do not pose electrical hazards; and*

**Compliance Status: Substantial.**

*(9) an appropriate plan to thoroughly inspect the facility at regular intervals to assure compliance with fire safety plans, procedures, and equipment requirements.*

**Compliance Status:  Substantial.**

**MIP Requirements:**

1.  The Center's emergency plans, including fire emergency plan need to be updated and the emergency plans distributed to all living units and control rooms.  The following Center policies will need to be reviewed and revised:

    - *10.01 Fire Safety-*
    - *10.02 Fire Inspections-*
    - *10.03 Fire Safety Performance Requirements*
    - *10.04 Non Combustible Receptacles*
    - *10.05 Flammable, Toxic, Caustic Materials*

**Compliance Status:  Partial.**

2.  The Center shall enter into a contract with a licensed Fire Safety Company that will test and maintain all fire safety equipment in accordance with ACA Standard 3-JDF-3B-01.

**Compliance Status:  Substantial.**

3.  The Center will appoint one or more Fire Safety Officers who will be responsible for providing a comprehensive and thorough monthly inspection for compliance with safety and fire prevention standards.  There shall also be a weekly fire and safety inspection of the facility by a qualified department staff member. The Fire Safety Officer(s) shall receive training appropriate for their duties.  Checklists and inspection forms shall be developed to assist the Fire Safety Officers.  Staff shall be trained in the use of the fire extinguishers.  The names of the Fire Safety Officers, a description of the training provided, evidence that the Fire Safety Officers completed training, and inspection forms shall be submitted to the Compliance Administrator and Court Monitors.

**Compliance Status:  Substantial.**

4.  The Key Control System will ensure that fire exit keys are color coded and notched.  Each Floor Manager and Supervisor will have in their office a glass locked and sealed box marked "Fire Keys", which will be colored coded and notched providing access to fire safety equipment and all doors leading to the evacuation areas.

**Compliance Status:  Partial.**

5.  The Superintendent or designee shall ensure all polices meet all the requirements of the MOA that address Fire and Electrical Safety in Paragraph #44.

**Compliance Status:  Partial.**

6.  The policy will articulate standards, produce environmental housekeeping and cleaning schedules, sanitation checklists, and inspection reports, including the writing and management of work orders and any follow up corrective action plans.

**Compliance Status: Partial. JTDC Policies comply with environmental housekeeping and cleaning schedules, sanitation checklists and inspections reports. The policies do not address follow up corrective action plans.**

7. Internal QA reviews will occur and will assess and provide correction action and document compliance.

**Compliance Status: Partial. The Quality Assurance reviews are either not defined or have not been implemented.**

**Paragraph #45 Sanitation**

**MOA Requirements:**

*The Center will assure that the facility is adequately clean and sanitary consistent with applicable NCCHC Standards, ACA Standards and state regulatory standards. The Implementation Plan will include an appropriate housekeeping plan as well as a plan to monitor and correct deficiencies promptly and appropriately.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. The Center shall review and revise its current policies to assure that sanitation standards are met.

**Compliance Status: Partial.**

2. Following submission and approval of the new policy, a staff training schedule and operational sequence will be established and implemented with a revised curriculum and competency testing to insure staff understands the policy requirements and procedures.

**Compliance Status: Noncompliance. JTDC Policy does not require training on sanitation policies. Staff have not received formal training on the Housekeeping and Maintenance Plan. Competency Testing has not been developed.**

3. In addition to regular inspections by governmental officials, there will be daily safety and sanitation inspections conducted on all living units, medical and the food service area. These reports will be maintained in a file in the Floor Manager, Medical Director and the Food Service Directors office. The reports will note corrective action and maintenance requests.

**Compliance Status: Partial. Daily safety and sanitation inspections are routinely conducted on all living units, medical and food service areas. The reports do not consistently note corrective action or maintenance requests. The inspection reports are maintained in the Center management offices, on medical and in the food service manager's office.**

4. The Superintendent or designee will conduct a bi-weekly inspection of the Center, documenting the Center's sanitation and maintenance issues and issuing work orders to repair items that are broken, or require painting and instructions on areas that require cleaning.

**Compliance Status:  Substantial.**

5. Residents rooms that do not meet standards will be clearly identified as "closed." Notation as to the reason for the room closure will be documented in the unit log and a work order shall be submitted for the repairs.

**Compliance Status:  Substantial.**

6. Internal QA reviews will occur and will access and provide corrective action and document compliance.

**Compliance Status:  Partial.**

7. Review and amend, if necessary, contractual janitorial service contracts.

**Compliance Status:  Not applicable.**

8. A contract monitoring procedure will be implemented for any contractual sanitation services.

**Compliance Status:  Not applicable.**

9. The Superintendent will appoint a staff person to conduct quarterly contract monitoring of contractual services.

**Compliance Status:  Not applicable.**

---

**Paragraph #46 Routine Maintenance**

**MOA Requirements:**

*The Center will assure that the facility is properly maintained. The Implementation Plan will include a description of the actions necessary to reasonably assure timely repair of anything in the facility that is in disrepair.*

**Compliance Status:  Partial. JTDC 5.13 Routine Maintenance/Work Order Process was approved on 6/4/2008. The policy has not been updated in compliance with policy and does not reflect the current practice regarding the work order system.**

**MIP Requirements:**

1. The Center shall revise current policies to assure that routine maintenance issues are identified and appropriate actions are taken to facilitate repairs.

**Compliance Status:  Noncompliance.  The current policy has not been revised in accordance with current practice and some requirements of the policy are not consistently implemented (documentation of completion of work).**

2. Maintenance requests will be prioritized into three categories:  emergency, urgent, and general requests. Emergencies are those repairs that must be completed immediately, such as no heat, no

water, broken pipes. Urgent requests would include showers not working, unit doors not locking; general requests would include a wall that requires painting, missing tile in a hallway. Emergency requests will be addressed immediately, urgent requests within two working days, and general requests within fifteen working days. A list of all maintenance requests shall be maintained. An Assistant Superintendent will meet monthly with Facilities Management personnel to review the status of maintenance requests.

**Compliance Status: Partial. Maintenance requests are prioritized and completion dates are established by JTDC policy. A list of all maintenance requests is maintained. The DED or designee meets monthly with Facilities Management to review the status of maintenance requests. The JTDC needs to develop a quality assurance component for maintenance requests.**

3. Following submission and approval of the new policy, a staff training schedule and operational sequence will be established and implemented with a revised curriculum and competency testing to insure staff understands the policy requirements and procedures.

