# Exhibit E

# INTERNAL INVESTIGATIONS

### 2008 through December 1, 2013

| | | **Physical Abuse Allegations** | | | | |
|---|---|---|---|---|---|---|
| Year | Total Investigations | # of Physical Abuse Allegations-JTDC | Sustained | Not Sustained | Unfounded | Other |
| 2008 | 114 | 40 (35%) | 7 (17.5%) | 19 (47%) | 14 (35%) | |
| 2009 | 115 | 27 (23%) | 8 (30%) | 15 (55%) | 4 (15%) | |
| 2010 | 162 | 25 (15%) | 6 (24%) | 14 (56%) | 4 (16%) | 1 |
| 2011 | 193 | 35 (18 %) | 1 (3%) | 27 (77%) | 7 (2%) | |
| 2012 | 239 | 58 (24%) | 2 (3%) | 45 (78%) | 7 (12%) | 4 |
| 2013* | 317* | 31 (10%) | 0 | 15 (48%) | 7 (23%) | 4 pending /5 referred to other agency |
| | | **Sexual Abuse Allegations** | | | | |
| | Total Investigations | # of Sexual Abuse Allegations | Sustained | Not Sustained | Unfounded | Other |
| 2008 | 114 | 7 (6%) | | | 7 (100%) | |
| 2009 | 115 | 10 (9%) | | 2 (20%) | 8 (80%) | |
| 2010 | 162 | 4 (2%) | | | 4 (100%) | |
| 2011 | 193 | 4 | | 3 (75%) | 1 (25%) | |
| 2012 | 239 | 12 (5%) | 1 (8%) | 5 (42%) | 5 (42%) | 1 |
| 2013* | 317* | 4 | | 1 | 3 | 1 pending |
| | | **Sexual Abuse/Harassment (Resident - Resident Related)** | | | | |
| 2013 | 317* | 13 | 4 | 5 | 1 | 2 referred to aother agency/1 pending |
| | | **Use of Force Allegations** | | | | |
| | Total Investigations | # of Use of Force Allegations | Sustained | Not Sustained | Unfounded | Other |
| 2008 | 114 | 6 (5%) | | 4 (66%) | 2 (34%) | |
| 2009 | 115 | 7 (6%) | 2 (29%) | 5 (71%) | | |
| 2010 | 162 | 31 (19%) | 9 (29%) | 15 (48%) | 7 (23%) | |
| 2011 | 193 | 26 (13 %) | 5 (19 %) | 17 (65%) | 4 (15%) | |
| 2012 | 239 | 63 (26%) | 0 | 50 (79%) | 9 (14%) | 4 |
| 2013* | 317* | 84 (27%) | 2 | 41 (49%) | 24 (25%) | 3 referred,14 pending |
| | | **Employee Misconduct Allegations** | | | | |
| | Total Investigations | # of Employee Misconduct Allegations | Sustained | Not Sustained | Unfounded | Other |
| 2008 | 114 | 49 (43%) | 24 (49%) | 9 (8%) | 8 (7%) | 8 |
| 2009 | 115 | 44 (38%) | 18 (41%) | 22 (50%) | 4 (9%) | |
| 2010 | 162 | 54 (33%) | 19 (35%) | 23 (43%) | 10 (18%) | 2 |
| 2011 | 193 | 97 (50%) | 53 (55%) | 27 (27%) | 17 (18%) | |
| 2012 | 239 | 100 (42%) | 27 (27%) | 63 (63%) | 10 (10%) | |
| 2013* | 317* | 147 (46%) | 37 (25%) | 45 (31%) | 55 (37%) | 10 pending |
| | | **Investigative Inquiries** | | | | |
| 2011 | 193 | 4 | | | | |
| 2013 | 317* | 12 | | | | |

## INTERNAL INVESTIGATIONS

| | | | Resident Related Sexual Harassment/Sexual Activity | | | |
|---|---|---|---|---|---|---|
| Year | Total Investigations | # of Physical Abuse Allegations-JTDC | Sustained | Not Sustained | Unfounded | Other |
| 2013* | 232* | 11 | 1 | 5 | 1 | 5 |