

**OFFICE OF THE TRANSITIONAL ADMINISTRATOR**
**Cook County Juvenile Temporary Detention Center**
**1100 S. Hamilton Avenue, Chicago, IL 60612**
**TEL (312) 433-7102**
**FAX (312) 433-6644**

March 24, 2014

Honorable Michael P. Toomin
Presiding Judge Juvenile Justice Division
1100 S. Hamilton Avenue
Chicago, IL 60612

Dear Judge Toomin,

On September 26, 2013 and October 10, 2013 I sent the attached letters to you and several other Juvenile Justice Stakeholders regarding numerous renovations associated with safety and security that are underway at the JTDC. Based on the progress of these projects I am pleased to advise you that the JTDC may now safely house 328 residents without going over the temporary functional operating capacity. As you are aware, when these renovations have been completed the JTDC, pursuant to the approved Fiscal Year 2014 Budget, may safely house an on-going maximum functional operating capacity of 382 residents.

As previously noted in the attached letters these renovation projects are critical to obtaining substantial compliance with the federal court orders in *Doe* as they directly relate to the safety and security of residents. Furthermore, both letters requested your consideration in regards to resident population and outlined some areas of concern. Specifically, I requested that the Court consider scrutinizing their current admissions practice in order that JTDC could be afforded some relief to allow these critical projects to advance. I would respectfully remind the Court that that I received no response to the aforementioned attached letters when I sought to have the JTDC resident population temporarily capped at 278 residents. At present the JTDC resident population is at or over 300 residents and I am now asking that the JTDC be temporarily capped at 328 residents, given the progress to date, until such time as the renovations have been completed. If more living units become available due to ongoing progress of the projects, I will inform the Court.

It is my belief that we are all in agreement that the renovation projects at the JTDC are absolutely critical to safety, security and well-being of all residents and staff. I am hopeful that the Court will take the necessary steps to accommodate this request for temporary measures.

Please do not hesitate to contact my office should you have any questions.

March 24, 2014
Page 2 of 2


Sincerely,

Earl L. Dunlap
Transitional Administrator

Enclosures

cc:     Hon Timothy C Evans, Chief Judge, Cook County Circuit Court
        Hon. Toni Preckwinkle, President, Cook County Board of Commissioners
        Tisa Morris, Bureau Chief, Juvenile Justice, Cook County State's Attorney's Office
        Richard Hutt, Chief, Juvenile Justice Division, Cook County Public Defender' Office
        John Cooke, Director, Capital Planning
        Bilqis Jacobs-El, Deputy Director, Facilities Management
        Brenda Welch, Deputy Transitional Administrator, JTDC
        Teresa Abreu, Acting Executive Director, JTDC
        Alisa Swain, Director of Environmental Services, JTDC
        Benjamin Wolf, Roger Baldwin Foundation of ACLU
        Tom Geraghty, Northwestern University School of Law
        Colby Kingsbury, Partner, Faegre Baker Daniels LLP
        Patrick Driscoll, State's Attorney's Office
        John Curran, State's Attorney's Office
        Elizabeth Mazur, Loevy & Loevy



**OFFICE OF THE TRANSITIONAL ADMINISTRATOR**
**Cook County Juvenile Temporary Detention Center**
**1100 S. Hamilton Avenue, Chicago, IL 60612**
**TEL (312) 433-7102**
**FAX (312) 433-6644**

April 24, 2014

President Toni Preckwinkle
Cook County Board of Commissioners
118 N. Clark Street, Room 537
Chicago, IL 60602

Honorable Timothy C. Evans
Chief Judge of Cook County Circuit Court
Richard J. Daley Center
50 W. Washington, Suite 2600
Chicago, IL 60602

Honorable Michael P. Toomin
Presiding Judge Juvenile Justice Division
1100 S. Hamilton Avenue
Chicago, IL 60612

John Cooke
Director of Capital Planning / Interim Director of
Facilities Management
69 W. Washington Suite 3016
Chicago, Illinois 60602

Tisa Morris
Bureau Chief, Juvenile Justice
Cook County State's Attorney's Office
1100 S. Hamilton Avenue
Chicago, IL 60612

Richard L. Hutt
Chief, Juvenile Justice Division
Law Office of the Cook County Public Defender
2245 West Ogden
Chicago, IL 60612

All:

On September 26, 2013, October 10, 2013, and March 24, 2014, I drafted letters to your attention regarding the JTDC functional capacity (attached for your reference). In each of the letters, I explained my concerns regarding the increasing population numbers and requested the assistance of the Court in ensuring the numbers stay below 90% of JTDC temporary functional capacity. I also explained the importance of continuing the various capital projects in order to reach my goal of transitioning the JTDC to the Office of the Chief Judge in the near future and to ensure the safety and security of residents and staff. To date, I have not received any response.

Pursuant to the federal court Orders in *Doe*, if the census exceeds 90% of its rated capacity for more than ten days, the JTDC will assure that the Presiding Judges of the Criminal and Juvenile Divisions are notified and request that a less restrictive alternative to detention is considered by the Courts.

This letter is to notify you that we have been slightly over 90% of the temporary functional capacity at the JTDC for the last three days. As requested in my previous letters, any consideration by the Court is appreciated.

April 24, 2014
Page 2 of 2

Sincerely,

Earl Dunlap ac

Earl L. Dunlap
Transitional Administrator

Enclosures

cc:     Bilqis Jacobs-El, Deputy Director, Facilities Management
        Brenda Welch, Deputy Transitional Administrator
        Teresa Abreu, Acting Executive Director, JTDC
        Alisa Swain, Director of Environmental Services, JTDC
        Benjamin Wolf, Roger Baldwin Foundation of ACLU
        Tom Geraghty, Northwestern University School of Law
        Colby Kingsbury, Partner, Faegre Baker Daniels LLP
        Patrick Driscoll, State's Attorney's Office
        John Curran, State's Attorney's Office
        Elizabeth Mazur, Loevy & Loevy
        Steven Art, Loevy & Loevy
        Michael Rohan, Director, Juvenile Probation



**OFFICE OF THE TRANSITIONAL ADMINISTRATOR**
**Cook County Juvenile Temporary Detention Center**
**1100 S. Hamilton Avenue, Chicago, IL  60612**
**TEL (312) 433-7102**
**FAX (312) 433-6644**

July 29, 2014

Honorable Timothy C. Evans
Chief Judge of Cook County Circuit Court
Richard J. Daley Center
50 W. Washington, Suite 2600
Chicago, IL 60602

Rose Golden
Director
Juvenile Probation and Court Services
1100 South Hamilton Avenue
Chicago, Illinois 60612

Honorable Michael P. Toomin
Presiding Judge, Juvenile Justice Division
1100 S. Hamilton Avenue
Chicago, IL  60612

Tisa Morris
Bureau Chief, Juvenile Justice
Cook County State's Attorney's Office
1100 S. Hamilton Avenue
Chicago, IL 60612

Honorable Paul P. Biebel, Jr.
Presiding Judge, Criminal Division
2600 South California Avenue, Suite 101
Chicago, IL 60608

Richard L. Hutt
Chief, Juvenile Justice Division
Law Office of the Cook County Public Defender
2245 West Ogden
Chicago, IL 60612

President Toni Preckwinkle
Cook County Board of Commissioners
118 N. Clark Street, Room 537
Chicago, IL 60602

John Cooke
Director of Capital Planning / Interim Director of
Facilities Management
69 W. Washington Suite 3016
Chicago, Illinois 60602

All:

On September 26, 2013, October 10, 2013, March 24, 2014, and April 24, 2014, I forwarded letters to your attention regarding the JTDC functional capacity (attached for your reference). In each of the letters, I explained my concerns regarding the increasing population numbers and requested the assistance of the Court in ensuring the numbers stay below 90% of JTDC temporary functional capacity. I also explained the importance of continuing the various capital projects in order to reach my goal of transitioning the JTDC to the Office of the Chief Judge in the near future and to ensure the safety and security of residents and staff.

