**16-MONTH COMPARISON OF MONTHLY AVERAGE DAILY POPULATION (ADP) DATA WITH SELECTED RMIS CONFINEMENT, PHYSICAL RESTRAINT, AND INJURY CATEGORIES**

Pearson Product Moment Correlation Coefficients for comparisons of Average Daily Population (ADP) categories with confinements, physical restraints, and injuries. The statistically significant coefficients are indicated by color, with pink indicating statistical significance at the 0.01 level, orange at the 0.02 level, and yellow at the 0.05 level.

| *ADP Population Data* | AT's | Juveniles | Midnight | Walking |
|---|---|---|---|---|
| Juveniles | 0.768 | | | |
| Midnight | 0.821 | 0.776 | | |
| Walking | 0.907 | 0.965 | 0.840 | |
| *Confinement* | | | | |
| <60 Minutes | 0.581 | 0.526 | 0.414 | 0.569 |
| <4 | 0.838 | 0.736 | 0.620 | 0.816 |
| <24 | 0.523 | 0.481 | 0.477 | 0.530 |
| >24 | 0.175 | 0.298 | 0.194 | 0.268 |
| Total Confinement Events | 0.749 | 0.678 | 0.566 | 0.740 |
| *Physical Restraints* | | | | |
| PRT | -0.195 | 0.036 | -0.497 | -0.099 |
| Total PR | -0.136 | 0.128 | -0.368 | -0.012 |
| No of Staff Involved | 0.397 | 0.633 | -0.074 | 0.540 |
| *Injuries* | | | | |
| Fight | 0.829 | 0.754 | 0.620 | 0.829 |
| Total Injury | 0.634 | 0.687 | 0.429 | 0.707 |