**Compliance Status: Noncompliance. JTDC Policy does not require training on the work order policies. As there is no training on the work order process, competency testing is not conducted.**

4. Internal QA reviews will occur and will assess and provide corrective action and document compliance.

**Compliance Status: Noncompliance. Internal Quality Assurance reviews have not yet been defined and implemented.**

**Paragraph #48 Discipline Overview**

**MOA Requirements:**

*The Center will assure that all discipline is carried out in a manner that is safe, fair, and consistent. CCJTDC staff shall provide consistent supervision, direction and instruction to detainees in their care that is appropriate to the needs of the individual and group and which promotes both stability and good order. Center discipline policies will assure that:*

*(1) Minor or progressive sanctions may be imposed by the staff which are consistent with rendering supervision, but which do not impose individual restrictions on talking, movement, or participation for more than one hour, with floor supervisor review within 30 minutes to authorize an additional thirty minutes, for any incident.*

**Compliance Status: Substantial.**

*(2) All restrictions or interventions shall be logged, including the result.*

**Compliance Status: Substantial.**

*(3) In cases where minor interventions, including verbal correction or a limited sanction do not produce an acceptable modification in behavior, a supervisor or caseworker shall be called to assist.*

**Compliance Status: Substantial**

*(4) Imposition of additional sanctions shall require a written violation report and a timely due process review of formal charges as part of the formal disciplinary procedure.*

**Compliance Status:  Substantial.**

*(5) Use of consecutive sanctions for the same behavior shall not be allowed as a means of avoiding compliance with these provisions.*

**Compliance Status:  Partial.  JTDC Policy needs to reflect above provision.**

**MIP Requirements:**

1. The discipline process will be integrated with the behavior management system and housing classification system.  The behavior management program will include a series of incentives for positive behaviors and a range of sanctions that will include immediate sanctions (fines) for minor rule violations. Living units will range from those of greater restrictiveness (fewer privileges) to lesser restrictiveness. Initial placement into one of the four levels will be based on risk.  Movement to a level of less restrictiveness will be based on positive behavior. Movement to a level of greater restrictiveness will be as a result of a major rule violation and a sanction imposed by a hearing officer.  Room confinement will be used sparingly and as a result of major disciplinary issues.

**Compliance Status:  Partial/Exception Request.  The Transitional Administrator requests an exemption for this requirement in the MIP.  The discipline process is integrated with the behavior management system however the housing classification system is not integrated with the disciplinary or behavior management system.  Two behavior management programs are utilized at the JTDC.  Integrating the housing classification system to the behavior management level system cannot be accomplished in a center within a center organizational structure without a significant increase in staffing.**

2. Policies and procedures detailing the disciplinary process shall be submitted to the Compliance Administrator and Court Monitors within 60 days of approval of the MIP.

**Compliance Status:  Not applicable.**

3. Residents shall receive a copy of alleged rule violation(s) within one hour of the incident (if confined) and four hours (if not confined).  The time the youth is served with the rule violation shall be documented with the resident's signature.

**Compliance Status:  Partial.**

---

**Paragraph #49 Permissible Forms of Discipline**

---

**MOA Requirements:**

*The Implementation Plan will include a system that:*

*(1) Ensures that discipline meted out is an appropriate response to the infraction,*

**Compliance Status:  Substantial.**

*(2)  Carries out discipline in the least restrictive manner appropriate to the infraction,*

**Compliance Status:  Substantial.**

*(3)  Ensure discipline is in accordance with all laws applicable to the operation of a juvenile temporary detention facility, and*

**Compliance Status:  Substantial.**

*(4)  Is consistent with applicable NCCHC, ACA, and state regulatory standards.*

**Compliance Status:  Substantial.**

*The Implementation Plan will describe the actions taken to assure the following:*

*(5)  Physical forms of discipline.*

o  *No physical restraint or any other physical use of force may be used as a form of discipline, although a staff member may use an approved method of physical restraint to accompany a detainee into room confinement, where no less restrictive method is appropriate.*
o  *All use of restraint whether permissible or not, will be documented.*

**Compliance Status:  Substantial.**

*(6)  Disciplinary room confinement.*

o  *Disciplinary room confinement is only used when no less restrictive form of punishment is appropriate, and that youth confined to their rooms are permitted to rejoin the general population when capable of doing so without further disruption to the detention operations.*
o  *The Implementation Plan will include training on consistent, appropriate, and equitable discipline from least restrictive to the next restrictive forms and types of sanctions based on inappropriate behavior of detainees.*
o  *Use of room confinement for cooling off periods, not to exceed 30 minutes, shall not trigger due process requirements under formal disciplinary procedures, but will be documented.*
o  *Any use of room confinement for cooling off purposes must be approved by an appropriate supervisor after thirty minutes and can be extended for an additional thirty minutes by the Supervisor.*
o  *The use of room confinement for disciplinary purposes in all instances shall be limited to 36 consecutive hours for each detainee so confined absent extraordinary circumstances as defined in Paragraph 65 of the MOA.*
o  *Room confinement should be limited to the amount of time necessary to assure the detainee's return to general population without further disruption of operations.  It is recommended that room confinement not exceed 24 consecutive hours for each detainee.  If, after 36 consecutive hours of room confinement for a particular CCJTDC detainee, CCJTDC staff determines that a detainee poses a risk of imminent physical harm to himself or others, confinement may continue only for therapeutic reasons or security reasons, and must meet the requirements for such confinement found in paragraphs 27 and 57 of the MOA.*
o  *Once room confinement has been imposed for disciplinary purposes, it may not be imposed on the same detainee again for the same infraction absent extraordinary circumstances.*

o *All detainees who are placed in room confinement must be evaluated on a daily basis, including an initial evaluation within three hours of placement by a qualified health care professional.*

o *The daily health evaluation must include personal contact with the detainee, notation of bruises or markings suggesting injury or trauma, and an evaluation of the detainee's mental status.*

o *In addition to the checks by health care workers, staff will make a visual check of all detainees in room confinement at least every 15 minutes, and will make personal contact with the detainee every hour, while the detainee is awake.*

o *A log must be kept of all such checks and interactions with the detainee while in room confinement.*

o *Detainees in disciplinary room confinement must receive at least one hour of large muscle exercise outside of their rooms each day.*

o *Reasonable safety precautions shall be followed to prevent injuries to the detainee in room confinement. Room confinement rooms shall be adequately lighted, heated and furnished, and have easy access to appropriate toilet facilities. Youth will be permitted two books and two magazines inside their room. If a door is locked, someone with a key will be in constant attendance nearby.*

o *Youth will receive educational material and instructions regarding the material from a member of the Chicago Board of Education each day This will require the defendants to designate an individual to communicate with the school the names of those individuals not attending school on a given day. The assignments will be distributed to the appropriate detainee who will complete the assignments. The completed assignments will be returned to the appropriate teachers for review.*

o *The Hearing Officer, upon recommendation by the Floor Supervisor will review the status of detainees in disciplinary confinement overnight to determine whether they are candidates for early release in order to attend school. The status review will be documented. If early release is appropriate, the individual will be sent to school.*

o *The CCJTDC will follow all applicable laws and standards regarding the use, care and conditions of disciplinary room confinement, including NCCHC Standard Y-40, ACA Standards 3-JDF-3C-05 through 3-JDF-3C-12, and Ill. Ad. Code, Title 20, 702.70(D).*

**Compliance Status: Substantial.**

(7) *Other forms of discipline: The Implementation Plan will create and assure use of a system in which the disciplinary response to any infraction is proportionate and the least restrictive response based on the detainee's behavior. The Implementation Plan will include a description of the actions the Center will take to assure the use of an effective behavior management system that creates incentives for good behavior among the detainees. The Plan will follow all laws applicable to the operation of a juvenile temporary detention facility, regarding the use of discipline. In the event that new laws and/or standards are implemented or existing laws and/or standards are modified and/or revised, the Center will be allowed a period of time not to exceed six months to implement such laws and standards.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. An integrated housing classification and behavior management program will be implemented. Youth will be assigned to a living unit based on risk; movement to a living unit of greater or less restrictiveness (more or fewer privileges) will be based on the youth's behavior. Counselors and Caseworkers may levy fines for an immediate sanction of minor rule violations and fines in combination with room confinement may be imposed by hearing officers. A "loss of level" and/or

movement to a living unit of greater restrictiveness may be imposed only by a hearing officer as an outcome of the due process hearing.