Pursuant to the attached JTDC policies # 5.03 (Facility Size / Rated Capacity) and # 9.21 (Emergency Security Procedures when Facility Exceeds Rated Capacity) and the corresponding provisions of the Memorandum of Agreement (MOA), Agreed Supplemental Order (ASO), and Modified Implementation Plan (MIP)[1] in *Doe v. Cook County et al.*, 99 C 3945, if the census exceeds 90% of its rated capacity for more than ten days, the JTDC will ensure that the Presiding Judges of the Criminal and Juvenile

---

[1] MOA/ASO/MIP, Paragraph #39 (Preventing Overcrowding)

July 29, 2014
Page 2 of 2

Divisions are notified and request that a less restrictive alternative to detention is considered by the Courts.

This letter is to notify you that the JTDC has been over 90% of the temporary functional capacity for the last ten days (see attached reports). As of today, July 29, 2014, the JTDC is at **98.31%** of its rated capacity. Tomorrow, July 30, 2014, could mark the eleventh day that the JTDC census has exceeded 90% of its functional operating capacity. If this trend continues, it may result in a number of constitutional violations which require notice to the United States Federal Court.

As requested in my previous letters, any consideration by the Court is appreciated.

Sincerely,

Earl Dunlap

Earl L. Dunlap
Transitional Administrator

Enclosures

cc:     Benjamin Wolf, Roger Baldwin Foundation of ACLU
        Tom Geraghty, Northwestern University School of Law
        Colby Kingsbury, Partner, Faegre Baker Daniels LLP
        John Curran, State's Attorney's Office
        Daniel Gallagher, Chief of Civil Action Bureau, State's Attorney's Office
        Elizabeth Mazur, Loevy & Loevy
        Steven Art, Loevy & Loevy
        Bilqis Jacobs-El, Deputy Director, Facilities Management
        Brenda Welch, Deputy Transitional Administrator
        Teresa Abreu, Acting Executive Director, JTDC

## JTDC Daily Update on Capacity 7/29/2014

| Pod | CLOSED | Functional Capacity | Current Population | # of Rooms Over/Under Functional Capacity | Total Beds for Males Based on Capacity Due to Capital Renovations | Total Beds for Females Based on Capacity Due to Capital Renovations | Total Capacity Due to Capital Renovations | Total Available Capacity Due to Capital Renovations |
|------|--------|------|------|------|------|------|------|------|
| 3A | Alpha | 12 | 14 | (2) | 12 | | | |
| 3B | Alpha | 14 | 15 | (1) | 14 | | | |
| Med | ASC | | 12 | | | | | |
| Outside | ASC | | | | | | | |
| 3D | Wings | 14 | 9 | 5 | | 14 | | |
| 3E | Wings | 12 | 11 | 1 | | 12 | | |
| 3F | Justice | 12 | 12 | 0 | | 0 | | |
| 3G | AIC | 14 | 5 | 9 | 14 | | | |
| 3H | CLOSED | 14 | | 0 | 14 - Sleeping on | | | |
| 3J | Justice | 14 | 14 | 0 | 14 | | | |
| 3K | Alpha | 12 | 13 | (1) | 12 | | | |
| 4A | Renaissance | 12 | 11 | 1 | 12 | | | |
| 4B | Renaissance | 14 | 14 | 0 | 14 | | | |
| 4C | CLOSED | 14 | | 0 | Staging Area | | | |
| 4D | Destiny | 14 | 14 | 0 | 14 | | | |
| 4E | Destiny | 12 | 10 | 2 | 12 | | | |
| 4F | Destiny | 12 | 10 | 2 | 12 | | | |
| 4G | Legacy | 14 | 13 | 1 | 14 | | | |
| 4H | Legacy | 14 | 14 | 0 | 14 | | | |
| 4J | Legacy | 14 | 14 | 0 | 14 | | | |
| 4K | Renaissance | 12 | 13 | (1) | 12 | | | |
| 5A | Omega | 12 | 13 | (1) | 12 | | | |
| 5B | RDL1/overflow | 14 | 14 | 0 | 14 | | | |
| 5C | Houston | 14 | 15 | (1) | 14 | | | |
| 5D | Houston | 14 | 14 | 0 | 14 | | | |
| 5E | Houston | 12 | 11 | 1 | 12 | | | |
| 5F | Phoenix | 12 | 12 | 0 | 12 | | | |
| 5G | Phoenix | 14 | 12 | 2 | 14 | | | |
| 5H | Phoenix | 14 | 13 | 1 | 14 | | | |
| 5J | Omega | 14 | 14 | 0 | 14 | | | |
| 5K | Omega | 12 | 12 | 0 | 12 | | | |
| Totals | | 382 | 348 | 18 | 328 | 26 | 354 | 6 |

| | | |
|---|---|---|
| Total JTDC Males | 328 | |
| Total JTDC Females | 20 | |

| | |
|---|---|
| Total Male Beds Available | 0 |
| Total Female Beds Available | 6 |
| Total Available | 6 |
| Rated Capacity % | 98.31% |

Updated by DED Steward @ 5am count

## JTDC Daily Update on Capacity 7/28/2014

| Pod | CLOSED | Functional Capacity | Current Population | # of Rooms Over/Under Functional Capacity | Total Beds for Males Based on Capacity Due to Capital Renovations | Total Beds for Females Based on Capacity Due to Capital Renovations | Total Capacity Due to Capital Renovations | Total Available Capacity Due to Capital Renovations |
|---|---|---|---|---|---|---|---|---|
| 3A | Alpha | 12 | 12 | 0 | 12 | | | |
| 3B | Alpha | 14 | 14 | 0 | 14 | | | |
| Med | ASC | | 11 | | | | | |
| Outside | ASC | | | | | | | |
| 3D | Wings | 14 | 10 | 4 | | 14 | | |
| 3E | Wings | 12 | 10 | 2 | | · 12 | | |
| 3F | Justice | 12 | 12 | 0 | | 0 | | |
| 3G | AIC | 14 | · 6 | 8 | 14 | | | |
| 3H | CLOSED | 14 | | 0 | 14 - Sleeping on | | | |
| 3J | Justice | 14 | 14 | 0 | 14 | | | |
| 3K | Alpha | 12 | 12 | 0 | 12 | | | |
| 4A | Renaissance | 12 | 12 | 0 | 12 | | | |
| 4B | Renaissance | 14 | 14 | 0 | 14 | | | |
| 4C | CLOSED | 14 | | 0 · | Staging Area | | | |
| 4D | Destiny | 14 | 14 | 0 | 14 | | | |
| 4E | Destiny | 12 | 10 | 2 | 12 | | | |
| 4F | Destiny | 12 | 10 | 2 | 12 | | | |
| 4G | Legacy | 14 | 13 | 1 | 14 | | | |
| 4H | Legacy | 14 | 14 | 0 | 14 | | | |
| 4J | Legacy | 14 | 14 | 0 | 14 | | | |
| 4K | Renaissance | 12 | 13 | (1) | 12 | | | |
| 5A | Omega | 12 | 13 | (1) | 12 | | | |
| 5B | RDL1/overflow | 14 | 9 | 5 | 14 | | | |
| 5C | Houston | 14 | 15 | (1) | 14 | | | |
| 5D | Houston | 14 | 14 | 0 | 14 | | | |
| 5E | Houston | 12 | 11 | 1 | 12 | | | |
| 5F | Phoenix | 12 | 12 | 0 | 12 | | | |
| 5G | Phoenix | 14 | 12 | 2 | 14 | | | |
| 5H | Phoenix | 14 | 13 | 1 | 14 | | | |
| 5J | Omega | 14 | 14 | 0 | 14 | | | |
| 5K | Omega | 12 | 12 | 0 | 12 | | | |
| **Totals** | | 382 | 340 | 25 | 328 | 26 | 354 | 14 |

| | | |
|---|---|---|
| Total JTDC Males | 320 | |
| Total JTDC Females | 20 | |

| | |
|---|---|
| Total Male Beds Available | 8 |
| Total Female Beds Available | 6 |
| Total Available | 14 |
| Rated Capacity % | 96.05% |