Significantly reducing the amount of time in room confinement is contingent on sufficient staffing in special needs units and staff being trained in the behavior management program.

Disciplinary hearings will be conducted by designated staff that are:

- appropriately trained,
- are not directly involved with the detainee on a daily basis, and
- not associated with the incident.

**Compliance Status: Partial/Exception Request. The housing classification system and behavior management program is not integrated. Residents do not move from living units based on the youth's behavior. The Transitional Administrator requests an exemption of this provision of the MIP. The stability of consistent staff on the living unit is paramount in establishing security and order to implement programs. Movement to units would jeopardize the resident's progress and stability. The Centers operating under the Token Economy system allow caseworkers and youth development specialists to levy fines for immediate sanctions. Centers operating under the CBT Model do not levy fines. Fines are not levied by hearing officers. The loss of levels is imposed on the basis of the number of points earned by the resident and is not a result of a due process hearing (Token Economy Centers and CBT Centers). Staff is trained on the behavior management system. Disciplinary hearings are conducted by staff who are not involved with the detainee on a daily basis and not associated with the incident. Staff is trained in the behavior management system utilized by the Center to which they are assigned.**

2. Policies and procedures detailing the disciplinary process shall be submitted to the Compliance Administrator and the Court Monitors.

**Compliance Status: Not applicable.**

3. The use of administrative room confinement beyond the 36 hours required by the MOA will cease.

**Compliance Status: Substantial.**

4. The 15-minute check logs need to be revised to include a space for documentation of contact including a brief description of a personal contact and resident activity every hour the resident is awake.

**Compliance Status: Substantial.**

5. The 15-minute check logs shall be posted on the confined resident's door at all times.

**Compliance Status: Substantial.**

6. Exact times of the visual inspections shall be recorded.

**Compliance Status: Substantial.**

7. The 15-minute check logs shall be maintained in the youth's master file.

**Compliance Status: Noncompliance. Check logs are sorted, filed and maintained in the support clerk's office.**

8. An electronic system for tracking and documenting required 15 minute checks may be utilized in lieu of the paper tracking system. The Compliance Administrator shall have access to any reports generated by such system. In the event that the electronic tracking system is inoperable, the paper system must be reinstituted.

**Compliance Status: Substantial.**

9. The use of room confinement for disciplinary purposes in all instances shall be limited to 36 consecutive hours for each detainee so confined absent extraordinary circumstances as defined in Paragraph 65 of the MOA.

**Compliance Status: Substantial.**

**Paragraph #50 Due Process**

**MOA Requirements:**

*The Implementation Plan will include the following specific requirements for providing due process to all detainees:*

*(1) All detainees will be given a copy of the rules of the facility within one hour of entering the CCJTDC. Additional copies will be prominently posted in each living unit, including the intake unit;*

**Compliance Status: Substantial.**

*(2) All detainees must be given a due process hearing by someone independent of the unit staff prior to the imposition of any discipline, except in an emergency situation (i.e., there is a danger of imminent physical harm to a detainee or staff member, to prevent escape or regain custody, or to prevent damage to property that is serious or will have serious consequences). In the event of an emergency situation, the detainee must receive a hearing no later than four hours after the imposition of the discipline. The four hour time limit begins at the time the discipline is imposed, but will be tolled between the hours of 7:00 pm and 7:00 am.;*

**Compliance Status: Substantial.**

*(3) The Implementation Plan will follow all laws applicable to the operation of a juvenile temporary detention facility and be consistent with the NCCHC Standards, ACA Standards and the Illinois Administrative Code, regarding the provision of Due Process;*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. Policies detailing the all due process requirements and practices shall be submitted to the Compliance Administrator and the Court Monitors.

**Compliance Status:  Not Applicable.**

2.  Designated staff (independent of the unit staff) that will be conducting hearings shall be identified and a schedule developed to ensure that disciplinary hearings will be held in accordance within the timeframes outlined in the MOA.

**Compliance Status:  Substantial.**

3.  A training curriculum shall be developed and identified staff shall be trained prior to conducting hearings.

**Compliance Status:  Substantial.**

4.  All direct care staff will receive training regarding the disciplinary processes.

**Compliance Status:  Substantial.**

5.  A new resident handbook will be issued to all residents within 1 hour of admission.  Student rights, major and minor rule violations and the grievance policy will be visibly posted on all living units.

**Compliance Status:   Substantial.**

6.  In the event of an emergency situation, the detainee must receive a hearing no later than four hours after the imposition of the discipline.  The JTDC will develop a system that reflects the time that the resident was confined and the time of the hearing.

**Compliance Status:  Substantial.**


**Paragraph #51 Discipline Confinement**

**MOA Requirements:**

*The CCJTDC will assure that all detainees in disciplinary confinement receive one hour of exercise outside of their rooms, unless, by releasing the detainee for such purposes, the detainee poses a threat to himself, other detainees or staff, to escape, of damage to property that is serious or will have serious consequences.*

**Compliance Status:  Partial.**
**MIP Requirements:**

1.  The requirement to provide one hour of exercise outside of their rooms for detainees in confinement (medical and unit confinement) shall be incorporated into the disciplinary policies as well as recreation policies.

**Compliance Status:  Substantial.**

2.  The policies will include provisions that prohibition of recreation can only be authorized by the Superintendent, Assistant Superintendent, Duty Administrator or qualified health care provider. The policy shall include a description of the documentation required to exclude the resident in

situations the resident poses a threat to himself, other detainees or staff, to escape or in the event release would likely result in damage to property that is serious or will have serious consequences. A daily list of any youth prohibited from recreation including the reason for the exclusion shall be prepared and distributed daily to the appropriate JTDC personnel and weekly to the Compliance Administrator.

**Compliance Status: Partial. A list of the youth prohibited from recreation and the reason for the exclusion is not consistently documented or distributed.**

3. Hearing officers shall receive appropriate training including a competency component.

**Compliance Status: Partial. Training has been provided however there was no verification of the competency component.**

4. The Disciplinary Practices Review Committee shall submit a monthly report that includes a list of youth who were denied recreation and the reasons for such denial to the Superintendent and Compliance Administrator.

**Compliance Status: Partial. The Disciplinary Practices Committee is operational however monthly reports regarding youth who were denied recreation and the reasons for such denial is not compiled on a monthly basis.**

5. Notation will be required on the 15 minute watch sheets that the youth was out of his/her room for one hour of large muscle activity.

**Compliance Status: Partial.**

---

**Paragraph #52 Discipline Documentation**

**MOA Requirements:**

*The Center will assure that any use of discipline is properly documented. The Superintendent will appoint a Disciplinary Practices Review Committee ("DPRC") to regularly review all use of discipline to assure that discipline is being used appropriately, and in accordance with the terms of this Agreement and applicable standards. In addition to appointment authority, the Superintendent will be an ex officio voting member of this Committee. The composition of this committee will be set forth in the Implementation Plan.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. The facility will revise the disciplinary policies and procedures. The disciplinary policy shall ensure that the rights established by state law are not prohibited by any disciplinary practices except as permitted in Paragraph 65, Extraordinary Circumstances. Any instances(s) of such denials must be documented, describing the reasons for the denial of the residents rights and submitted to the Disciplinary Review Committee and the Compliance Administrator on a weekly basis.