**OFFICE OF THE TRANSITIONAL ADMINISTRATOR**
**Cook County Juvenile Temporary Detention Center**
**1100 S. Hamilton Avenue, Chicago, IL 60612**
**TEL (312) 433-7102**
**FAX (312) 433-6644**

September 2, 2014

The Honorable Timothy C. Evans
Chief Judge of Cook County Circuit Court
Richard J. Daley Center
50 W. Washington, Suite 2600
Chicago, IL 60602

The Honorable Toni Preckwinkle
President of Cook County Board of Commissioners
118 N. Clark Street, Room 537
Chicago, IL 60602

Re: JTDC Functional Operating Capacity

Dear Chief Judge Evans and President Preckwinkle:

In recent weeks the JTDC has been and remains in excess of 90% of its "Functional Operating Capacity." As required, pursuant to the provisions of the Federal Court Order(s) the juvenile justice stakeholders have been advised of this and the related concerns of providing a safe/secure environment. To date there is no indication that any strategies employed by the stakeholders to reduce the population have had the necessary impact.

As the stakeholders are aware, there are twenty-seven (27) operational and budgeted Pods, leaving the twenty-eighth (28th) Pod as a physical rehabilitation/emergency Pod which is rotated to allow Facilities Management to do essential physical repairs and utilized when an operational Pod is inoperable. The operational Pods are staffed by two (2) Youth Development Specialists to provide direct/continuous supervision. When any of these Pods exceed their respective operational capacity of twelve (12) or fourteen (14) residents it compromises the safety of these residents and assigned staff. As Transitional Administrator, my first priority is and has to be that of ensuring the safety of all residents and staff at the JTDC. Quite frankly there is, and it is well documented in research and litigation, no single factor that contributes to the deterioration of adequate conditions of confinement in a juvenile detention facility than that of crowding (overcrowding).

September 2, 2014
Page **2** of **2**

In as much as the "Functional Operating Capacity" has sustained in excess of 90% and some of the Pods have and continue to exceed the individual capacity, I am left with no alternative but to take those necessary steps to ensure, to the extent possible, the safety of these residents and staff is not compromised. Therefore, effective immediately, I will require that when any Pod exceeds its capacity that one additional staff (Youth Development Specialist or Wackenhut Security Specialist) be assigned to the effected Pod. Obviously this action will have an unavoidable adverse impact on the JTDC 2014 Operating Budget as funds were not identified for this purpose.

While this action is regrettable I also believe that recent debates with the Juvenile Court over the legitimacy of the "Functional Operating Capacity" have contributed to the inability to focus on the systemic deficiencies that contribute daily to the problem of crowding (overcrowding) at the JTDC. Quite frankly, unless/until these deficiencies are addressed, and there are answers to some, the "capacity" of the JTDC (no matter what number is placed on it) will remain a chronic problem and one that can only lead to catastrophic results.

On an optimistic note, pursuant to a conversation with Chief Judge Evans on August 27th to be followed with a meeting on September 3rd, I anticipate further discussion on this matter as well as matters related to Transition.

Sincerely,

Earl L. Dunlap
Transitional Administrator

cc:  The Honorable Michael P. Toomin, Presiding Judge, Juvenile Justice Division
     The Honorable Paul P. Biebel, Jr., Presiding Judge, Criminal Division
     Rose Golden, Director, Juvenile Probation and Court Services
     Tisa Morris, Bureau Chief, Juvenile Justice, Cook County State's Attorney's Office
     Richard Hutt, Chief, Juvenile Justice Division, Cook County Public Defender
     Juliana Stratton, Executive Director, Justice Advisory Council, Office of the President
     Benjamin Wolf, Roger Baldwin Foundation of ACLU
     Tom Geraghty, Northwestern University School of Law
     Colby Kingsbury, Partner, Faegre Baker Daniels LLP
     Daniel Gallagher, Chief of Civil Action Bureau, State's Attorney's Office
     John Curran, State's Attorney's Office
     Andrew Creighton, State's Attorney's Office
     Elizabeth Mazur, Loevy & Loevy
     Steven Art, Loevy & Loevy
     Brenda Welch, Deputy Transitional Administrator, JTDC
     Teresa Abreu, Acting Executive Director, JTDC



**OFFICE OF THE TRANSITIONAL ADMINISTRATOR**
**Cook County Juvenile Temporary Detention Center**
**1100 S. Hamilton Avenue, Chicago, IL 60612**
**TEL (312) 433-7102**
**FAX (312) 433-6644**

September 26, 2013

President Toni Preckwinkle
Cook County Board of Commissioners
118 N. Clark Street, Room 537
Chicago, IL 60602

James D'Amico
Director of Facilities Management
69 W. Washington Suite 3016
Chicago, Illinois 60602

Honorable Timothy C. Evans
Chief Judge of Cook County Circuit Court
Richard J. Daley Center
50 W. Washington, Suite 2600
Chicago, IL 60602

Tisa Morris
Bureau Chief, Juvenile Justice
Cook County State's Attorney's Office
1100 S. Hamilton Avenue
Chicago, IL 60612

Honorable Michael P. Toomin
Presiding Judge Juvenile Justice Division
1100 S. Hamilton Avenue
Chicago, IL 60612

Richard L. Hutt
Chief, Juvenile Justice Division
Law Office of the Cook County Public Defender
2245 West Ogden
Chicago, IL 60612

All:

As we continue making efforts towards reaching substantial compliance in the court orders in *Doe*, I wanted to inform you of some current/upcoming projects occurring at the JTDC that will have a significant impact on the operation. As many of you are aware, the ceilings at the JTDC have been a safety/security issue for several years. Currently, the Reinforced Ceiling Tile Project is underway which will substantially increase the safety and security for residents and staff. This project resumed on June 12, 2013 and is estimated to be completed by August 5, 2014. This project requires three pods to be unavailable to house residents at one time. In addition, we are very pleased to start the long awaited Video Camera Project which is anticipated to begin in a couple of weeks. This project is estimated to take approximately 6 months for completion. This project also requires three pods to be unavailable to house residents at one time. Additionally, we currently have approximately 16 inoperable individual resident rooms needing repair. The combination of these projects requires approximately 104 rooms that will be unusable for residents. With the functional operating capacity at 382, these projects allow us to reasonably house 278 residents. Our population as of midnight yesterday was 294. Additionally, the raise the age legislation becomes effective January 1, 2014 which will further impact the population at the JTDC. Other factors such as age, gender and court dispositions also impact our ability to house residents in certain areas.