**Compliance Status: Partial. Supporting documentation regarding violation of residents rights by state law has not been submitted for review.**

2. The Center will implement an orientation process that ensures every detainee receive a student handbook that outlines the disciplinary policy, behavior management program, the Center's rules, major and minor rule violations, student rights and responsibilities, the due process policy, the grievance policy and the reporting child abuse policy. Caseworkers will review the material with each youth and verbally explain these policies. Non-English speaking youth shall be given interpretive assistance. The detainee shall be required to sign appropriate documentation that acknowledges receipt of the student handbook.

**Compliance Status: Substantial.**

3. The facility will use the DSI system for all incident reports, discipline, restraint usage, and grievances. The Committee shall use these reports in monthly reviews.

**Compliance Status: Noncompliance. The DSI system does not allow for customization for the JTDC to utilize for incident reports, discipline, restraint usage and grievances.**

4. The Committee shall meet at least monthly and will generate a monthly report to the Superintendent and Compliance Administrator with an analysis of all available reports which describes staffs ability to use the full range of available behavior management incentives and sanctions, and comments regarding progress, areas of concern and corrective action plans as a result of an analysis of the grievance and disciplinary reports.

**Compliance Status: Substantial.**

5. Appropriate staff will receive training on the DSI system.

**Compliance Status: Substantial.**

**Paragraph #53 Behavior Management**

**MOA Requirements:**

*The Implementation Plan will describe the actions the CCJTDC will take to implement and maintain a behavior management system for detainees that are fair and effective. The behavior management program will provide:*

*(1) incentives for positive behavior and afford proportional measures of accountability for negative behavior, and*

**Compliance Status: Substantial.**

*(2) written guidelines and parameters that are readily definable and easily understood by detainees and staff, and*

**Compliance Status: Substantial.**

*(3) A verbal and written explanation of the behavior management system shall be provided to all detainees as part of the orientation process.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. Policies and procedures detailing the behavior management system shall be submitted to the Compliance Administrator and the Court Monitors.

**Compliance Status: Not Applicable.**

2. The behavioral management program will directly link to requirements established in the disciplinary policies and housing classification policies.

**Compliance Status: Partial Compliance/Exception Request. The Transitional Administrator requests an exception for this requirement in the MIP. The discipline process is integrated with the behavior management system however the housing classification system is not integrated with the disciplinary or behavior management system. Two behavior management programs are utilized at the JTDC. Integrating the housing classification system to the behavior management level system cannot be accomplished in a center within a center organizational structure without a significant increase in staffing and will not be feasible with the anticipated increase in population due to the "raise the age" legislation.**

3. The behavior management program will be described in the resident handbook and discussed with the youth prior to his/her assignment to a living unit.

**Compliance Status: Substantial.**

4. All direct care staff will receive training regarding the new behavior management program.

**Compliance Status: Substantial.**

5. On-the-job training in the behavior management program shall be provided to all direct care staff and supervisory personnel.

**Compliance Status: Substantial.**

6. The behavior management system including tracking of the status and levels of privilege shall be incorporated into the facilities DSI system and used to its fullest extent.

**Compliance Status: Partial. The behavior management system utilizes point sheets to track the current status and levels of privileges. The resident information system (DSI) does not provide a platform to track this type of information.**

7. A commissary must be established. Residents should have input on items to be purchased through the commissary. The commissary will include at a minimum toiletries and snacks.

**Compliance Status: Substantial.**

**Paragraph #54 Grievances**

**MOA Requirements:**

*The Center will assure that all detainees have the opportunity to voice meaningful and confidential grievances. The Implementation Plan will include:*

   *(1)  A system for allowing detainee to file grievances confidentially,*

**Compliance Status:  Substantial.**

   *(2)  Mechanisms to prevent staff from interfering with the grievance system or retaliating against detainees who file grievances, and*

**Compliance Status:  Substantial.**

   *(3)  A protocol for CCJTDC staff to respond to grievances in a meaningful manner within 72 hours, excluding weekends and holidays, absent extraordinary circumstances.*

   *In the event that grievances are emergent in nature (e.g. - one that pertains to life threats, physical or sexual abuse, or health related issues), floor managers will be required to respond to and address such grievances in an expeditious fashion.  If, upon investigation, it is determined that the grievance is not emergent, the grievance will be reclassified and handled through the normal grievance process.*

**Compliance Status:  Substantial.**

**MIP Requirements:**

1.  The grievance policy, procedure and related forms will be completed and submitted to the Compliance Administrator and Court Monitors.  The grievance procedure shall include the following:

- A one day response policy for grievances of an urgent nature (i.e. abuse, etc.)
- A three day response policy for grievances of a non-urgent nature.
- An appeal process that includes the Superintendent or designee.
- All of the provisions outlined in the MOA.

**Compliance Status:  Substantial.**

2.  The Superintendent's designee will manage the Grievance Process.

**Compliance Status:  Substantial.**

3.  In the admissions unit, prior to assignment to a living unit, the youth will meet with a Caseworker who will review the student handbook with him/her and show him/her a video that explains the handbook.  The Handbook will detail the disciplinary process, major and minor rule violations, student rights and responsibilities, the behavior management program, what is child abuse and how to make a report and the grievance process.

**Compliance Status: Partial. All residents meet with a caseworker and review the Resident Handbook. The handbook includes detailed information regarding the disciplinary process, major and minor rule violations, student rights and responsibilities, the behavior management system, and the grievance process. A video has not been produced.**

4. Grievance boxes and forms will be placed in each of the living units as well as the school. A designated staff person (who does not provide direct care to youth) will collect grievances each day, log in the grievances, forward grievances to appropriate staff, and ensure timely responses. Grievances of a serious nature (those that need to come to the attention of administration) or those that cannot be resolved at the first level of intervention will be forwarded to the Superintendent or designee for further action. The youth will receive a notice that the grievance was resolved at the first level or forwarded for further action or investigation. A copy of that notice will be placed in the youth's institutional file. Once a determination has been made regarding the grievance, the designee will meet with the youth and explain the outcome. He/she will also explain the youth's rights to appeal the decision if so desired. Youth will have the opportunity to appeal the outcome of their grievance to the Superintendent or designee. The youth will be asked to sign the grievance resolution form and a copy will be given to the youth and a copy place in his/her Institutional file.

**Compliance Status: Substantial.**

5. Grievances regarding emergent or other serious issues shall be reviewed by the Superintendent or Assistant Superintendent. All youth will receive a written and verbal (unless the youth has been released) response to his/her grievances.

**Compliance Status: Substantial.**

6. Each month a report noting the number and nature of the grievances filed will be produced. The report will also show the living unit, the number of grievances resolved at each level, the nature of the grievance and the average length of time it took to resolve the grievance for that month. Copies of all original grievance reports by residents shall be submitted to the Compliance Administrator monthly. Copies of grievances that have been completed by staff and signed by the resident shall be submitted to the Compliance Administrator twice a month.