The aforementioned projects will require complex coordination and aggressive timelines which will be no easy task as it involves multiple departments and contractors. The JTDC Director of Environmental

September 26, 2013
Page 2 of 2

Services, Alisa Swain will oversee all internal aspects related to the management of these projects and timelines. The priority for the JTDC Executive Team will be to operate as efficiently as possible while maintaining the safety/security of all. A plan detailing the scheduling priorities for these projects is being developed for presentation to our project partners in the near future.

Certainly, the ideal situation would be for the JTDC to have the resident capacity to concurrently operate both projects but unfortunately the resident housing numbers presently suggest otherwise. While I fully understand the complexities of controlling and managing the flow of admissions/releases of youth at the JTDC I would appreciate any consideration your agencies may provide while the required improvements to the physical plant are underway.

Please do not hesitate to contact my office should you have any questions.

Sincerely,

Earl Dunlap

Earl L. Dunlap
Transitional Administrator

cc:     Brenda Welch, Deputy Transitional Administrator
        Teresa Abreu, Acting Executive Director, JTDC
        Alisa Swain, Director of Environmental Services, JTDC
        Benjamin Wolf, Roger Baldwin Foundation of ACLU
        Tom Geraghty, Northwestern University School of Law
        Colby Kingsbury, Partner, Faegre Baker Daniels LLP
        Patrick Driscoll, State's Attorney's Office
        John Curran, State's Attorney's Office
        Elizabeth Mazur, Loevy & Loevy



**OFFICE OF THE TRANSITIONAL ADMINISTRATOR**
**Cook County Juvenile Temporary Detention Center**
**1100 S. Hamilton Avenue, Chicago, IL 60612**
**TEL (312) 433-4831**
**FAX (312) 433-6335**

September 29, 2014

The Honorable Michael P. Toomin
Presiding Judge, Juvenile Justice Division
Cook County Circuit Court
2245 West Ogden Avenue
Chicago, Illinois 60612

Re: JTDC Functional Operating Capacity

Dear Judge Toomin,

At the present time, the population of the Cook County Juvenile Temporary Detention Center (JTDC) is at the "Functional Rated Capacity" of 382 residents and all available pods are open and operational. The JTDC cannot **safely** house more than 382 residents. In my opinion, the JTDC is in Constitutional violation as it relates to the safety of staff and residents because of overcrowding. The physical plant and the current JTDC staffing cannot **safely accommodate** any increase beyond 382 residents. We are utilizing all of the resources at our disposal including mandating staff to work double shifts and days off.

As the population has continued to climb during the recent months, I have expressed my concerns to the Juvenile/Adult Court and to my knowledge there has been no strategy set forth to resolve this problem.

In analyzing today's population, I provide the following information for your perusal:

- Fifteen (15) youth are currently detained due to juvenile court commitments to the JTDC
- Sixteen (16) youth are on Release Upon Request (RUR) Status
  - Twelve (12) of the sixteen (16) youth on RUR Status are awaiting DCFS placement
  - Two (2) of the sixteen (16) youth on RUR Status are pending electronic monitoring (placed on electronic monitoring on September 24, 2014, six (6) days ago)
  - The remaining two (2) residents on RUR status were ordered released to the parent on September 23, 2014 and September 24, 2014 and remain at the JTDC five (5) / six (6) days later.
- Sixteen (16) youth are 18 years of age, many with serious allegations (armed robbery, home invasion, and others on criminal trespass to property, theft, PSMV)
- There are presently thirty five (35) residents in today's population classified as first time admissions
- Two (2) youth are being held at the JTDC on traffic offenses

The Honorable Michael P. Toomin
September 29, 2014
Page 2 of 5

While the JTDC is not in a position to pass judgment on the appropriateness of any of the youth currently in our care, we would strongly recommend that each of these cases are reviewed and if appropriate, alternatives including but not limited to transfer to the Cook County Jail and detention alternatives be considered.

In addition, last week there were over thirty (30) juvenile court residents who were noted to have thirty (30) or more days in between court dates, some exceeded sixty (60) days.

A summary of the residents under the Juvenile Court Jurisdiction with extended lengths of confinements is provided below.

- There are presently eleven (11) residents who have been housed at the JTDC between 100 – 150 days
- There are presently six (6) residents who have been housed at the JTDC between 150 – 200 days
- There is one (1) current resident who has been housed at the JTDC between 200 – 300 days
- There is one (1) current resident who has been housed at the JTDC between 300 – 400 days
- There is one (1) current resident who has been housed at the JTDC for over 700 days

In accordance with the provisions set forth in Paragraph #39, Preventing Overcrowding, of the Memorandum of Agreement (MOA) in *Doe v. Cook County et al.,* 99 C 3945, I am notifying the Presiding Judge of the Criminal Court as well as yourself and all Judges of the Criminal and Juvenile Divisions, supervising and officials in the Office of the State's Attorney, the Office of the Public Defender, and the Juvenile Probation Department of the census and overcrowding crisis. The MOA further directs me to request each of the above referenced stakeholders to consider whether any such detainee can be transferred to a less restrictive alternative to detention and remind each of the need to efficiently adjudicate any such cases.

I am requesting that the Juvenile Alternatives Initiative Steering Committee, or other appropriate body, eliminate the causes and circumstances leading to the overcrowding and timely formulate plans to remedy overcrowding and prevent future overcrowding.

Lastly, I would like to reiterate my firm stance that exceeding the "Functional Operational Capacity" of 382 **compromises the safety of residents and staff**. I am firmly committed to working with you and any or all designated committees to assist in the development of a comprehensive strategy. I will take all steps within my power to timely implement any strategy to alleviate overcrowding at the JTDC and urge cooperation among the stakeholders to do the same. It is in no one's best interest to compromise the SAFETY of residents and staff.

Deputy Transitional Administrator, Brenda Welch, will be the point person from the TA's office. She can be reached at (312) 433-5686.

I trust all the stakeholders will actively participate in the development of a plan to address overcrowding. In the event the Juvenile Court has no plans to take the recommended actions cited above, I would appreciate immediate notification in order to discuss our options with the Doe Parties.