**Compliance Status: Substantial.**

**Paragraph #56 Security**

**MOA Requirements:**

*The Center will assure that detainees are reasonably safe from harm while within the facility. The Implementation Plan will describe actions to create and maintain systems which reasonably assure the security of the detainees in the institution, including:*

*(1) maintaining security during movement of detainees;*

**Compliance Status: Partial. JTDC Policy Manual Chapter 6 Emergency Plans is not completed in entirety.**

*(2) prevent the infiltration of contraband;*

**Compliance Status: Substantial.**

*(3) enabling adequate communication between staff in case of emergencies;*

**Compliance Status: Substantial.**

*(4) adequately controlling dangerous tools, equipment to staff; and*

**Compliance Status: Partial. The following JTDC Policies describe the processes for controlling dangerous tools and equipment to staff:**

**5.18 Hair Care Services**
**7.05 Suicide Prevention/Intervention**
**8.05 Health and Safety Regulations/Inspections**
**9.13 Searches and Control of Contraband**
**9.14 Key Control**
**9.15 Tool and Equipment Control**
**9.19 Control of Firearms/Weapons**

**It should be noted JTDC Policy 9.14 Key Control and 9.15 Tool and Equipment Control has not been fully implemented.**

*(5) providing adequate security equipment to staff; and*

**Compliance Status: Partial. JTDC Policies govern the distribution and control of the following security equipment of staff: handheld wands, security line scan, gloves, radios, keys, mechanical restraints, safety shields, spit guards, suicide rescue tools, CPR kits and flashlights. It should be noted the JTDC has an inadequate security surveillance camera system. At present, there are no cameras in the living areas, school, recreation areas or hallways.**

*(6) establishing adequate safety and emergency procedures to prevent or respond to escapes, damage to security systems, physical plant, life safety systems, and emergency evacuation procedures.*

**Compliance Status: Partial. JTDC Policies 6.10 Emergency Plan-Evacuation Procedures/Prompt Release, and 6.16 Emergency Plan-Long Term Evacuation have not been finalized. An Internal Interim Document has been approved and is available in the Emergency Manuals.**

**MIP Requirements:**

1. Adequate staffing will need to be provided and maintained in order to ensure the safety of the residents and staff. Policies and procedures will need to be developed to reflect acceptable standards of care. Appropriate training will need to be provided. A quality assurance program will need to be implemented to ensure the policies and procedures are common practice. Identified administrative staff will be required to conduct a "systems check" monthly on every shift to identify potential operational issues. Corrective action plans will be submitted to the Superintendent and Compliance Monitor on a monthly basis. Any changes in policies and

procedures (verbal or by any written documentation) shall be submitted to the Compliance Administrator. "Systems checks" forms shall be submitted to the Compliance Administrator monthly.

**Compliance Status: Partial. JTDC Policies have been developed to reflect acceptable standards of care. Per JTDC Policy, employees are responsible to read and implement policies. Mid -level managers are required to provide training on new and revised policies. There is no evidence of staff training on new or revised policies or on policies not specifically covered in formalized training. The Quality Assurance Program regarding compliance with JTDC Policy has not been fully developed. JTDC Policy does not require "systems checks".**

2.  Implementation of a housing classification system that shall include identification of youth with protective custody, significant mental health, and other special needs shall occur.

**Compliance Status: Partial. JYDC Policy 9.25 Housing Classification describes the housing classification process which includes consideration of youth with protective custody issues, significant mental health needs and other significant criteria. The policy has not been fully implemented. Transfer minutes of the meeting do not include any notes of individual residents and are not distributed on a consistent basis.**

3.  Strip search of youth entering the Center including initial admission, returns from Court, youth returning from appointments outside the building shall be performed consistently.

**Compliance Status: Substantial.**

4.  Search of youth coming from visitation, school and recreation shall be performed consistently.

**Compliance Status: Partial.**

5.  Caseworker working with unit counselors and mental health staff will develop "special management plans" for those youth who present significant or ongoing discipline problems.

**Compliance Status: Substantial.**

6.  Weekly facility inspections will be conducted by the Superintendent or designee and a maintenance representative.

**Compliance Status: Substantial.**

7.  Effective communication in the following areas is required to maintain a safe environment for the residents of the CCJTDC:

•   Between shifts
•   Between disciplines (mental health, medical, case workers, food service)
•   Between line staff and supervisory staff
•   Between administration and line staff

In order to facilitate communication, a roll call system needs to be implemented.

**Compliance Status: Substantial.**

8. It is not uncommon for disputes to arise in the school and continue onto the living units within the facility. The facility shall identify a school liaison(s) that will work with staff from the Nancy B. Jefferson School to ensure on-going communication regarding behavior or other resident issues.

**Compliance Status: Substantial.**

9. The following policies and procedures will need to be reviewed and revised:

- *10.07 Emergency Communications*
- *10.09 Emergency Equipment Testing*
- *10.10 Emergency Evacuation Procedures*
- *10.11 Emergency Plan Training*
- *10.12 Emergency Prompt Release*
- *10.13 Escapes*
- *10.14 Emergency Plan (Work Stoppage/Major Disturbance)*
- *10.15 Emergency Plan (Hostage Situations)*
- *10.16 Emergency Plan (Suicide Attempt-Cut Down Tool)*
- *15.01 Shift Assignments*
- *15.02 Communication*
- *15.03 Patrols and Inspections*
- *15.04 Resident Counts*
- *15.05 Resident Movement/Internal Supervision*
- *15.06 School Posts*
- *15.07 External transportation*
- *15.08 Mechanical Restraints*
- *15.09 Searches*
- *15.09a Search Teams*
- *15.10 Key Control*
- *15.11 Tool Control*
- *15.12 Use of vehicle*
- *15.13 Firearms/Weapons*
- *15.14 Overflow Residents/sleepers*
- *15.15 Accident/Injury Report*
- *15.16 Music, Video and Literature*
- *15.18 Contraband*
- *15.19 Current Table of Contents states Spill Kits but the policy is on Juvenile Movement*
- *15.21 Cellular Telephones and Pagers*
- *15.22 Use of rooms with Steel doors*
- *15.23 Use of Cook County Vehicles*
- *15.24 Use of radios*
- *15.25 Medical Emergencies*
- *16.02 Intake and Admissions*
- *16.03 Reception and Orientation*
- *16.04 Personal Property*
- *18.02 Protection from Harm*
- *18.03 Juvenile Rights-Access to Counsel*
- *19.01 Special Management*
- *29.01 Visiting*

**Compliance Status: Partial. The above listed policies have been revised. There are three Emergency Plans that have not been completed however an internal Interim Document has been approved on two of these policies.**

**Paragraph #57 Restraint for Security Purposes**

**MOA Requirements***:*

*The Center will assure that any restraint used for security purposes is used in the safest manner possible. The Implementation Plan will include the actions required to assure the safe use of restraint for security purposes and will include the following requirements:*

*(1) Mechanical or physical restraint may be used as a means of security only when necessary to prevent imminent physical harm to detainees or staff, escape, or damage to property that is serious or will have serious consequences.*