The Honorable Michael P. Toomin
September 29, 2014
Page 3 of 5

Sincerely,

Earl L. Dunlap
Transitional Administrator

cc:    The Honorable Timothy C. Evans, Chief Judge, Cook County Circuit Court
        The Honorable Paul P. Biebel, Jr., Presiding Judge, Criminal Division
        The Honorable Jorge Luis Alonso, Associate Judge, Criminal Division
        The Honorable Mauricio Araujo, Circuit Judge, Criminal Division
        The Honorable Mary Margaret Brosnahan, Circuit Judge, Criminal Division
        The Honorable Charles P. Burns, Circuit Judge, Criminal Division
        The Honorable Thomas J. Byrne, Circuit Judge, Criminal Division
        The Honorable Diane Gordon Cannon, Circuit Judge, Criminal Division
        The Honorable Joseph Michael Claps, Associate Judge, Criminal Division
        The Honorable Evelyn B. Clay, Supervising Circuit Judge, Criminal Division
        The Honorable Matthew E. Coghlan, Circuit Judge, Criminal Division
        The Honorable Clayton Jay Crane, Circuit Judge, Criminal Division
        The Honorable Thomas M. Davy, Circuit Judge, Criminal Division
        The Honorable Lawrence Edward Flood, Associate Judge, Criminal Division
        The Honorable Nicholas R. Ford, Circuit Judge, Criminal Division
        The Honorable Thomas V. Gainer Jr., Associate Judge, Criminal Division
        The Honorable Vincent M. Gaughan, Circuit Judge, Criminal Division
        The Honorable Steven J. Goebel, Associate Judge, Criminal Division
        The Honorable Catherine Marie Haberkorn, Circuit Judge, Criminal Division
        The Honorable Thomas J. Hennelly, Associate Judge, Criminal Division
        The Honorable Rosemary Grant Higgins, Associate Judge, Criminal Division
        The Honorable Arthur F. Hill Jr., Supervising Associate Judge, Criminal Division
        The Honorable William H. Hooks, Circuit Judge, Criminal Division
        The Honorable Carol M. Howard, Circuit Judge, Criminal Division
        The Honorable Rickey Jones, Circuit Judge, Criminal Division
        The Honorable Timothy Joseph Joyce, Associate Judge, Criminal Division
        The Honorable Joseph G. Kazmierski Jr., Supervising Circuit Judge, Criminal Division
        The Honorable William G. Lacy, Circuit Judge, Criminal Division
        The Honorable Neil J. Linehan, Associate Judge, Criminal Division
        The Honorable James B. Linn, Associate Judge, Criminal Division
        The Honorable Michael B. McHale, Circuit Judge, Criminal Division
        The Honorable Raymond Myles, Associate Judge, Criminal Division
        The Honorable James Michael Obbish, Associate Judge, Criminal Division
        The Honorable William T. O'Brien, Circuit Judge, Criminal Division
        The Honorable Angela Mundari Petrone, Associate Judge, Criminal Division
        The Honorable Dennis J. Porter, Supervising Associate Judge, Criminal Division
        The Honorable Marguerite A. Quinn, Associate Judge, Criminal Division
        The Honorable Erica L. Reddick, Circuit Judge, Criminal Division
        The Honorable Mary Colleen Roberts, Circuit Judge, Criminal Division
        The Honorable Stanley Sacks, Associate Judge, Criminal Division
        The Honorable Kevin M. Sheehan, Circuit Judge, Criminal Division

The Honorable Michael P. Toomin
September 29, 2014
Page 4 of 5

The Honorable Maura Slattery Boyle, Circuit Judge, Criminal Division
The Honorable Domenica A. Stephenson, Associate Judge, Criminal Division
The Honorable Sharon M. Sullivan, Circuit Judge, Criminal Division
The Honorable Kenneth J. Wadas, Supervising Circuit Judge, Criminal Division
The Honorable Neera Walsh, Associate Judge, Criminal Division
The Honorable Thaddeus L. Wilson, Circuit Judge, Criminal Division
The Honorable Andrew Berman, Circuit Judge, Juvenile Justice Division
The Honorable Steven James Bernstein, Circuit Judge, Juvenile Justice Division
The Honorable Rodney Hughes Brooks, Circuit Judge, Juvenile Justice Division
The Honorable Donna L. Cooper, Circuit Judge, Juvenile Justice Division
The Honorable William G. Gamboney, Circuit Judge, Juvenile Justice Division
The Honorable Marianne Jackson, Associate Judge, Juvenile Justice Division
The Honorable Lana Charisa Johnson, Associate Judge, Juvenile Justice Division
The Honorable Stuart Paul Katz, Associate Judge, Juvenile Justice Division
The Honorable Stuart F. Lubin, Circuit Judge, Juvenile Justice Division
The Honorable Lisa Ann Marino, Circuit Judge, Juvenile Justice Division
The Honorable Patricia Mendoza, Associate Judge, Juvenile Justice Division
The Honorable Cynthia Ramirez, Circuit Judge, Juvenile Justice Division
The Honorable Terrence V. Sharkey, Associate Judge, Juvenile Justice Division
The Honorable Colleen F. Sheehan, Circuit Judge, Juvenile Justice Division
The Honorable Richard F. Walsh, Circuit Judge, Juvenile Justice Division
The Honorable Lori M. Wolfson, Associate Judge, Juvenile Justice Division
The Honorable Toni Preckwinkle, Cook County Board President
Earlean Collins, Cook County Commissioner, 1st District
Robert Steele, Cook County Commissioner, 2nd District
Jerry Butler, Cook County Commissioner, 3rd District
Stanley Moore, Cook County Commissioner, 4th District
Deborah Sims, Cook County Commissioner, 5th District
Joan Patricia Murphy, Cook County Commissioner, 6th District
Jesus Garcia, Cook County Commissioner, 7th District
Edwin Reyes, Cook County Commissioner, 8th District
Peter N. Silvestri, Cook County Commissioner, 9th District
Bridget Gainer, Cook County Commissioner, 10th District
John P. Daley, Cook County Commissioner, 11th District
John Fritchey, Cook County Commissioner, 12th District
Larry Suffredin, Cook County Commissioner, 13th District
Gregg Goslin, Cook County Commissioner, 14th District
Timothy Schneider, Cook County Commissioner, 15th District
Jeffery R. Tobolski, Cook County Commissioner, 16th District
Elizabeth Doody Gorman, Cook County Commissioner, 17th District
Anita Alvarez, State's Attorney
Margaret Wood, State's Attorney's Office
Abishi C. Cunningham, Jr., Public Defender
Richard Hutt, Office of the Public Defender
Elizabeth Tarzia, Office of the Public Defender
Rose Golden, Director, Cook County Probation and Court Services
Chris Bernard, Juvenile Justice Advisory Committee
Benjamin Wolf, Roger Baldwin Foundation of ACLU

The Honorable Michael P. Toomin
September 29, 2014
Page 5 of 5

Tom Geraghty, Northwestern University School of Law
Colby Kingsbury, Partner, Faegre Baker Daniels LLP
Daniel Gallagher, Chief of Civil Action Bureau, State's Attorney's Office
John Curran, State's Attorney's Office
Andrew Creighton, State's Attorney's Office
Elizabeth Mazur, Loevy & Loevy
Steven Art, Loevy & Loevy
Brenda Welch, Deputy Transitional Administrator, JTDC
Teresa Abreu, Acting Executive Director, JTDC
Millicent McCoy, Deputy Executive Director-ASC
Philippe Magloire, Deputy Executive Director-PPS
William Steward, Deputy Executive Director-RDL
William Kern, Deputy Executive Director-RAQL
Zenaida Alonzo, Deputy Executive Director-ALS
Beryl Shingles, School Principal-Nancy B. Jefferson School
Josie Mabalay, Program Director-Cermak Health Services of Cook County
Brian Conant, PhD, Program Director-Isaac Ray Center, Inc.



**OFFICE OF THE TRANSITIONAL ADMINISTRATOR**
**Cook County Juvenile Temporary Detention Center**
**1100 S. Hamilton Avenue, Chicago, IL 60612**
**TEL (312) 433-4831**
**FAX (312) 433-6335**

September 30, 2014

The Honorable Michael P. Toomin
Presiding Judge, Juvenile Justice Division
Cook County Circuit Court
2245 West Ogden Avenue
Chicago, Illinois 60612

*Re: JTDC Functional Operating Capacity – ALPHA Center*
*(Admissions / Screening / Assessment / Orientation) Plan*

Dear Presiding Judge Toomin,

As a result of the Cook County Juvenile Temporary Detention Center (JTDC) being over functional operating capacity, I have decided that the following steps will be taken to ensure the safety and security of residents, staff, and the community.

1. Whenever the JTDC population is at or above functional operating capacity of 382 residents per JTDC policy 5.03, all new admissions will go to the ALPHA Center and remain there until the population drops below functional operating capacity.

2. The ALPHA Center will assume all of the impact of overcrowding and adjust staffing and resident services accordingly.

3. The ALPHA Center is designed to be a short-term orientation/transition center and as such has limited programming, school, recreation and movement.

4. If there is room in general population pods, residents will be transferred to those pods, based on admission date and classification (e.g., age, gender, juvenile or AT status).