**Compliance Status: Substantial.**

*(2) The Implementation Plan shall allow for the safe and appropriate use of handcuffs and/or leg shackles to transport detainees inside and outside of the CCJTDC, as a precaution during a mass evacuation, or where such use is necessary during a mass evacuation, or where such use is necessary during transport for safety of the public or individuals within the CCJTDC. If both handcuffs and shackles are used for transportation purposes, the handcuffs may not be joined in any manner to the foot cuffs.*

**Compliance Status: Substantial.**

*(3) No fixed restraints are permitted at any time for security purposes, including during transportation outside of the facility, although they may be permitted for the medical purposes defined in Paragraphs 25 and 27.*

**Compliance Status: Substantial.**

*(4) Use of mechanical restraints in emergency response to serious group disturbances that pose an imminent risk to the safety of detainees and staff or evacuation of the facility shall be permitted only in extraordinary circumstances and subject to the requirements of Paragraph 65.*

**Compliance Status: Substantial.**

*(5) The CCJTDC shall provide initial and yearly follow-up training in the legal and appropriate application of restraint techniques.*

**Compliance Status: Substantial.**

*(6) The facility shall prohibit the use of any type of restraint by an employee who has not received training in the safe and humane application of that type of restraint.*

**Compliance Status: Substantial.**

*(7)  CCJTDC will maintain records detailing which employees have been trained and are authorized to apply restraint, the date of the training and the type of restraint that the employee was trained to use.*

**Compliance Status: Partial.  The JTDC maintains training records that indicate the date of training however it does not specifically state the type of restraint the employee was trained to use or that the employee is authorized to use the restraint.**

*(8)  In no case may any staff use any type of force or physical restraint technique that risks placing any pressure on or near the neck, reducing a detainee's ability to breathe, or constraining circulation.*

**Compliance Status:  Substantial.**

*(9)  The Center will prohibit the use of physical restraint except when all less restrictive methods are ineffective to prevent imminent injury to staff or detainees, prevent an escape or attempt to escape, subdue a violent recalcitrant, or prevent property damage that jeopardizes the security of the institution.*

**Compliance Status:  Substantial.**

*(10)  Each use of physical restraint to prevent imminent injury to staff or detainees, prevent an escape or attempt to escape, subdue a violent recalcitrant, or prevent property damage that jeopardizes the security of the institution is limited to the amount of time reasonably necessary to prevent injury to staff or detainees, prevent and escape or attempt to escape, subdue a violent recalcitrant, or prevent property damage that jeopardizes the security of the institution.*

**Compliance Status:  Substantial.**

*(11)  The use of physical restraint shall be limited to a period of time not to exceed five minutes absent extraordinary circumstances.*

**Compliance Status:  Substantial.**

*(12) Within one hour after a detainee has been released from physical restraint, a qualified healthcare professional will evaluate the detainee thoroughly to assure that no physical or psychological harm has occurred, will assure that appropriate actions are timely taken to prevent or respond to any injuries or needs, and will document the results of the evaluation and the actions that were taken. The examination will include complete vital signs, the level of consciousness, mental health exam, mood and signs of mental illness.  The qualified health care professional performing the evaluation will when appropriate transfer the detainee to an emergency room, release the detainee from restraints, or arrange for examination by an appropriate specialist.*

**Compliance Status:  Partial.  The JTDC has not developed an internal quality assurance instrument for compliance with this requirement.  Cermak Health Services documents all restraint checks however compliance with reported restraints by JTDC staff has not been compared with the medical restraint forms.  JTDC Policy 9.12 also requires mental health to conduct an examination if notified by the qualified health care provider.  The JTDC staff performing the restraint is required by policy to notify medical and complete an incident report (use of physical or mechanical restraint and a mechanical restraint form.**

*(13) Whoever orders physical restraint or physically restrains a detainee in an emergency situation for security purposes shall document its necessity and, within 24 hours, excluding weekends and*

*holidays, place that documentation in the detainee's medical file and deliver a copy to the Superintendent and the Medical Director or Medical Administrator.*

**Compliance Status: Substantial.**

*(14) All use of restraint, whether permissible or not, will be documented. The Superintendent or her designee and the Medical Director or Medical Administrator shall review all emergency restraint orders for security purposes daily and shall investigate to address any patterns of use of restraints that might be inappropriate.*

**Compliance Status: Partial. Routine use of restraints is not documented in accordance with policy. Emergency use of mechanical restraints is not consistently documented in accordance with policy. JTDC Policy 9.12 requires Executive Director (or designee) review; JTDC Policy 9.12 does not require the Medical Director or Medical Administrator to review emergency restraint orders. Cermak policies do not require the Medical Director to review all emergency restraint orders.**

**MIP Requirements:**

1. Policies and procedures will need to be developed and submitted to the Compliance Administrator and the Court Monitors. Policies and procedures will incorporate all of the provisions in Paragraph #57 of the MOA. The corresponding health services policies will need to reflect changes in this policy.

**Compliance Status: Substantial.**

2. Staff will be identified and an identified number placed on each floor on the 1st (day) and 2nd (afternoon) shift that have demonstrated competency in crisis intervention techniques (verbal, physical and mechanical restraints). Identified "first responders" shall include supervisory staff. "First responders" shall receive intensive training. "First responders" should be used in special needs units as well as units considered "highly aggressive" and at the school.

**Compliance Status: Substantial.**

3. Training including competency testing shall be developed and scheduled. Documentation of all staff authorized to restrain residents shall be tendered to the Compliance Administrator and retained in employee's training file.

**Compliance Status: Partial. There is no evidence (documentation) of competency based testing for the use of mechanical or physical force. The training department documents the employee has completed training.**

4. Anytime restraints are employed, the persons applying the restraints is responsible for entering the required information into the restraint log, maintained by appropriate supervisory staff and noting that restraints were used, the type and for how long on the incident report. This information must be submitted before that person is permitted to leave the Center at the end of his/her shift. Copies of the completed use of restraint form(s) shall be provided to the Compliance Administrator weekly.

**Compliance Status: Substantial.**

5. Any use of a physical or mechanical restraint shall be followed by an exam by a qualified health care professional within one hour of the application of the restraint.

**Compliance Status: Partial. The JTDC has not developed an internal quality assurance instrument for compliance with this requirement. Cermak Health Services documents all restraint checks however compliance with reported restraints by JTDC staff has not been compared with the medical restraint forms. JTDC Policy 9.12 also requires mental health to conduct an examination if notified by the qualified health care provider. The JTDC staff performing the restraint is required by policy to notify medical and complete an incident report (use of physical or mechanical restraint and a mechanical restraint form.**

## Paragraph #58 Confinement for Institutional Emergencies

**MOA Requirements:**

*Room confinement may only be used as a security or protective measure in response to or to prevent an emergency situation and to prevent imminent physical harm to detainees or staff. An individualized determination must be made as to the danger posed with respect to each detainee. In such a case, detainees must be released from room confinement as soon as the risk of imminent physical harm has passed and order has been restored, but in no case may they remain confined pursuant to this Paragraph longer than two hours, absent extraordinary circumstances.*

**Compliance Status: Substantial.**

*(1) All uses of room confinement for institutional emergencies shall be described in a written report prepared by the staff members involved prior to leaving the facility.*

**Compliance Status: Partial. Documentation required by JTDC policy has not been routinely submitted in reported uses of room confinement for institutional emergencies.**

*(2) The report will include a description of the origin and behavior involved in the riot, group disturbance or other emergency, the detainees and staff who were involved, and the identity of every detainee who was confined as well as the locations and duration of their confinement.*

**Compliance Status: Noncompliance. Documentation required by JTDC policy has not been submitted in reported uses of room confinement for institutional emergencies.**

*(3) A copy of this document will be provided immediately to the Superintendent and within twenty-four hours, excluding weekends and holidays, to the Monitor(s), plaintiffs' counsel and counsel for each of the detainees who was confined.*

**Compliance Status: Noncompliance. Documentation required by JTDC policy has not been submitted in reported uses of room confinement for institutional emergencies.**

*(4) The Superintendent or designee shall review all room confinement orders of institutional emergencies daily and shall investigate to detect and address any patterns of use of confinement that might be inappropriate.*

**Compliance Status: Partial.**

**MIP Requirements:**

1. Policies and procedures shall be developed and submitted to the Compliance Administrator and the Court Monitors. The specifications outlined in the MOA shall be included in the policies and procedures. The Compliance Administrator shall be included in distribution list of reports generated by the facility implementing provisions of the MOA regarding room confinement for institutional emergencies.