5. I will not destabilize the remaining eight (8) Centers in the Division for Resident Daily Life by creating unmanageable crowding/overcrowding problems. To do so will require that we operate an unsafe environment for residents and staff and exhaust resources that are now seriously depleted.

I am hopeful that we can work together to reduce JTDC's population in order to maintain a safe and secure facility for residents and staff. Please direct any questions about conditions of confinement and programming on the ALPHA Center to Deputy Executive Director, William Kern, at (312) 433-5812 in the temporary absence of Acting Executive Director, Teresa Abreu.

The Honorable Michael P. Toomin
September 30, 2014
Page 2 of 2

Sincerely,

Earl L. Dunlap
Transitional Administrator

cc:     The Honorable Timothy C. Evans, Chief Judge, Cook County Circuit Court
        The Honorable Toni Preckwinkle, Cook County Board President
        Earlean Collins, Cook County Commissioner, 1st District
        Robert Steele, Cook County Commissioner, 2nd District
        Jerry Butler, Cook County Commissioner, 3rd District
        Stanley Moore, Cook County Commissioner, 4th District
        Deborah Sims, Cook County Commissioner, 5th District
        Joan Patricia Murphy, Cook County Commissioner, 6th District
        Jesus Garcia, Cook County Commissioner, 7th District
        Edwin Reyes, Cook County Commissioner, 8th District
        Peter N. Silvestri, Cook County Commissioner, 9th District
        Bridget Gainer, Cook County Commissioner, 10th District
        John P. Daley, Cook County Commissioner, 11th District
        John Fritchey, Cook County Commissioner, 12th District
        Larry Suffredin, Cook County Commissioner, 13th District
        Gregg Goslin, Cook County Commissioner, 14th District
        Timothy Schneider, Cook County Commissioner, 15th District
        Jeffery R. Tobolski, Cook County Commissioner, 16th District
        Elizabeth Doody Gorman, Cook County Commissioner, 17th District
        Margaret Wood, State's Attorney's Office
        Richard Hutt, Office of the Public Defender
        Elizabeth Tarzia, Office of the Public Defender
        Rose Golden, Director, Cook County Probation and Court Services
        Benjamin Wolf, Roger Baldwin Foundation of ACLU
        Tom Geraghty, Northwestern University School of Law
        Colby Kingsbury, Partner, Faegre Baker Daniels LLP
        Daniel Gallagher, Chief of Civil Action Bureau, State's Attorney's Office
        John Curran, State's Attorney's Office
        Andrew Creighton, State's Attorney's Office
        Jon Loevy, Loevy & Loevy
        Elizabeth Mazur, Loevy & Loevy
        Brenda Welch, Deputy Transitional Administrator, JTDC
        Teresa Abreu, Acting Executive Director, JTDC
        Millicent McCoy, Deputy Executive Director-ASC
        Philippe Magloire, Deputy Executive Director-PPS
        William Steward, Deputy Executive Director-RDL
        William Kern, Deputy Executive Director-RAQL
        Zenaida Alonzo, Deputy Executive Director-ALS
        Beryl Shingles, School Principal-Nancy B. Jefferson School
        Josie Mabalay, Program Director-Cermak Health Services of Cook County
        Brian Conant, PhD, Program Director-Isaac Ray Center, Inc.



**OFFICE OF THE TRANSITIONAL ADMINISTRATOR**
**Cook County Juvenile Temporary Detention Center**
**1100 S. Hamilton Avenue, Chicago, IL 60612**
**TEL (312) 433-4831**
**FAX (312) 433-6335**

October 2, 2014

The Honorable Michael P. Toomin
Presiding Judge, Juvenile Justice Division
Cook County Circuit Court
2245 West Ogden Avenue
Chicago, Illinois 60612

*Re: JTDC Overcrowding – Admissions Restriction Notification*

Dear Presiding Judge Toomin,

Over the course of the past six months, I have sent numerous letters to you in regards to the Cook County Juvenile Temporary Detention Center (JTDC) population and most recently requests to convene meetings with stakeholders in compliance with mandates set forth in *Doe v. Cook County et al.*, 99 C 3945.

To the best of my knowledge, the Juvenile Detention Alternatives Initiative (JDAI) Steering Committee or other appropriate party has not met to address this issue nor has a plan been developed to remedy the overcrowding at the JTDC. The Transitional Administrator must take action to ensure the safety of residents and staff and implement procedures that address the problems caused by exceeding the functional operating capacity of 382 residents.

As you have been recently advised, when the population reaches 382 residents, the emergency pod will be used to house newly admitted residents assigned to the admissions unit (Alpha Center). This action forces the JTDC to utilize all available living units.

This letter serves to provide notice to the Cook County Juvenile Court Judiciary and other stakeholders that in the event the JTDC population is at or exceeds 382 residents AND one of the operational living units becomes uninhabitable due to physical plant deficiencies, **admissions will cease until such time the physical plant deficiencies are corrected or the population is reduced.**

I remain hopeful that the JDAI Executive Committee or other appropriate body convenes meetings to address the overcrowding issue at the JTDC. In the meantime, I will not, under any circumstance, place at jeopardy the SAFETY of residents and staff. Furthermore, it is my intention to call this matter to the attention of the U.S. Federal Court at a scheduled Status Hearing next week regarding *Doe v. Cook County et al.*, 99 C 3945.

The Honorable Michael P. Toomin
October 2, 2014
Page 2 of 4


Sincerely,

Earl L. Dunlap
Transitional Administrator


cc:    The Honorable Timothy C. Evans, Chief Judge, Cook County Circuit Court
The Honorable Paul P. Biebel, Jr., Presiding Judge, Criminal Division
The Honorable Jorge Luis Alonso, Associate Judge, Criminal Division
The Honorable Mauricio Araujo, Circuit Judge, Criminal Division
The Honorable Mary Margaret Brosnahan, Circuit Judge, Criminal Division
The Honorable Charles P. Burns, Circuit Judge, Criminal Division
The Honorable Thomas J. Byrne, Circuit Judge, Criminal Division
The Honorable Diane Gordon Cannon, Circuit Judge, Criminal Division
The Honorable Joseph Michael Claps, Associate Judge, Criminal Division
The Honorable Evelyn B. Clay, Supervising Circuit Judge, Criminal Division
The Honorable Matthew E. Coghlan, Circuit Judge, Criminal Division
The Honorable Clayton Jay Crane, Circuit Judge, Criminal Division
The Honorable Thomas M. Davy, Circuit Judge, Criminal Division
The Honorable Lawrence Edward Flood, Associate Judge, Criminal Division
The Honorable Nicholas R. Ford, Circuit Judge, Criminal Division
The Honorable Thomas V. Gainer Jr., Associate Judge, Criminal Division
The Honorable Vincent M. Gaughan, Circuit Judge, Criminal Division
The Honorable Steven J. Goebel, Associate Judge, Criminal Division
The Honorable Catherine Marie Haberkorn, Circuit Judge, Criminal Division
The Honorable Thomas J. Hennelly, Associate Judge, Criminal Division
The Honorable Rosemary Grant Higgins, Associate Judge, Criminal Division
The Honorable Arthur F. Hill Jr., Supervising Associate Judge, Criminal Division
The Honorable William H. Hooks, Circuit Judge, Criminal Division
The Honorable Carol M. Howard, Circuit Judge, Criminal Division
The Honorable Rickey Jones, Circuit Judge, Criminal Division
The Honorable Timothy Joseph Joyce, Associate Judge, Criminal Division
The Honorable Joseph G. Kazmierski Jr., Supervising Circuit Judge, Criminal Division
The Honorable William G. Lacy, Circuit Judge, Criminal Division
The Honorable Neil J. Linehan, Associate Judge, Criminal Division
The Honorable James B. Linn, Associate Judge, Criminal Division
The Honorable Michael B. McHale, Circuit Judge, Criminal Division
The Honorable Raymond Myles, Associate Judge, Criminal Division
The Honorable James Michael Obbish, Associate Judge, Criminal Division
The Honorable William T. O'Brien, Circuit Judge, Criminal Division
The Honorable Angela Mundari Petrone, Associate Judge, Criminal Division
The Honorable Dennis J. Porter, Supervising Associate Judge, Criminal Division
The Honorable Marguerite A. Quinn, Associate Judge, Criminal Division
The Honorable Erica L. Reddick, Circuit Judge, Criminal Division
The Honorable Mary Colleen Roberts, Circuit Judge, Criminal Division
The Honorable Stanley Sacks, Associate Judge, Criminal Division
The Honorable Kevin M. Sheehan, Circuit Judge, Criminal Division