**Compliance Status: Substantial.**

2. The use of room confinement shall be tracked in the DSI system by living unit, shift and staff.

**Compliance Status: Noncompliance. The DSI system does not have the capacity to track room confinement.**

3. Technical assistance is recommended to develop a training module on the use of room confinement and train all group services staff (including supervisors and managers).

**Compliance Status: Noncompliance. The JTDC has not developed a training module on the use of room confinement for institutional emergencies.**

4. The use of room confinement for administrative convenience ("per administration") will stop. Any room confinement for institutional emergencies without or due to extraordinary circumstances shall dictate the initiation of provisions under the "extraordinary circumstances" provisions (Paragraph 65) in the MOA.

**Compliance Status: Partial.**

5. Eliminate the use of room confinement for group punishment.

**Compliance Status: Substantial.**

6. Any group confinement for emergency situations will be communicated to and can only be authorized by the Superintendent or Assistant Superintendent within 30 minutes of the incident.

**Compliance Status: Partial.**

7. Any use of room confinement for institutional emergencies shall require a report that includes a description of the origin and behavior involved in the riot, group disturbance or other emergency, the detainees and staff who were involved, and the identity of every detainee who was confined as well as the locations and duration of their confinement. A copy of this document will be provided immediately to the Superintendent and within twenty-four hours, excluding weekends and holidays, to the Compliance Administrator, Monitor(s), plaintiffs' counsel and counsel for each of the detainees who was confined.

**Compliance Status: Noncompliance. JTDC policy is in compliance with the MIP; however reports have not been written, submitted and distributed per policy.**

**Paragraph #59 Protective Custody**

**MOA Requirements:**

*The Center will assure that detainees are not placed in isolated environments to protect them from harm from others, except where there is no other reasonable method for protecting the detainee. The Implementation Plan will include a description of the actions taken to protect vulnerable detainees, including the following:*

(1) *Detainees may not be placed in room confinement or other forms of seclusion to protect them from harm from others, ("protective custody"), except for brief periods of time where there is no other method of adequately protecting the detainee. Lack of adequate staffing or appropriate placement shall be a reason for placing a detainee in room confinement for protective custody purposes only for as long as is necessary to bring in or reassign replacement staff. If a detainee is placed in protective custody room confinement for such a situation, that room confinement may last no longer than three hours absent extraordinary circumstances. Protective custody room confinement shall not be used unless no other reasonable alternative for protecting the detainee's safety exists.*

**Compliance Status: Substantial.**

(2) *If the Superintendent or designee determines that such confinement is necessary, the decision to maintain the detainee in protective custody must be documented in writing and the reasons for taking such action must be included in the documentation.*

**Compliance Status: Substantial.**

(3) *Copies of the documentation must be delivered, within 24 hours of placement in protective custody, excluding weekends and holidays, to the Monitors, Compliance Administrator, and counsel for the plaintiffs, and made available to the attorney who is representing the detainee in juvenile court proceedings, upon request.*

**Compliance Status: Substantial.**

(4) *Reasonable safety precautions shall be followed to prevent injuries to the detainee in protective custody room confinement.*

**Compliance Status: Substantial.**

(5) *Room confinement rooms shall be adequately lighted, heated and furnished, and detainees will have immediate access to toilet facilities. If a door is locked, someone with a key shall be in constant close proximity nearby.*

**Compliance Status: Substantial.**

(6) *All detainees who are placed in protective custody room confinement must be evaluated within the first three hours of confinement by a qualified health care professional and a qualified mental health professional. The health examination must include personal contact with the detainee, notation of bruises or other trauma markings, and comments regarding the detainee's attitude and outlook. The detainee's mental health status shall be assessed.*

**Compliance Status: Substantial.**

(7) *If extraordinary circumstances are present and a detainee remains in protective custody room confinement for longer than three hours, the health evaluation must be repeated on a daily basis.*

**Compliance Status: Substantial.**

(8) *In addition to the health evaluations, a staff member must make a visual check of every detainee in protective custody every 15 minutes, and must make personal contact with the detainee every hour while the detainee is awake. A log must be kept of all interactions with the detainees while in room confinement.*

**Compliance Status: Substantial.**

(9) *The CCJTDC will create one or more detainee living units that will provide appropriate, enhanced protection and, supervision for detainees who are particularly vulnerable.*

**Compliance Status: Substantial.**

(10) *In the event protective custody room confinement is necessary, the CCJTDC must assure that the detainees receives a full day of programming and education to the extent that is practicable while attempting to assure the detainee's safety.*

**Compliance Status: Substantial.**

(11) *The Implementation Plan will describe the specific actions to be taken to minimize or prevent judicial placement of detainees into protective custody room confinement except where there is no other reasonable method for protecting the detainee.*

**Compliance Status: Partial. JTDC Policy does not describe specific actions to be taken to minimize or prevent judicial placement of detainees into protective custody.**

(12) *The CCJTDC will follow all laws applicable to the operation of a juvenile temporary detention facility regarding protective custody.*

**Compliance Status: Substantial.**

**MIP Requirements:**

1. The Center will develop special needs unit(s) to provide a safe environment for those youth who may require separation from the general population due to factors including but not limited to medical and trans-gender issues, high profile cases, age, and low functioning mental capacities.

**Compliance Status: Partial/Exception Request. Special needs units have not been created. The Transitional Administrator requests an exception for this requirement for special units for trans-gender issues, high profile issues and low functioning mental capacities. There is a living unit identified for medical and young residents (11-14 years of age).**

2. Placement on a special needs unit may initially be made as a result of the classification process upon intake or subsequently by the Superintendent or designee.

**Compliance Status: Partial/Exception request. The Housing Classification system identifies residents with medical issues requiring segregation and young residents to be housed in a designated pod. The TA requests an exception to the development of special needs units.**

3. All youth in special needs units will be provided with access to the same or comparable programs and services provided to other residents of the JTDC. JTDC staff will provide appropriate security and supervision to and from programs, services and other activities.

**Compliance Status: Partial/Exception request. Residents on the medical unit do not consistently receive the same educational services or comparable services as to those provided to other residents. Young residents housed on the Houston Center do receive the same services as those provided to other residents. The TA requests an exception to the development of special needs units.**

4. Staff assigned to special need units shall be selected based on interest and aptitude in working with such populations, including a review of educational credentials and work experience. Assignments to this unit should be exempt from any collective bargaining provisions. The facility shall develop a training curriculum for staff assigned to special needs units.