The Honorable Michael P. Toomin
October 2, 2014
Page 3 of 4

The Honorable Maura Slattery Boyle, Circuit Judge, Criminal Division
The Honorable Domenica A. Stephenson, Associate Judge, Criminal Division
The Honorable Sharon M. Sullivan, Circuit Judge, Criminal Division
The Honorable Kenneth J. Wadas, Supervising Circuit Judge, Criminal Division
The Honorable Neera Walsh, Associate Judge, Criminal Division
The Honorable Thaddeus L. Wilson, Circuit Judge, Criminal Division
The Honorable Andrew Berman, Circuit Judge, Juvenile Justice Division
The Honorable Steven James Bernstein, Circuit Judge, Juvenile Justice Division
The Honorable Rodney Hughes Brooks, Circuit Judge, Juvenile Justice Division
The Honorable Donna L. Cooper, Circuit Judge, Juvenile Justice Division
The Honorable William G. Gamboney, Circuit Judge, Juvenile Justice Division
The Honorable Marianne Jackson, Associate Judge, Juvenile Justice Division
The Honorable Lana Charisa Johnson, Associate Judge, Juvenile Justice Division
The Honorable Stuart Paul Katz, Associate Judge, Juvenile Justice Division
The Honorable Stuart F. Lubin, Circuit Judge, Juvenile Justice Division
The Honorable Lisa Ann Marino, Circuit Judge, Juvenile Justice Division
The Honorable Patricia Mendoza, Associate Judge, Juvenile Justice Division
The Honorable Cynthia Ramirez, Circuit Judge, Juvenile Justice Division
The Honorable Terrence V. Sharkey, Associate Judge, Juvenile Justice Division
The Honorable Colleen F. Sheehan, Circuit Judge, Juvenile Justice Division
The Honorable Richard F. Walsh, Circuit Judge, Juvenile Justice Division
The Honorable Lori M. Wolfson, Associate Judge, Juvenile Justice Division
The Honorable Toni Preckwinkle, Cook County Board President
Earlean Collins, Cook County Commissioner, 1st District
Robert Steele, Cook County Commissioner, 2nd District
Jerry Butler, Cook County Commissioner, 3rd District
Stanley Moore, Cook County Commissioner, 4th District
Deborah Sims, Cook County Commissioner, 5th District
Joan Patricia Murphy, Cook County Commissioner, 6th District
Jesus Garcia, Cook County Commissioner, 7th District
Edwin Reyes, Cook County Commissioner, 8th District
Peter N. Silvestri, Cook County Commissioner, 9th District
Bridget Gainer, Cook County Commissioner, 10th District
John P. Daley, Cook County Commissioner, 11th District
John Fritchey, Cook County Commissioner, 12th District
Larry Suffredin, Cook County Commissioner, 13th District
Gregg Goslin, Cook County Commissioner, 14th District
Timothy Schneider, Cook County Commissioner, 15th District
Jeffery R. Tobolski, Cook County Commissioner, 16th District
Elizabeth Doody Gorman, Cook County Commissioner, 17th District
Anita Alvarez, State's Attorney
Margaret Wood, State's Attorney's Office
Abishi C. Cunningham, Jr., Public Defender
Richard Hutt, Office of the Public Defender
Elizabeth Tarzia, Office of the Public Defender
Rose Golden, Director, Cook County Probation and Court Services
Chris Bernard, Juvenile Justice Advisory Committee
Benjamin Wolf, Roger Baldwin Foundation of ACLU
Tom Geraghty, Northwestern University School of Law

The Honorable Michael P. Toomin
October 2, 2014
Page 4 of 4

Colby Kingsbury, Partner, Faegre Baker Daniels LLP
Daniel Gallagher, Chief of Civil Action Bureau, State's Attorney's Office
John Curran, State's Attorney's Office
Andrew Creighton, State's Attorney's Office
Elizabeth Mazur, Loevy & Loevy
Steven Art, Loevy & Loevy
Brenda Welch, Deputy Transitional Administrator, JTDC
Teresa Abreu, Acting Executive Director, JTDC
Millicent McCoy, Deputy Executive Director-ASC
Philippe Magloire, Deputy Executive Director-PPS
William Steward, Deputy Executive Director-RDL
William Kern, Deputy Executive Director-RAQL
Zenaida Alonzo, Deputy Executive Director-ALS
Beryl Shingles, School Principal-Nancy B. Jefferson School
Josie Mabalay, Program Director-Cermak Health Services of Cook County
Brian Conant, PhD, Program Director-Isaac Ray Center, Inc.



# OFFICE OF THE TRANSITIONAL ADMINISTRATOR
## Cook County Juvenile Temporary Detention Center
### 1100 S. Hamilton Avenue, Chicago, IL 60612
### TEL (312) 433-4831
### FAX (312) 433-6335

October 10, 2013

Hon. Michael P. Toomin
Presiding Judge
Juvenile Justice Division
Cook County Circuit Court
1100 S Hamilton Ave.
Chicago, Illinois 60612

Re: JTDC Population

Dear Judge Toomin,

On September 26, 2013 I addressed the attached letter to you and several other Cook County Juvenile Justice Stakeholders regarding a number of critical renovations associated with safety/security that were underway at the JTDC. In addition, I addressed my concern related to the current resident population while these renovations were taking place. At the time the resident population was at 294. As of October 9, 2013 the resident population had climbed to 313.

While I fully appreciate that the Juvenile Court, which I also addressed in my letter, does not have unilateral control over the number of youth housed at the JTDC I was hopeful that the Court might review their current practices and consider any possible adjustments that might allow for a reduction in the population to at or below 278 residents. To date I have received no response from the Court or Stakeholders related to this matter.

The leadership at the JTDC fully understands and appreciates the mandate to ensure, to the extent possible, the public safety and this necessitates housing serious alleged offenders. However, I would respectfully point out to the Court that from January 1, 2013 to the present 14.69% of the resident population was released from custody within twenty-four (24) hours of admission. In addition, 29.43% of the resident population was released in seven (7) days or less of admission. This represents a significant number of youth who might otherwise be diverted from the JTDC to an adequate alternative program.

I am fully aware that data of this nature does not always offer a complete picture of the complex nature of the cases the Court is presented with. However, it certainly suggests that with some further review of the current screening process for admission to the JTDC, the

Court may be able to identify some "wiggle room" that would allow for a reduction in the JTDC population while we currently undergo these critical renovation.

The safety and security of residents and staff at the JTDC is paramount to all Juvenile Justice Stakeholders. I am simply requesting that the Court consider scrutinizing their current admissions practices to the extent that the JTDC may be afforded some relief during this very difficult time.