**Compliance Status: Exemption Request for special needs units.**

---

**Paragraph #64 Monitoring Compliance**

---

**MOA Requirements:**

(1) The Center shall provide information regarding compliance with the Agreement, the Implementation Plan and the Annual Plans to the Monitor(s) and class counsel for plaintiffs on an annual basis commencing six months after final approval of the Settlement Agreement;

**Compliance Status: Not Applicable.**

(2) The Parties and the Monitor(s) will jointly develop a set of performance standards to assist in evaluating the health, safety, and well-being of detainees detained at CCJTDC within sixty days of the appointment of the Monitor(s). To the extent possible, the parties and the Monitor(s) will endeavor to use these categories to develop standards to evaluate compliance with this Agreement. The content and format of the Annual Report shall be determined by the same process governing development of Implementation and Annual Plans set forth above, and shall whenever appropriate, be designed to use and not duplicate, data, information, reports or quality assurance mechanisms already used by CCJTDC, required by state or federal law, or provided for under the terms of other court orders;

**Compliance Status: Not Applicable.**

(3) The parties and the Monitor(s) will reach agreement on a set of performance standards for the CCJTDC that will assist in assessing progress toward accomplishing the purposes of the Agreement; and

**Compliance Status: Not Applicable.**

(4) Progress toward meeting these performance standards will, to the extent possible, be evaluated in light of outcome measures agreed upon by the parties and the Monitor(s). Outcome measures of this kind might include; for example, reducing the use of disciplinary room confinement, reducing injuries to staff and detainees, or increasing the percentage of detainees who attend a full day of school.

**Compliance Status: Not Applicable.**

**MIP Requirements:**

1. The CCJTDC will develop a quality assurance and improvement program. The quality assurance and improvement program is contingent upon an adequate MIS system. It is recommended that the facility consider utilizing the Florida's Department of Quality Assurance's "Standards of Excellence" Program, performance based standards, or other comparable programs.

**Compliance Status: Partial.**

2 The Superintendent or designee will lead the Quality Assurance Program and appoint a Quality Assurance Committee within 60 days of approval of the MIP.

**Compliance Status: Substantial.**

3 The facility shall develop monthly performance indicators to measure achievement in desired areas.

**Compliance Status: Partial.**

**Paragraph #65 Extraordinary Circumstances**

**MOA Requirements**

*For the purposes of this Plan, the phrase "extraordinary circumstances" means an unusual, unexpected and emergent situation that seriously jeopardizes the safety or security of the CCJTDC and the detainees, staff or others present within the JRDC. Any response to an extraordinary circumstance must be the least restrictive and intrusive appropriate to address the safety or security threat and should last only as long as the emergency circumstances exist. In such circumstances, resort to the use of force is prohibited except as a last resort when all other means are inadequate to prevent imminent injury to staff or detainees, prevent an escape, subdue a violent recalcitrant, or prevent imminent and serious property damage that jeopardizes the security of the institution. The Center will assure that appropriate CCJTDC staff or other Cook County personnel or officials take the following actions whenever there is an extraordinary circumstance:*

*(1) As soon as possible, but no later than before being relieved of duties at the end of the scheduled shift, relevant facts will be thoroughly documented in a written report that will include a detailed description of the situation that gave rise to the threat to safety or security, the responses that were attempted, an explanation of the reasons no less restrictive response was appropriate, and a description of any actions that have been or in the near future will be taken to end any restrictions of detainee rights or privileges necessitated by the extraordinary circumstances.*

**Compliance Status: Substantial.**

*(2) Copies of that report will be provided, with 24 hours, excluding weekends and holidays, to the Director of Public Safety and Judicial Coordination, and made available to the parent or guardian of, and counsel for, any detainees whose rights or privileges were affected by the response to the extraordinary circumstance, the Monitor(s), and plaintiffs' counsel in this litigation.*

**Compliance Status: Substantial.**

*(3)Within ten working days after the extraordinary circumstance occurred, the Center will prepare and submit a written report and plan that analyzes the causes of the extraordinary circumstances and describes the specific actions to be taken reasonably to prevent such an event from happening again.*

**Compliance Status: Partial. The ten day time frame is not consistently met.**

*(4) If the Monitor(s) and the plaintiffs agree that this report and plan is a reasonable and appropriate response, the report and plan will be incorporated into and enforceable as part of this Agreement.*

**Compliance Status: Not applicable.**

*(5)If the Monitor(s) or the plaintiffs disagree with the report and plan in whole or in part, the Monitor(s) and the parties will engage in the mediation and dispute resolution process described in the MOA to determine the final contents of the plan, including the procedures therein for obtaining resolution by the Court of any disputes not resolved by mediation and negotiation.*

**Compliance Status: Not applicable.**

**MIP Requirements:**

1. The development of comprehensive emergency plans and a critical incident reporting system is required. All plans and procedures must comply with the provisions of Paragraph 65 of the MOA.

**Compliance Status: Partial. The Emergency Plans are not completed in entirety. Provisions for long-term evacuation and hostage plans need to be finalized.**

2. Room confinement for institutional emergencies (Paragraph 58) is considered an extraordinary circumstance and can only be authorized by the Superintendent, Assistant Superintendent or Duty Administrator.

**Compliance Status: Partial. The reporting of room confinement for institutional emergencies are not consistently reported to the Executive Director, or Administrator in Duty within the time frames established by policy.**

3. The incident reporting process will be computerized, and the policy will be revised identifying certain incidents where a "de-briefing" will occur. The Superintendent or designee, with all involved staff members, reports and other pertinent documents will review the incident and submit a report to the Superintendent and Compliance Administrator.

**Compliance Status: Partial. The incident reporting process is not computerized. The policy has been revised and includes the identification of incidents where a "de-briefing" will occur. The de-briefing process has not been fully implemented into practice.**

4. Extraordinary or Unusual Occurrences. The facility shall comply with the following provision in Ill. Ad. Code, Title 20, 702.40. In addition to reporting to the Illinois Department of Corrections, the report shall be forwarded to the Compliance Administrator and Court Monitors.

   All unusual incidents which involve or endanger the lives or physical welfare of staff members or youth must be reported to the IDOC Detention Standards and Services Unit utilizing form DC-7158, supplied by the Bureau. A copy of the report shall also be forwarded to the Presiding Judge of Juvenile Division of the Circuit Court of Cook County.

A)      Reports shall be forwarded within 72 hours of the occurrence.

B)      Extraordinary or unusual occurrences shall mean:

     i.      Death, regardless of cause.
     ii.     Attempted suicide (if hospitalization or medical treatment is required).
     iii.    Serious injury, to include accidental or self-inflicted.
     iv.     Escape.
     v.      Attempted escape.
     vi.     Fire.
     vii.    Riot.
     viii.   Battery on a staff member.
     ix.     Battery on youth by a staff member.
     x.      Battery on youth by another youth (only if hospitalization or extensive medical treatment is required).
     xi.     Sexual assaults.
     xii.    Occurrence of serious infectious disease or illness within the facility.

**Compliance Status:  Substantial.**