Your attention to this matter is greatly appreciated.

Earl J. Dunlap

Transitional Administrator, JTDC

Cc      Honorable Timothy C Evans, Chief Judge, Cook County Circuit Court
        Toni Preckwinkle, President Cook County Board of Commissioners
        Tisa Morris, Cook County State's Attorney's Office
        Richard L Hutt, Cook County Public Defender's Office
        DOE Parties
        Elizabeth Mazur, Loevy & Loevy
        Brenda Welch, Deputy Transitional Administrator
        Teresa Abreu, Acting Executive Director, JTDC



**OFFICE OF THE TRANSITIONAL ADMINISTRATOR**
**Cook County Juvenile Temporary Detention Center**
**1100 S. Hamilton Avenue, Chicago, IL 60612**
**TEL (312) 433-4831**
**FAX (312) 433-6335**

November 3, 2014

The Honorable Timothy C. Evans
Chief Judge, Cook County Circuit Court
Daley Center, 50 W. Washington, Suite 2600
Chicago, IL 60602

Re: *Overcrowding at the JTDC*

Dear Chief Judge Evans,

Throughout the calendar year 2014, I have brought to your attention my concern for the overcrowding problem at the JTDC which, at a minimum, has an adverse impact on the safety of residents and staff. I have presented my well documented concerns and the short term strategies that might be employed to proactively respond to the overcrowding in previous letters.

The JTDC population increases dramatically between Friday and Monday (or Tuesday if a holiday weekend). For example, as of Monday, October 27, 2014, the number of youth in custody was 397, and while this number may drop following Court, the overcrowding problem has continued. Furthermore, in the absence of responding to this problem in any meaningful way the base number of youth remaining in custody by Tuesday of any week is gradually increasing which will only serve to perpetuate this on-going problem.

As you know, in order to ensure (to the extent possible) the safety and security of residents and staff, I established a "functional operating capacity" of 382 at the JTDC. As I articulated to you as well as the stakeholders, this number takes into consideration:

- Many physical plant limitations, including the deterioration; the ability to repair and/or rehabilitate existing resident living/sleeping areas; the necessity to be prepared for failures of the physical plant
- Fiscal Year 2014 budgeted staffing
- Regulatory requirements and "best practice" related to resident to staff ratios
- Programming issues such as the numbers of residents engaged in educational services; screening, assessment and classification of residents, etc.

Overcrowding adversely impacts on virtually every aspect of a resident's constitutional right to adequate "conditions of confinement." As you know, inadequate "conditions of confinement" is the very reason that the U. S. Federal Court appointed a Transitional Administrator in August 2007.

The Honorable Timothy C. Evans
November 3, 2014
Page 2 of 3

In recent months, specifically in various stakeholders meetings, the purpose of which was to discuss and develop strategies to impact on the overcrowding problem, Judge Toomin has called into question the process that resulted in establishing the "functional operating capacity" at 382. Additionally, he advised me that in his view the "rated bed capacity" of the JTDC, and I quote, "is whatever the population is on any given day"; and stated that the overcrowding problem at the JTDC "was of my own making", in so far as I was the one who designed the operational plan.

I wish to be perfectly clear in hopes that there will be little room for misinterpretation and/or words being put in my mouth. No single entity within the juvenile justice system owns the problem of overcrowding or physical plant failures or deterioration at the JTDC. The County has been proactive in meeting all the requirements of the U. S. Federal Court and committed the necessary resources to bring the JTDC into compliance; the Department of Facilities Management has been aggressive in responding to physical plant failures at the JTDC; the Juvenile Probation Department has been effective given the parameters they are required to work within and some of the limitations that exist related to alternatives to the JTDC. However, the fact remains that there are, in my view, many youth be unnecessarily held in secure custody.

As I have outlined in previous letters, which the data will support, there are several subsets of the resident population that may be called into question. For example:

- Approximately, 46% of youth held in secure custody are released with seven (7) days or less. One could certainly make the argument that many of these youth may not require detention at all.
- In the absence of a 24/7 proactive juvenile justice system, specifically on weekends and holidays when many key Court stakeholders are inactive, the JTDC experiences as much as a 10% increase in population, only to have it decrease in a somewhat similar manner on the Court's next scheduled business day.
- The "Raise the Age" legislation or youth classified as "adult transfer" population, which has generated little discussion in the form of strategic planning, has doubled in 2014 and there is no reason to believe that the increases will not continue well into the future. This population has a much longer average length of stay which further adversely impacts on available beds. To complicate the matter further, there has been little involvement on the part of Adult Court who has judicial oversight of these cases.
- An entire resident living unit (14-16 beds) of youth may be occupied with those on Release upon Request (RUR) status or awaiting placement, and they also have been experiencing a longer average length of stay.
- Similarly, an entire resident living unit of youth may be occupied with those Committed to the JTDC, which is simply a form of a judicial consequence (punishment).

Each of the aforementioned, individually or collectively, contributes to the overcrowding issue and represents an enormous concern for the safety and security of residents and staff. Furthermore, it leaves administrative staff in the vulnerable position of "playing musical beds" and manipulating classification protocols to ensure safety, particularly on weekends, and brings the JTDC to a "pressure cooker" level of operation.

The leadership team and staff at the JTDC continue to be tireless in their collective efforts to ensure the safety and security of all residents and staff. It has been well documented that the programs/services

The Honorable Timothy C. Evans
November 3, 2014
Page 3 of 3

implemented are in accordance with "best practice" and throughout this reform effort, the leadership has been transparent regardless of the situation. As a matter of fact, the Court sought, and I agreed to, an assessment of the JTDC by the Annie E. Casey Foundation in 2013. This assessment resulted in very positive observations much to the chagrin of some stakeholders. However, there is only so much that can be expected when presented with the continued problem of overcrowding.

The U. S. Federal Court in *Doe v. Cook County No. 99 C 3945* is currently considering the feasibility of transitioning the operation of the JTDC to the Cook County Circuit Court. Overcrowding adversely impacts the compliance of many of the provisions as set forth by the Court as a result of the litigation, and based on current practice and stated philosophy on the part of the leadership of the Juvenile Court, there is certainly no reason to believe that the systemic failure contributing to the overcrowding of the JTDC is going to improve in the foreseeable future. The Parties to the litigation will have to determine how they wish to proceed on this matter.

Finally, my time at the JTDC is determined by the U. S. Federal Court. The Court has gone to great lengths through its rulings and oversight to ensure the reform effort at the JTDC has a meaningful and long term impact for youth requiring secure custody. As a matter of fact, some of the Federal Court's decisions may well have a significant and helpful impact on juvenile detention facilities throughout this country. As an appointee of the Federal Court, I am compelled to bring matters of this nature to your attention, particularly in light of the fact that the JTDC will be transition to the Cook County Circuit Court. As a professional, I have a moral obligation to advocate for the safety and well-being of the residents of the JTDC and staff who work hard every day in an environment that is stressful and often places them at-risk.

Sincerely,

Earl L. Dunlap
Transitional Administrator

cc:     Benjamin Wolf, Roger Baldwin Foundation of ACLU
        Tom Geraghty, Northwestern University School of Law
        Colby Kingsbury, Partner, Faegre Baker Daniels LLP
        Daniel Gallagher, Chief of Civil Action Bureau, State's Attorney's Office
        John Curran, State's Attorney's Office
        Andrew Creighton, State's Attorney's Office
        Elizabeth Mazur, Loevy & Loevy
        Brenda Welch, Deputy Transitional Administrator, JTDC
        Teresa Abreu, Acting Executive Director, JTDC